B1 (Official Form 1 (1/08)

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NEC HOLDINGS CORP.**, a Delaware corporation | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>NOT APPLICABLE |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 51-0356395 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>333 Earle Ovington Blvd., Ste. 1035<br>Uniondale, New York<br><div align="right">ZIP CODE 11553</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>Nassau | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>3211 Internet Blvd., Ste. 200<br>Frisco, Texas<br><div align="right">ZIP CODE 75034</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above).<br><div align="right">ZIP CODE</div> | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state the type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily Debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 13 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>....................................................<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. a small business debtor as defined in 11 U.S.C. § 1126(b) |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors on a Consolidated Basis

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☒ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets on a Consolidated Basis

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,000 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 Million | ☐ $500,000,001 to $1 billion | ☐ More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities on a Consolidated Basis

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,000 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 Million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

CH\1168595.1

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**NEC HOLDINGS CORP.**, a Delaware corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor:  See Addendum Attached Hereto | Case Number: | Date Filed; |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **NEC HOLDINGS CORP.**, a Delaware corporation |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Representative)

X _____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

Michael R. Nestor (No. 3526)
YOUNG CONAWAY STARGATT & TAYLOR LLP
1100 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
and
David S. Heller
Josef S. Athanas
Stephen R. Tetro II
LATHAM & WATKINS LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: stephen.tetro@lw.com

Date June 10 , 2010

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
James Shelby Marlow

Date June 10 , 2010

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Addendum to the Voluntary Petition

Pending Bankruptcy Cases Filed By Any Spouse, Partner Or Affiliate Of This Debtor:

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

NEC Holdings Corp.

National Envelope Corporation

National Envelope – WH LLC

National Envelope – City of Industry LLC

National Envelope – Corsicana LLC

National Envelope – Aurora LLC

National Envelope – Appleton LLC

National Envelope – Scottdale LLC

National Envelope – Chino LLC

National Envelope – Ennis LLC

National Envelope – Grand Prairie LLC

National Envelope – Lenexa LLC

National Envelope – Elk Grove Village LLC

National Envelope Corporation – East

National Envelope AECO LLC

National Envelope – Specialties Group LLC

National Envelope – Houston LLC

National Envelope – Shelbyville Equity LLC

National Envelope – Exton Equity LLC

National Envelope – Nashville Equity LLC

National Envelope – Houston Equity LLC

National Envelope – Leasing LLC

New York Envelope Corp.

National Envelope Corporation – North

National Envelope Corporation – South

National Envelope Corporation – Central

Old Colony Envelope Corp.

Aristocrat Envelope Corporation

# UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
### NEC HOLDINGS CORP.

The undersigned, being the all of the directors of NEC Holdings Corp., a Delaware corporation (the "Company"), acting pursuant to the authority of Section 141(f) of the Delaware General Corporation Law, as amended, and in lieu of a special meeting of the Board of Directors of the Company, hereby consent to, authorize and adopt the following resolutions with the same force and effect as if the undersigned were personally present at a meeting of the Board of Directors of the Company and had voted for the same:

> **WHEREAS**, the Board of Directors (the "Board") of the Company has reviewed and analyzed materials and advice presented by management and the outside financial and legal advisors of the Company regarding the financial condition, capital structure, liquidity position, business model and projections, short term and long term prospects of the Company and the sale, restructuring and other strategic alternatives available to it, and the impact of the foregoing on the businesses of the Company and its direct and indirect subsidiaries (collectively, the "Subsidiaries"); and

> **WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company, the Subsidiaries and their creditors that a voluntary petition (the "Chapter 11 Case") be filed by the Company and the Subsidiaries to seek relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Code for the District of Delaware (the "Bankruptcy Court").

