# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NEC HOLDINGS CORP., *et al.*,[1] | ) Case No. 10-11890 (PJW) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 25 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

I, *Uraina L. Norman*, being duly sworn according to law, deposes and says that I am employed by Bayard, P.A., co-counsel for LBC Credit Partners, L.P., LBC Credit Partners Parallel, L.P., Island Funding, LLC, and Wayzata Recovery Fund, LLC (collectively, the "Term

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corporation, a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

B Lenders"), as creditors and parties-in-interest, in the above-captioned action, and that on the 10th day of June, 2010, I caused a copy of the following:

> **Preliminary Objection of Term B Lenders to Motion for Entry of Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 393 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Lenders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, and (V) Scheduling a Final Hearing on the Debtors' Motion to Incur Such Financing on a Permanent Basis [Docket No. 25]**

to be served upon the parties listed on the attached service list *via* electronic mail.

_____
Uraina L. Norman

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 11, 2010

_____
Notary Public

SHERRI L. CAMP
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Jan. 12, 2014

{BAY:01566389v1}

# SERVICE LIST

U.S. Trustee
844 King Street
J. Caleb Boggs Federal Building
Room 2207, Lockbox 35
Wilmington, DE 19801
Attn: David M. Klauder
Email: david.klauder@usdoj.gov

Latham & Watkins, LLP
233 South Wacker Drive
Chicago, IL 60606
Attn: David S. Heller
      Josef S. Athanas
Email: david.heller@lw.com
       josef.athanas@lw.com

Young Conaway Stargatt & Taylor, LLP
1000 West Street
17th Floor
Wilmington, DE 19801
Attn: Michael R. Nestor
      Kara Hammond Coyle
Email: mnestor@ycst.com
       kcoyle@ycst.com

Paul Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, GA 30308
Attn: Jesse H. Austin, III
Email: jessaustin@paulhastings.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Attn: Kurt F. Gwynne
Email: kgwynne@reedsmith.com

Moses and Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Attn: Allan Grauberd
Email: agrauberd@mosessinger.com

Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
Attn: Don D. Grubman
Email: dgrubman@hahnhessen.com

Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022
Attn: Alan D. Halperin
Email: ahalperin@halperinlaw.net