## I. Voluntary Petition Under the Provisions of Chapter 11 of the Bankruptcy Code

> **NOW, THEREFORE, BE IT RESOLVED**, that filing of the Chapter 11 Case by the Company and the Subsidiaries, and the seeking of relief by the Company and the Subsidiaries under the provisions of Chapter 11 of the Bankruptcy Code in the Bankruptcy Court be, and each hereby is, authorized and approved for all purposes and in all respects;

> **FURTHER RESOLVED**, that the Authorized Representatives (as defined below) of the Company shall be, and each of them hereby is, authorized, empowered and directed to execute and verify voluntary petitions for relief under the provisions of Chapter 11 of the Bankruptcy Code in the name and on behalf of the Company (including in the Company's capacity as a shareholder and/or member of each of the Subsidiaries) and to cause the same to be filed with the

Bankruptcy Court in such form and at such time as the Authorized Representative executing said petition shall determine;

FURTHER RESOLVED, that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and directed to execute and file, or cause to be filed (or direct others to do so on their behalf as provided herein) with the Bankruptcy Court, in the name and on behalf of the Company (including in the Company's capacity as a shareholder and/or member of each of the Subsidiaries), all first day petitions, affidavits, schedules, motions, lists, applications, pleadings and other necessary papers or documents, including any amendments thereto, necessary and proper to obtain initial relief under the provisions of Chapter 11 and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers or other professionals approved by the Board;

## II. Postpetition Financing

FURTHER RESOLVED, that the acquiring of post-petition debtor-in-possession financing by the Company and the Subsidiaries substantially upon the terms set forth in the Term Sheet annexed hereto, be, and it hereby is, authorized and approved for all purposes and in all respects;

FURTHER RESOLVED, that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and directed to negotiate, document, execute, deliver and otherwise take any and all actions necessary or appropriate for the Company and the Subsidiaries to obtain debtor-in-possession financing and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "Credit Documents") substantially upon the terms set forth in the Term Sheet;

FURTHER RESOLVED, that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and directed to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all Credit Documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers or other professionals and to take any and all actions that such Authorized Representatives deem necessary or proper in connection with the post-petition debtor-in-possession financing contemplated hereby;

## III. Sale and Reorganization Process

FURTHER RESOLVED, that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and

CH\1170127.2

directed to take any and all actions necessary or appropriate for the Company and the Subsidiaries to continue to (a) negotiate the sale of all or substantially all of the Company's and the Subsidiaries' assets, including under one or more stalking horse asset purchase agreements for the Company's and the Subsidiaries' assets, and, subject to further approval of the Board, to enter into such asset purchase agreements and all other documents, agreements or instruments to effectuate the foregoing and/or (b) negotiate a refinancing, recapitalization, restructuring or other reorganization of the Company and the Subsidiaries, including under one or more plans of reorganization, and, subject to further approval of the Board, to enter into such plan of reorganization and all other documents, agreements or instruments to effectuate the foregoing;

## IV. <u>Retention of Professionals</u>

**FURTHER RESOLVED,** that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and directed to employ the law firm of Latham & Watkins LLP as co-general bankruptcy counsel to represent and advise the Company and the Subsidiaries in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiaries' rights and obligations, including filing any pleadings, in connection with the Chapter 11 Case; and in connection therewith, the Authorized Representatives are hereby authorized, empowered and directed, in the name and on behalf of the Company (including in the Company's capacity as a shareholder and/or member of each of the Subsidiaries), to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Latham & Watkins LLP;

**FURTHER RESOLVED,** that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized empowered and directed to employ the firm of Young Conaway Stargatt & Taylor, LLP as co-general bankruptcy counsel to represent and advise the Company and the Subsidiaries in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiaries' rights and obligations in connection with the Chapter 11 Case; and in connection therewith the Authorized Representatives are hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Young Conaway Stargatt & Taylor, LLP;

**FURTHER RESOLVED,** that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized empowered and directed to employ the firm of Fulbright & Jaworski L.L.P. as special counsel to represent and advise the Company; and in connection therewith the Authorized Representatives are hereby authorized, empowered and directed to execute

3

appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Fulbright & Jaworski L.L.P.;

**FURTHER RESOLVED**, that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and directed to employ the firm of The Garden City Group as notice and claims agent to represent and assist the Company and the Subsidiaries in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and the Subsidiaries' rights and obligations in connection with the Chapter 11 Case; and in connection therewith, the Authorized Representatives are hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of The Garden City Group;

**FURTHER RESOLVED**, that the Authorized Representatives of the Company shall be, and each of them hereby is, authorized, empowered and directed to employ any other professionals necessary or advisable to assist the Company and the Subsidiaries in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Representatives are hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary or advisable (together with Latham & Watkins LLP, Fulbright & Jaworski L.L.P., The Garden City Group and Young Conaway Stargatt & Taylor, LLP, the "Professionals");

V.   **General**

**FURTHER RESOLVED**, that the Authorized Representatives of the Company shall be, and each hereby is, authorized, empowered and directed to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, in all cases consistent with the purpose and intent of the foregoing resolutions, as in their judgment, after seeking advice of legal counsel, shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions;

**FURTHER RESOLVED**, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company (including in the Company's capacity as a shareholder and/or member of each of the Subsidiaries), which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions

4

were certified, including without limitation all acts lawfully done or actions lawfully taken by any Authorized Representative of the Company or any of the Professionals to seek relief on behalf of the Company and the Subsidiaries under Chapter 11 of the Bankruptcy Code be, are they hereby are adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company and the Subsidiaries; and

**FURTHER RESOLVED,** that for purposes of these resolutions, and unless and until otherwise authorized or modified by the Board, the "Authorized Representatives" of the Company shall be Stephen Gawrylewski, John Grymes, James Shelby Marlow, Dale G. Nissenbaum or such other person or persons as the Board may designate.

*Signature page follows*

CH\1170127.2

IN WITNESS WHEREOF, the undersigned have signed this consent as of the 10th day

of June, 2010.

_____
William Ungar

_____
Florette D. Ungar Shaashua

_____
Denise F. Ungar Stern

_____
Joan E. Ungar Levy

_____
Rita L. Ungar Moser

**BEING ALL OF THE MEMBERS OF THE**
**BOARD OF DIRECTORS OF**
**NEC HOLDINGS CORP.**

IN WITNESS WHEREOF, the undersigned have signed this consent as of the 10ᵗʰ day of June 2010.

_____
William Ungar

_____
Florette D. Ungar Shaashua

_____
Denise F. Ungar Stern

_____
Joan E. Ungar Levy

_____
Rita L. Ungar Moser

**BEING ALL OF THE MEMBERS OF THE BOARD OF DIRECTORS OF NEC HOLDINGS CORP.**

IN WITNESS WHEREOF, the undersigned have signed this consent as of the 10th day of June, 2010.

_____
William Ungar

_____
Florette D. Ungar Shaashua

_____
Denise F. Ungar Stern

_____
Joan E. Ungar Levy

_____
Rita L. Ungar Moser

**BEING ALL OF THE MEMBERS OF THE
BOARD OF DIRECTORS OF
NEC HOLDINGS CORP.**

IN WITNESS WHEREOF, the undersigned have signed this consent as of the 10ᵗʰ day of June, 2010.

_____
William Ungar

_____
Florette D. Ungar Shaashua

_____
Denise F. Ungar Stern

_____
Joan E. Ungar Levy

_Rita L. Ungar Moser_
Rita L. Ungar Moser

**BEING ALL OF THE MEMBERS OF THE BOARD OF DIRECTORS OF NEC HOLDINGS CORP.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP.,<br>*et al.,*[1] | Case No. 10-_____ (____) |
| Debtors. | Joint Administration Pending |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "**Debtors**"). This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of June 8, 2010.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope- Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope- Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. Section 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 1 | INTERNATIONAL PAPER 6400 POPLAR AVE Memphis TN 38197 | Attn: DAVID W. APOLLONIO Tel 901-419-4137 Fax 901-214-0709 david.apollonio@ipaper.com | TRADE | | $43,081,101.77 |
| 2 | MULTI-PLASTICS, INC. 7770 North Central Dr Lewis Center, OH 43035 | Attn: John Parsio, Sr. Tel 800-848-6982 Fax 740-548-5177 | TRADE | | $3,645,344.68 |
| 3 | HENKEL NATIONAL ADHESIVES 1413 Wincanton Rd Deerfield, IL 60015 | Attn: Kris Getty Tel 847-374-1639 Fax 847-468-9819 | TRADE | | $2,792,902.24 |
| 4 | GADGE USA, INC. 1979 Marcus Av Lake Success, NY 11042 | Attn: Glen Weiser Tel 516-302-9009 Fax 516-437-6542 | TRADE | | $2,763,530.82 |
| 5 | NEENAH PAPER INC. 3460 Preston Ridge, Ste 600 Alpharetta, GA 30005 | Attn: John O'Donnell Tel 678-518-3225 Fax 678-518-3287 john.odonnell@neenahpaper.com | TRADE | | $2,740,423.07 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 6 | MID-INDIANA TRANSPORTATION EXPERTS (M.I.T.E.) 1840 W Jeffras Av Marion IN 46952-3311 | Attn: Michael Smoker Tel 765-662-1652 Fax 313-899-7041 | TRADE | | $2,368,879.81 |
| 7 | DUPONT NONWOVENS 412 N Bloodworth St Raleigh, NC 27604 | Attn: Marta Hilton Tel 919-834-2153 Fax 919-834-2926 marta.l.hilton@usa.dupont.com | TRADE | | $1,949,532.98 |
| 8 | PLASTIC SUPPLIERS 2887 Johntown Rd Columbus, OH 43219 | Attn: Theodore E. Riegert Tel 614-418-3805 Fax 614-418-3890 riegert@plasticsuppliers.com | TRADE | | $1,295,991.59 |
| 9 | AMERICAN EAGLE PAPER MILLS 1600 Pennsylvania Av Tyrone, PA 16686 | Attn: John H. Ferner Tel 814-684-6142 Fax 814-684-6166 | TRADE | | $1,261,329.30 |
| 10 | BULKLEY DUNTON PUBLISHING GROUP One Penn Plaza, 250 W. 34th St Ste 2814 New York, NY 10119 | Attn: Matt Lecorchick Tel 212-863-1834 Fax 212-863-1872 matt.lecorchick@bulkleydunton.com | TRADE | | $820,726.81 |
| 11 | JBM ENVELOPE 2850 Henkle Dr. Lebanon, OH 45036-8894 | Attn: Greg Shearshang Tel 513-933-8333 Fax 513-933-8070 | TRADE | | $801,115.61 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 12 | MOHAWK PAPER MILLS, INC. 465 Saratoga St Cohoes, NY 12047 | Attn: Thomas O'Connor Tel 518-237-1740 Fax 518-237-7394 | TRADE | | $89,040.32 |
| 13 | PITMAN 4005 Royal Dr., Ste. 100 Kennesaw, GA 30144 | Attn: Brad Brown Tel 800-526-5441 Fax 770-428-1828 bbrown@pitman.com | TRADE | | $501,306.95 |
| 14 | LINDENMEYR MUNROE 115 Moonachie Av Moonachie, NJ 07074 | Attn: William Meany Tel 201-440-6491 Fax 800-631-0193 | TRADE | | $492,048.36 |
| 15 | BOISE PAPER 1111 West Jefferson St., Ste. 200 Boise, ID 83728 | Attn: Alexander Todde Tel 208-384-7555 Fax 208-333-1632 alexandertodde@boiseinc.com | TRADE | | $454,572.89 |
| 16 | DOMTAR PAPER COMPANY, LLC 100 Kingsley Park Rd Fort Mill, SC 29715-6476 | Attn: Richard Thomas Tel 800-253-9455 Fax 800-923-2205 dick.thomas@domtar.com | TRADE | | $394,308.60 |
| 17 | PRECISE ROTARY DIE, INC 9250 Ivanhoe St Schiller Park, IL 60176 | Attn: Ray Barak Tel 847-678-0001 Fax 847-678-0082 rb@preciserotarydie.com | TRADE | | $356,402.47 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 18 | PCMC<br>899 Old Route 220 N<br>Duncansville, PA 16635 | Attn: Mac Rosenbaum<br>Tel 814-695-5521<br>Fax 814-695-0860 | TRADE | | $354,798.61 |
| 19 | INX INTERNATIONAL INK CO<br>150 N. Martindale Rd., Ste. 700<br>Schaumburg, IL 60173 | Attn: Rick Clendenning<br>Tel 630-382-1951<br>Fax 847-969-9754 | TRADE | | $353,961.52 |
| 20 | FLUID INK TECHNOLOGY/TOYO INK TECHNOLOGIES<br>5360 Commerce Ave.<br>Moorpark, CA 93021 | Attn: Jim Newkirk<br>Tel 888-855-0033<br>Fax 805-378-0049 | TRADE | | $345,719.51 |
| 21 | SPIRIT FINANCE ACQUISITIONS, LLC<br>14631 N. Scottsdale Road, Suite 200<br>Scottsdale, AZ 85254-2711<br><br>Kutak Rock, LLP<br>1801 California Street, Suite 3100<br>Denver, Colorado 80202 | Attn: Michael I. Bennett, SVP, Operations<br>Tel 480-606-0820<br>Fax 480-606-0826<br><br>Attn: Peggy A. Richter, Esq.<br>Tel 303-297-2400<br>Fax 303-292-7799 | NOTE | | $343,000 |
| 22 | RAND-WHITNEY CONTAINER LLC<br>1 Agrand St.<br>Worcester, MA 01607-1699 | Attn: Edwin Davis<br>Tel 508-890-7002<br>Fax 508-792-1578<br>edavis@randwhitney.com | TRADE | | $340,335.21 |
| 23 | WAUSAU PAPER<br>200 Paper Pl<br>Mosinee, WI 54455 | Attn: Thomas Howatt<br>Tel 715-693-4470<br>Fax 715-692-2957 | TRADE | | $309,866.92 |

| CREDITOR RANK | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | C U D S | AMOUNT OF CLAIM (IF SECURED ALSO STATE VALUE OF SECURITY) |
|---|---|---|---|---|---|
| 24 | MAFCOTE, INC.<br>108 Main St<br>Norwalk, CT 06851 | Attn: Kenneth B. Schulman<br>Tel: 203-847-8500<br>Fax: 203-849-9177 | TRADE | | $302,011.06 |
| 25 | CTI PAPER USA, INC.<br>1545 Corporate Center Dr.<br>Sun Prairie, WI 53590 | Attn: Brian Cowie<br>Tel: 800-284-7273<br>Fax: 608-834-9800 | TRADE | | $278,656.20 |
| 26 | W&D MACHINERY COMPANY<br>9101 Quivira Rd<br>Overland Park, KS 66215-3992 | Attn: Andrew J. Schipke<br>Tel: 866-770-9195<br>Fax: 908-847-0214 | TRADE | | $261,855.46 |
| 27 | PSI PACKAGING SERVICES<br>2245 Industrial Dr.<br>Connellsville, PA 15425 | Attn: David Russo<br>Tel: 724-626-0100<br>Fax: 724-628-6130 | TRADE | | $247,306.63 |
| 28 | ALL-SIZE CORRUGATED<br>1060 Prospect Rd.<br>Columbia, PA 17512 | Attn: Scott Trayer<br>Tel: 800-542-1994<br>Fax: 717-684-0543 | TRADE | | $237,815.81 |
| 29 | BLUE RIDGE PAPER PRODUCTS INC<br>3100 Wood House Road<br>Fairfield, CT 06824 | Attn: Michael Dosdall<br>Tel: 203-254-5674<br>Fax: 203-254-5675<br>dosdam@blueridgepaper.com | TRADE | | $218,428.05 |
| 30 | GLATFELTER COMPANY<br>228 S. Main Street<br>Spring Grove, PA 17362 | Attn: Dante Parrini<br>Tel: 717-225-4711<br>Fax: 717-225-5400 | TRADE | | $210,070.97 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEC HOLDINGS CORP.,
*et al.*,[1]

Debtors.

Chapter 11

Case No. 10-_____ (_____)

Joint Administration Pending

## DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, James Shelby Marlow, Chief Financial Officer of NEC Holdings Corp., a Delaware corporation, declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 30 largest unsecured claims submitted herewith, and that the list is true and correct to the best of my information and belief.

Dated: **June 10**, 2010

James Shelby Marlow

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corporation, a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope- Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope- Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., *et al.,*[1] | Case No. 10-_____ (_____) |
| Debtors. | Joint Administration Pending |

## LIST OF EQUITY SECURITY HOLDERS

In accordance with Rule 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the List of Equity Security Holders attached hereto, representing the record holders as of June 9, 2010.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope- Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope- Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

## List of Equity Security Holders of Record

| Name | Address | Percentage of Ownership |
|---|---|---|
| Florette D. Ungar Shaashua | 3211 Internet Blvd., Ste. 200 Frisco, TX 75034 | 16.08% |
| Joan E. Ungar Levy | 3211 Internet Blvd., Ste. 200 Frisco, TX 75034 | 16.08% |
| Denise F. Ungar Stern | 3211 Internet Blvd., Ste. 200 Frisco, TX 75034 | 16.08% |
| Rita L. Ungar Moser | 3211 Internet Blvd., Ste. 200 Frisco, TX 75034 | 16.08% |
| First Ungar Trust (1974) – Trustees: Florette D. Ungar Shaashua, Joan E. Ungar Levy, Denise F. Ungar Stern & Rita L. Ungar Moser | 3211 Internet Blvd., Ste. 200 Frisco, TX 75034 | 12.55% |
| Gift Trust (1995) – Trustees: Florette D. Ungar Shaashua, Joan E. Ungar Levy, Denise F. Ungar Stern & Rita L. Ungar Moser | 3211 Internet Blvd., Ste. 200 Frisco, TX 75034 | 23.13% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEC HOLDINGS CORP.,
*et al.*,[1]

Debtors.

Chapter 11

Case No. 10-_____ (_____)

Joint Administration Pending

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, James Shelby Marlow, Chief Financial Officer of NEC Holdings Corp., a Delaware corporation, declare under penalty of perjury that I have reviewed the List of Equity Security Holders submitted herewith, and that the list is true and correct to the best of my information and belief.

Dated: June 10 , 2010

James Shelby Marlow

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corporation, a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope- Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope- Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., *et al.*,[1] | Case No. 10-_____ (____) |
| Debtors. | Joint Administration Pending |

## STATEMENT OF CORPORATE OWNERSHIP

The following entities directly or indirectly own 10% or more of any class of the above-captioned Debtor's equity interests:

| | |
|---|---|
| Florette D. Ungar Shaashua | 16.08% |
| Joan E. Ungar Levy | 16.08% |
| Denise F. Ungar Stern | 16.08% |
| Rita L. Ungar Moser | 16.08% |
| First Ungar Trust (1974) – Trustees: Florette D. Ungar Shaashua, Joan E. Ungar Levy, Denise F. Ungar Stern & Rita L. Ungar Moser | 12.55% |
| Gift Trust (1995) – Trustees: Florette D. Ungar Shaashua, Joan E. Ungar Levy, Denise F. Ungar Stern & Rita L. Ungar Moser | 23.13% |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope- Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope- Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284).  The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEC HOLDINGS CORP., *et al.*,[2]

Debtors.

Chapter 11

Case No. 10-_____ (_____)

Joint Administration Pending

## DECLARATION REGARDING STATEMENT OF CORPORATE OWNERSHIP

I, James Shelby Marlow, Chief Financial Officer of NEC Holdings Corp., a Delaware corporation, declare under penalty of perjury that I have reviewed the Statement of Corporate Ownership and that the information is true and correct to the best of my information and belief.

Dated: June 10 , 2010

James Shelby Marlow

---

[2]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corporation, a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope- Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope- Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.