**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------x
In re:                                    :        Chapter 11
                                          :
National Envelope Corporation,            :        Case No 10-11890
                                          :
         Debtors.                         :
--------------------------------------------------------x
```

## <u>NOTICE OF RECLAMATION</u>

Henkel Corporation, Inc hereby gives notice of its claim for reclamation pursuant to 11 U.S.C. 546C and, to the extent applicable, 2-702 of any applicable Uniform Commercial Code. Attached hereto are true and correct copies of the invoices related to the Reclamation Demand. Henkel Corporation demands return of the goods or protection of its claim as provided by 11U.S.C 546C or otherwise applicable law or court order.

Dated: June 11, 2010                          Respectfully submitted,

                                              _____
                                              Scott M. Miller
                                              VP of Finance, OTC/PTP

| Account | Transaction ID | PO Number | Inv # | Invoice Date | Amount |
|---|---|---|---|---|---|
| 477878 | 1802562698-001 | 44890 | 9421410005 | 4/27/2010 | $3,035.86 |
| 477878 | 1802562699-001 | 44890 | 9421410046 | 4/27/2010 | $6,530.30 |
| 477259 | 1802563380-001 | 414155 | 9421410741 | 4/27/2010 | $2,538.24 |
| 1196297 | 1802566036-001 | 414139 | 9421412422 | 4/28/2010 | $24,755.54 |
| 478124 | 1802566105-001 | 414715 | 9421412492 | 4/28/2010 | $3,505.24 |
| 491763 | 1802567834-001 | 414844 | 9421413580 | 4/28/2010 | $19,059.59 |
| 1278905 | 1802568095-001 | 407614 | 9421413843 | 4/28/2010 | $6,820.14 |
| 1278908 | 1802568096-001 | 414628 | 9421413844 | 4/28/2010 | $3,444.63 |
| 477259 | 1802567801-001 | 411976 | 9421413547 | 4/29/2010 | $706.35 |
| 1196297 | 1802568021-001 | 414416 | 9421413769 | 4/29/2010 | $10,988.60 |
| 1196297 | 1802568229-001 | 414416 | 9421413989 | 4/29/2010 | $7,659.78 |
| 478487 | 1802568814-001 | 913550 | 9421414331 | 4/29/2010 | $28,917.43 |
| 1196297 | 1802568914-001 | 414416 | 9421414424 | 4/30/2010 | $7,010.47 |
| 477259 | 1802569749-001 | 414151 | 9421414837 | 4/30/2010 | $6,530.30 |
| 477259 | 1802570129-001 | 414154 | 9421415207 | 4/30/2010 | $2,466.82 |
| 1278908 | 1802570363-001 | 415163 | 9421415442 | 4/30/2010 | $7,587.68 |
| 1278908 | 1802570364-001 | 414628 | 9421415443 | 4/30/2010 | $3,445.14 |
| 1278904 | 1802572536-001 | 414400 | 9421416650 | 5/3/2010 | $27,739.76 |
| 478327 | 1802572765-001 | 414463 | 9421416887 | 5/3/2010 | $3,265.15 |
| 478327 | 1802572962-001 | 414018 | 9421417077 | 5/3/2010 | $20,655.98 |
| 478327 | 1802572963-001 | 414463 | 9421417078 | 5/3/2010 | $3,217.13 |
| 478124 | 1802574415-001 | 414715 | 9421418261 | 5/4/2010 | $1,294.95 |
| 1278904 | 1802575927-001 | 415336 | 9421419570 | 5/5/2010 | $2,041.84 |
| 1278908 | 1802575928-001 | 414847 | 9421419572 | 5/5/2010 | $3,444.73 |
| 478327 | 1802576223-001 | 415649 | 9421419911 | 5/5/2010 | $2,961.26 |
| 478124 | 1802576518-001 | 414715 | 9421420205 | 5/5/2010 | $17,862.04 |
| 478124 | 1802576519-001 | 414715 | 9421420206 | 5/5/2010 | $680.61 |
| 1278904 | 1802576588-001 | 415336 | 9421420277 | 5/5/2010 | $801.08 |
| 477878 | 1802576623-001 | 44891 | 9421420346 | 5/5/2010 | $27,812.00 |
| 1278908 | 1802578052-001 | 415163 | 9421421347 | 5/5/2010 | $2,650.43 |
| 478487 | 1802577783-001 | 913550 | 9421421076 | 5/6/2010 | $9,795.45 |
| 1278907 | 1802578131-001 | 25453 | 9421421628 | 5/6/2010 | $1,294.95 |
| 1196297 | 1802578280-001 | 415036 | 9421421790 | 5/6/2010 | $26,298.30 |
| 1278907 | 1802578292-001 | 25453 | 9421421802 | 5/6/2010 | $23,699.04 |
| 477878 | 1802578384-001 | 44914 | 9421421905 | 5/7/2010 | $18,165.02 |
| 1278905 | 1802580097-001 | 414742 | 9421423379 | 5/7/2010 | $42,441.04 |
| 1278908 | 1802580098-001 | 415163 | 9421423380 | 5/7/2010 | $170.39 |
| 478124 | 1802582501-001 | 414715 | 9421425348 | 5/10/2010 | $3,785.33 |
| 1278907 | 1802582606-001 | 25453 | 9421425478 | 5/11/2010 | $3,505.24 |
| 477259 | 1802582654-001 | 414152 | 9421425526 | 5/11/2010 | $3,994.00 |
| 1278907 | 1802583925-001 | 25453 | 9421426476 | 5/11/2010 | $6,344.87 |
| 478124 | 1802584557-001 | 416193 | 9421427122 | 5/11/2010 | $3,505.24 |
| 478953 | 1802584560-001 | 415638 | 9421427125 | 5/11/2010 | $5,922.53 |
| 478124 | 1802584720-001 | 414715 | 9421427256 | 5/12/2010 | $3,265.15 |
| 477259 | 1802587605-001 | 415931 | 9421428937 | 5/13/2010 | $6,530.30 |
| 478487 | 1802587607-001 | 913550 | 9421428939 | 5/13/2010 | $423.55 |
| 478953 | 1802587608-001 | 415638 | 9421428940 | 5/13/2010 | $13,060.60 |
| 477878 | 1802588946-001 | 44916 | 9421429851 | 5/13/2010 | $34,794.90 |
| 478487 | 1802588951-001 | 913550 | 9421429856 | 5/13/2010 | $29,824.54 |
| 478487 | 1802588952-001 | 913550 | 9421429857 | 5/13/2010 | $2,589.89 |
| 1278907 | 1802589175-001 | 25453 | 9421430062 | 5/13/2010 | $1,269.12 |
| 1278907 | 1802589176-001 | 25453 | 9421430063 | 5/13/2010 | $805.06 |

| Account | Transaction ID | PO Number | Inv # | Invoice Date | Amount |
|---|---|---|---|---|---|
| 1278907 | 1802589489-001 | 25453 | 9421430386 | 5/14/2010 | $1,812.04 |
| 491763 | 1802590750-001 | 416148 | 9421431247 | 5/14/2010 | $2,016.28 |
| 477878 | 1802590891-001 | 44914 | 9421431492 | 5/14/2010 | $3,035.86 |
| 491763 | 1802591061-001 | 416148 | 9421431658 | 5/14/2010 | $9,756.36 |
| 491763 | 1802591062-001 | 416148 | 9421431659 | 5/14/2010 | $20,378.22 |
| 477259 | 1802591144-001 | 416292 | 9421431742 | 5/14/2010 | $20,160.00 |
| 478124 | 1802591935-001 | 416193 | 9421432217 | 5/15/2010 | $6,530.30 |
| 477878 | 1802593660-001 | 44914 | 9421433512 | 5/17/2010 | $6,530.30 |
| 477259 | 1802594873-001 | 415933 | 9421433861 | 5/17/2010 | $1,997.00 |
| 477878 | 1802594881-001 | 44914 | 9421433867 | 5/17/2010 | $6,434.27 |
| 477259 | 1802597155-001 | 416293 | 9421434745 | 5/18/2010 | $3,087.39 |
| 477259 | 1802597156-001 | 416295 | 9421434746 | 5/18/2010 | $1,497.50 |
| 1278904 | 1802597253-001 | 416412 | 9421434920 | 5/18/2010 | $1,361.23 |
| 1278908 | 1802597254-001 | 416631 | 9421434921 | 5/18/2010 | $6,784.27 |
| 477878 | 1802597502-001 | 44914 | 9421435174 | 5/18/2010 | $1,516.79 |
| 478124 | 1802597504-001 | 414715 | 9421435176 | 5/18/2010 | $3,265.15 |
| 478953 | 1802597989-001 | 415639 | 9421435616 | 5/18/2010 | $13,967.20 |
| 477878 | 1802598257-001 | 44915 | 9421435869 | 5/19/2010 | $27,839.20 |
| 478124 | 1802598259-001 | 416193 | 9421435871 | 5/19/2010 | $6,144.19 |
| 478256 | 1802598260-001 | W9089 | 9421435872 | 5/19/2010 | $14,924.02 |
| 478256 | 1802599485-001 | W9089 | 9421436257 | 5/19/2010 | $6,526.20 |
| 1278904 | 1802600209-001 | 416412 | 9421436994 | 5/19/2010 | $3,286.14 |
| 1278907 | 1802600210-001 | 25453 | 9421436995 | 5/19/2010 | $1,134.24 |
| 1278907 | 1802601562-001 | 25453 | 9421437695 | 5/20/2010 | $4,734.92 |
| 1278908 | 1802601563-001 | 417442 | 9421437696 | 5/20/2010 | $2,028.04 |
| 478256 | 1802601883-001 | W9089 | 9421438207 | 5/20/2010 | $1,293.50 |
| 1196297 | 1802602095-001 | 416888 | 9421438425 | 5/20/2010 | $16,325.76 |
| 1278907 | 1802602102-001 | 25453 | 9421438432 | 5/20/2010 | $1,269.12 |
| 1196297 | 1802602240-001 | 416888 | 9421438575 | 5/21/2010 | $7,010.47 |
| 1278901 | 1802603325-001 | 31947KS | 9421439249 | 5/21/2010 | $7,348.18 |
| 478327 | 1802607176-001 | 418080 | 9421440848 | 5/24/2010 | $3,265.15 |
| 478256 | 1802608321-001 | W9088 | 9421441810 | 5/25/2010 | $28,239.74 |
| 478327 | 1802608322-001 | 416301 | 9421441811 | 5/25/2010 | $13,219.20 |
| 478487 | 1802608324-001 | 913550 | 9421441813 | 5/25/2010 | $26,978.12 |
| 1196297 | 1802608373-001 | 417779 | 9421441863 | 5/25/2010 | $7,010.47 |
| 478124 | 1802608476-001 | 416193 | 9421441966 | 5/25/2010 | $15,272.80 |
| 478327 | 1802610063-001 | 417310 | 9421442295 | 5/25/2010 | $2,961.26 |
| 478327 | 1802610064-001 | 417310 | 9421442296 | 5/25/2010 | $646.75 |
| 478327 | 1802610065-001 | 417310 | 9421442297 | 5/25/2010 | $748.75 |
| 1278905 | 1802610182-001 | 416681 | 9421442420 | 5/25/2010 | $7,507.04 |
| 1278905 | 1802610183-001 | 416681 | 9421442421 | 5/25/2010 | $3,449.01 |
| 1278907 | 1802610184-001 | 25453 | 9421442422 | 5/25/2010 | $1,812.04 |
| 1278907 | 1802610490-001 | 25453 | 9421442423 | 5/25/2010 | $6,434.27 |
| 478327 | 1802612342-001 | 418080 | 9421443506 | 5/25/2010 | $3,217.13 |
| 1196297 | 1802614489-001 | 417266 | 9421444632 | 5/26/2010 | $24,578.40 |
| 1196297 | 1802614490-001 | 417350 | 9421444633 | 5/26/2010 | $37,130.16 |
| 1278908 | 1802620400-001 | 418508 | 9421448527 | 5/27/2010 | $11,687.95 |
| 477259 | 1802618206-001 | 417683 | 9421447349 | 5/28/2010 | $3,994.00 |
| 478327 | 1802618209-001 | 417310 | 9421447352 | 5/28/2010 | $3,217.13 |
| 1196297 | 1802618216-001 | 417779 | 9421447389 | 5/28/2010 | $7,010.47 |
| 477259 | 1802618967-001 | 417687 | 9421447581 | 5/28/2010 | $3,087.39 |
| 478487 | 1802618971-001 | 913550 | 9421447585 | 5/28/2010 | $748.75 |

**National Envelope**
**Chapter 11  6/10/10**          **Reclamation - 45 days  - 4/27/10**

| Account | Transaction ID | PO Number | Inv # | Invoice Date | Amount |
|---|---|---|---|---|---|
| 1278904 | 1802620399-001 | 416413 | 9421448526 | 5/28/2010 | $27,780.84 |
| 478124 | 1802623728-001 | 417957 | 9421450759 | 6/1/2010 | $20,308.92 |
| 478953 | 1802623732-001 | Sample A | 9421450763 | 6/1/2010 | $25.00 |
| 477259 | 1802624019-001 | 417671 | 9421451029 | 6/1/2010 | $6,530.30 |
| 478124 | 1802624022-001 | 417957 | 9421451032 | 6/1/2010 | $6,722.37 |
| 478256 | 1802625769-001 | W9115 | 9421452444 | 6/2/2010 | $676.86 |
| 478124 | 1802626153-001 | 417957 | 9421452760 | 6/2/2010 | $3,265.15 |
| 1278907 | 1802626351-001 | 25453 | 9421452959 | 6/3/2010 | $1,812.04 |
| 478487 | 1802626478-001 | 913550 | 9421453070 | 6/3/2010 | $10,515.71 |
| 477878 | 1802627053-001 | 45178 | 9421453326 | 6/3/2010 | $1,516.79 |
| 477878 | 1802627054-001 | 45178 | 9421453327 | 6/3/2010 | $3,035.86 |
| 1278908 | 1802627293-001 | 418336 | 9421453569 | 6/3/2010 | $5,574.31 |
| 478487 | 1802627454-001 | 913550 | 9421453760 | 6/3/2010 | $29,389.11 |
| 491763 | 1802627466-001 | Attn: Sha | 9421453796 | 6/3/2010 | $107.66 |
| 477878 | 1802627740-001 | 45178 | 9421454083 | 6/3/2010 | $6,434.27 |
| 1278905 | 1802628074-001 | 417869 | 9421454406 | 6/4/2010 | $747.46 |
| 477878 | 1802628150-001 | 45178 | 9421454482 | 6/4/2010 | $6,530.30 |
| 478487 | 1802628152-001 | 913550 | 9421454484 | 6/4/2010 | $1,269.12 |
| 1278907 | 1802629049-001 | 25453 | 9421455091 | 6/4/2010 | $28,875.88 |
| 477259 | 1802630801-001 | 418878 | 9421456816 | 6/7/2010 | $20,846.00 |
| 477259 | 1802630802-001 | 418449 | 9421456817 | 6/7/2010 | $6,530.30 |
| 1278904 | 1802631086-001 | to follow | 9421457143 | 6/7/2010 | $1,361.23 |
| 477878 | 1802631258-001 | 45191 | 9421457370 | 6/7/2010 | $27,798.40 |
| 478487 | 1802631262-001 | 913550 | 9421457374 | 6/7/2010 | $1,942.42 |
| 477259 | 1802631455-001 | 418450 | 9421457577 | 6/7/2010 | $3,994.00 |
| 1278905 | 1802633999-001 | 418097 | 9421458412 | 6/8/2010 | $28,746.13 |
| 477259 | 1802634112-001 | 418448 | 9421458604 | 6/8/2010 | $706.35 |
| 478953 | 1802634131-001 | 419018 | 9421458623 | 6/8/2010 | $4,441.90 |
| 1278904 | 1802634511-001 | to follow | 9421458903 | 6/8/2010 | $13,344.24 |

**$1,193,952.62**



**Contact:** Ms. Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

**Invoice**   Copy
No. 9421410005 from 04/27/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1019581 | 84561340 | 3001326197 |

Your reference No.
44890

| Order date | Delivery date |
|---|---|
| 04/15/2010 | 04/29/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | New Century |
| Transportation Inc | |

Terms of payment
net cash 75 days after B/L date - Due date: 07/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description | | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | Qty | | | Price | | Net value |
| 10 | SUPERSEAL 33-2093 | | 1222787 | | USA / 3506910000 | |
| | Item No: 0332093-K99 | | | | | |
| | 1.000 TOT ( 1,044.000 KG / TOT ) | | 2.907912 USD | / | 1 KG | |
| | (¯ 2,301.638 LB / TOT ) | | 1.319 USD | / | 1 LB | 3,035.86 |

| | Final amount | | | 3,035.86 |
|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Ms. Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

**Invoice** Copy
No. 9421410006 from 04/27/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1019581 | 84562961 | 3001327153 |

Your reference No.
44890

| Order date | Delivery date |
|---|---|
| 04/15/2010 | 04/29/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | New Century |
| Transportation Inc | |

Terms of payment
net cash 75 days after B/L date - Due date: 07/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 20 | **VECTORSEAM 33-349A** | | 1216818 | | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | | 2.998302 | USD / | 1 KG | | 6,530.30 |
| | ( ¯ 2,400.847 LB / TOT ) | | 1.36 | USD / | 1 LB | | |
| | ( ¯ 4,801.693 LB / 2.000 TOT ) | | | | | | |

Final amount 6,530.30

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA  30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA  30106**

## Henkel Corporation
Page: 1 / 2

### Invoice   Copy
No. 9421410741 from 04/27/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1024074 | 84562028 | 3001326780 |

Your reference No.
414155

| Order date | Delivery date |
|---|---|
| 04/21/2010 | 04/29/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description | Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|
| 10 | NATIONAL 33-4110 | | 1222827 | | USA / 3506910000 | |
| | Item No: 0334110-553 | | | | | |
| | 2 DR ( 214.000 KG / DR ) | | 5.930465 USD / 1 KG | | | 2,538.24 |
| | (* 471.792 LB / DR ) | | 2.69 USD / 1 LB | | | |
| | (* 943.583 LB / 2 DR ) | | | | | |

Final amount                                                           2,538.24

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1023366 | 84562093 | 3001325529 |

Your reference No.
414139

| Order date | Delivery date |
|---|---|
| 04/20/2010 | 04/29/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier Ennis
Terms of payment
net cash 75 days after B/L date - Due date: 07/12/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rena Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description Qty | Our Mat. No Price | Your Mat. No | Qty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL BACK SEAM 32-3541 | 1222626 | | 3506910000 |
| | Item No: 0323541-B00A | | | |
| | 2,687.941 USG ( 4,536 KG / USG ) | 1.533323 USD / 1 KG | | 18,695.04 |
| | ( 10.000 LB / USG ) | 0.6955 USD / 1 LB | | |
| | ( 26.880.003 LB / 2,687.941 USG ) | | | |
| 20 | NATIONAL 33-4019 | 1222804 | | 3506910000 |
| | Item No: 0334019-B00A | | | |
| | 505.454 USG ( 4.128 KG / USG ) | 2.904805 USD / 1 KG | | 6,060.50 |
| | ( 9.101 LB / USG ) | 1.3175 USD / 1 LB | | |
| | ( 4.600.000 LB / 505.454 USG ) | | | |
| | Final amount | | | 24,755.54 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** JARED KNIPP

Invoice address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS   66219**

Delivery address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS   66219**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028372 | 84563508 | 3001326754 |

Your reference No.
414715

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 04/29/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/12/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | Qty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 10 | VECTORPATCH 33-156A<br>Item No: 033156A-K99 | 1216736 | | USA / 3506910000 |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD / 1 KG | | 3,505.24 |
| | ( ~ 2,400.847 LB / TOT ) | 1.46 USD / 1 LB | | |

Final amount                                                            3,505.24

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06087
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



Contact: MIKE

**Henkel Corporation**

**Invoice** Copy
No. 9421413580 from 04/28/2010

Invoice address: 491763

**National Envelope**
**252 Pearce Industrial Road**
Shelbyville KY 40065

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028950 | 84563943 | 3001328608 |

Your reference No.
414844

Delivery address: 491763

**National Envelope**
**252 Pearce Industrial Road**
Shelbyville KY 40065

| Order date | Delivery date |
|---|---|
| 04/27/2010 | 04/30/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Robinson, C.H. Company |

Terms of payment
net cash 75 days after B/L date - Due date: 07/12/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No Price | Your Mat. No | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P-K99 Item No: 32888P-K99 | 1262705 | | USA / 3506910000 |
| | 10.000 TOT ( 1,170.000 KG / TOT ) | 1.548755 USD / 1 KG | | 18,120.44 |
| | (" 2,579.422 LB / TOT ) | 0.7025 USD / 1 LB | | |
| | (" 25,794.220 LB / 10.000 TOT ) | | | |

|  |  |
|---|---|
| Sub-total | 18,120.44 |
| Freight and Handling | 939.15 |
| Final amount | 19,059.59 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1866

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Gail Del Bene

Invoice address: 1278905

National Envelope Corp
303 Eagleview Boulevard
Exton PA 19341

Delivery address: 1278905

National Envelope Corp
303 Eagleview Boulevard
Exton PA 19341

## Henkel Corporation

**Invoice** Copy
No. 9421413843 from 04/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 982704 | 84564769 | 3001328233 |

Your reference No.
407614

| Order date | Delivery date |
|---|---|
| 03/02/2010 | 04/30/2010 |

| Incoterms | Carrier |
|---|---|
| CPT Carriage Paid To BWTR | New Century Transportation Inc |

Terms of payment
net cash 75 days after B/L date · Due date: 07/12/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 30 | VECTORSEAM 33-349A | | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | |
| | 2,000 TOT ( 1,089.000 KG / TOT ) | | 2.948698 USD | / 1 KG | | 6,422.26 |
| | ( ~ 2,400.847 LB / TOT ) | | 1.3375 USD | / 1 LB | | |
| | ( ~ 4,801.693 LB / 2.000 TOT ) | | | | | |

| | | | |
|---|---|---|---|
| | Sub-total | | 6,422.26 |
| | Freight and Handling | | 397.88 |
| | Final amount | | 6,820.14 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Tami Davis

Invoice address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN 37210-2843

Delivery address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN 37210-2843

**Invoice** Copy
No. 9421413844 from 04/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1027689 | 84563911 | 3001327812 |

Your reference No.
414628

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 04/29/2010 |

| Incoterms | Carrier |
|---|---|
| CPT Carriage Paid To ENORE | Robinson, C.H. Company |

Terms of payment
net cash 75 days after B/L date - Due date: 07/12/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No / Price | | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | NATIONAL 33-9170 | | 1217152 | | | USA / 3901306000 | |
| | Item No: 0339170-K99 | | | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | | 2.976256 USD | / | 1 KG | | 3,241.14 |
| | ( 2,400.847 LB / TOT ) | | 1.35 USD | / | 1 LB | | |

| | | |
|---|---|---|
| Sub-total | | 3,241.14 |
| Freight and Handling | | 203.49 |
| Final amount | | 3,444.63 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA 30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA 30106**

**Invoice** Copy
No. 9421413547 from 04/29/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1031437 | 84567144 | 3001330321 |

Your reference No.
411976

| Order date | Delivery date |
|---|---|
| 04/29/2010 | 04/30/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/13/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

**Currency USD**

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | **NATIONAL 33-2041** | | 1222770 | | | USA / 3506910000 | |
| | Item No: 0332041-553 | | | | | | |
| | 1 DR ( 232.000 KG / DR ) | | 3.044599 USD / 1 KG | | | | 706.35 |
| | (˜ 511.475 LB / DR ) | | 1.381 USD / 1 LB | | | | |

| | Final amount | | | 706.35 |
|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

**Henkel Corporation**

**Invoice**   Copy
No. 9421413769 from 04/29/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1026052 | 84566479 | 3001329914 |

Your reference No.
414416

| Order date | Delivery date |
|---|---|
| 04/22/2010 | 05/03/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier Ennis | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 07/13/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Reno Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | | Qty of orig./Commodity code / Net value |
|---|---|---|---|---|---|
| 20 | **ADHESIN 57-7207UV**<br>Item No: 57-7207UV-A7 | 514172 | | | USA / 3506910000 |
| | 2.000 TOT ( 1,056.000 KG / TOT ) | 5.202936 USD | / | 1 KG | 10,988.60 |
| | (" 2,328.094 LB / TOT ) | 2.36 USD | / | 1 LB | |
| | (" 4,656.187 LB / 2.000 TOT ) | | | | |

Final amount                                                        10,988.60

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

| Our reference No.<br>1026052 | Our delivery No.<br>84566986 | Our shipment No.<br>3001330147 |
|---|---|---|

Your reference No.
414416

| Order date<br>04/22/2010 | | Delivery date<br>05/03/2010 |
|---|---|---|

Incoterms
DAF Delivered At Frontier Ennis

Carrier
Con-way Freight Inc

Terms of payment
net cash 75 days after B/L date - Due date: 07/13/2010

| Credit Representative<br>Rene Voelzow-Williams | Tel.<br>1-440-937-7000 | Fax<br>1-440-937-7050 |
|---|---|---|

Currency USD

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 35-027A<br>Item No: 35-027A-A7 | 1217953 | | | USA / 3506910000 |
| | 2.000 TOT ( 1,010.000 KG / TOT )<br>(^ 2,226.680 LB / TOT )<br>(^ 4,453.361 LB / 2.000 TOT ) | 3.791970  USD<br>1.72  USD | /<br>/ | 1 KG<br>1 LB | 7,659.78 |

Final amount                                                                                  7,659.78

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Henkel**

Contact: Garry Clark

Invoice address: 478487

National Envelope Co
70 Turnpike Industrial Rd
WESTFIELD MA  01085

Delivery address: 478487

National Envelope Co
70 Turnpike Industrial Rd
WESTFIELD MA  01085

**Henkel Corporation**
**Invoice**   Copy
No. 9421414331 from 04/29/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1023933 | 84565795 | 3001328938 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 04/21/2010 | 05/03/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier BWTR
Terms of payment
net cash 75 days after B/L date · Due date: 07/13/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 32-854A<br>Item No: 032854A-B00A | 1222678 | | 3505200000 | |
| | 1,005.799 USG ( 4.627 KG / USG ) | | 1.483718  USD  /  1 KG | | 6,904.98 |
| | (¨ 10.201 LB / USG ) | | 0.673  USD  /  1 LB | | |
| | (¨ 10,259.997 LB / 1,005.799 USG ) | | | | |
| 20 | NATIONAL 33-4019<br>Item No: 0334019-B00A | 1222804 | | 3506910000 | |
| | 507.652 USG ( 4.128 KG / USG ) | | 2.904605  USD  /  1 KG | | 6,086.85 |
| | (¨ 9.101 LB / USG ) | | 1.3175  USD  /  1 LB | | |
| | (¨ 4,620.004 LB / 507.652 USG ) | | | | |
| 30 | VECTORSEAL PLUS 32-888P-B00A<br>Item No: 32888P-B00A | 1262706 | | 3506910000 | |
| | 2,295.889 USG ( 4.627 KG / USG ) | | 1.499151  USD  /  1 KG | | 15,925.60 |
| | (¨ 10.201 LB / USG ) | | 0.68  USD  /  1 LB | | |
| | (¨ 23,420.001 LB / 2,295.889 USG ) | | | | |

Final amount                                                                 28,917.43

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

**Henkel Corporation**

**Invoice**  Copy
No. 9421414424 from 04/30/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1026052 | 84565753 | 3001330313 |

Your reference No.
414416

| Order date | Delivery date |
|---|---|
| 04/22/2010 | 05/03/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier Ennis | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/14/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | Ctry of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 30 | **VECTORPATCH 33-156A**<br>Item No: 033156A-K99 | 1216736 | | USA / 3506910000 | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD / 1 KG | | | 7,010.47 |
| | (~ 2,400.847 LB / TOT ) | 1.46 USD / 1 LB | | | |
| | (~ 4,801.693 LB / 2.000 TOT ) | | | | |

Final amount                                                                      7,010.47

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

**Invoice**  Copy
No. 9421414837 from 04/30/2010

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA  30168**

| Our reference No. 1024091 | Our delivery No. 84568148 | Our shipment No. 3001331260 |
|---|---|---|
| Your reference No. 414151 | | |

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA  30106**

| Order date 04/21/2010 | Delivery date 05/03/2010 |
|---|---|
| Incoterms DAF Delivered At Frontier ENORE | Carrier Con-way Freight Inc |
| Terms of payment | |

net cash 75 days after B/L date · Due date: 07/14/2010

| Credit Representative Rene Voelzow-Williams | Tel. 1-440-937-7000 | Fax 1-440-937-7050 |
|---|---|---|

**Currency USD**

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAM 33-349A Item No: 033349A-K99 | 1216818 | | USA / 3506910000 | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD | / 1 KG | | 6,530.30 |
| | (˜ 2,400.847 LB / TOT ) | 1.36 USD | / 1 LB | | |
| | (˜ 4,801.693 LB / 2.000 TOT ) | | | | |

Final amount
6,530.30

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA 30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA 30106**

**Invoice**   Copy
**No. 9421415207 from 04/30/2010**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1024079 | 84568205 | 3001331482 |

Your reference No.
414154

| Order date | Delivery date |
|---|---|
| 04/21/2010 | 05/03/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/14/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description / Qty | Our Mat. No / Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 35-6199<br>Item No: 35-6199-A7 | 1223006 | | USA / 3506910000 | |
| | 0.799 TOT ( 907.384 KG / TOT ) | 3.403955 USD / | 1 KG | | 2,466.82 |
| | (˜ 2,000.450 LB / TOT ) | 1.544 USD / | 1 LB | | |
| | (˜ 1,598.359 LB / 0.799 TOT ) | | | | |

Final amount                                                 2,466.82

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Tami Davis

Invoice address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN 37210-2843**

Delivery address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN 37210-2843**

**Invoice** Copy
No. 9421415442 from 04/30/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1031452 | 84567112 | 3001331094 |

Your reference No.
415163

| Order date | Delivery date |
|---|---|
| 04/29/2010 | 05/03/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/14/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No / Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|
| 20 | Technomelt PS 8686<br>Item No: 0708507-701<br>755.000 KG<br>( 2.205 LB / KG )<br>( 1,664.499 LB / 755.000 KG ) | 1218694<br>2.24 USD / 1 LB | USA / 3506910000 | 3,728.48 |
| 30 | Technomelt PS 446B<br>Item No: 034446B-701<br>736.000 KG<br>( 2.205 LB / KG )<br>( 1,622.611 LB / 736.000 KG ) | 1217577<br>2.22 USD / 1 LB | USA / 3506910000 | 3,602.20 |

| | |
|---|---|
| Sub-total | 7,330.68 |
| Freight and Handling | 257.00 |
| Final amount | 7,587.68 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Tami Davis

Invoice address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN  37210-2843**

Delivery address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN  37210-2843**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1027689 | 84568141 | 3001331002 |

Your reference No.
414628

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 05/03/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 07/14/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 20 | NATIONAL 33-9170 | 1217152 | | USA / 3901306000 | |
| | Item No: 0339170-K99 | | | | |
| | 1.000 TQT ( 1,089.000 KG / TOT ) | | 2.976256 USD / 1 KG | | 3,241.14 |
| | ( 2,400.847 LB / TOT ) | | 1.35 USD / 1 LB | | |

| | | |
|---|---|---|
| Sub-total | | 3,241.14 |
| Freight and Handling | | 204.00 |
| Final amount | | 3,445.14 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Sixto Martinez

Invoice address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL   60007-6092**

Delivery address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL   60007-6092**

## Henkel Corporation

### Invoice   Copy
No. 9421416650 from 05/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1029255 | 84567329 | 3001330526 |

Your reference No.
414400

| Order date | Delivery date |
|---|---|
| 04/27/2010 | 05/04/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date - Due date: 07/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL BACK SEAM 32-3547 | 1222635 | | 3506910000 |
| | Item No: 0323547-B00A | | | |
| | 1,011.681 USG ( 4.627 KG / USG ) | 1.483718 USD  /  1 KG | | 6,945.36 |
| | (˜ 10.201 LB / USG ) | 0.673 USD  /  1 LB | | |
| | (˜ 10,319.998 LB / 1,011.681 USG ) | | | |
| 20 | VECTORSEAL PLUS 32-888P-B00A | 1262706 | | 3506910000 |
| | Item No: 32888P-B00A | | | |
| | 2,997.792 USG ( 4.627 KG / USG ) | 1.499151 USD  /  1 KG | | 20,794.40 |
| | (˜ 10.201 LB / USG ) | 0.68 USD  /  1 LB | | |
| | (˜ 30,580.003 LB / 2,997.792 USG ) | | | |

| Final amount | 27,739.76 |
|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA  01607

Delivery address: 478327

NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA  01607

**Invoice**  Copy
No. 9421416887 from 05/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1026250 | 84569589 | 3001332615 |

Your reference No.
414463

| Order date | Delivery date |
|---|---|
| 04/23/2010 | 05/05/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | New Century Transportation Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Ctry of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 20 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | | 3,265.15 |
| | ( ˉ 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | | |

Final amount                                              3,265.15

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

## Henkel Corporation

**Invoice** Copy
No. 9421417077 from 05/03/2010

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA  01607**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1022849 | 84568942 | 3001331876 |

Your reference No.
414018

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA  01607**

| Order date | Delivery date |
|---|---|
| 04/20/2010 | 05/06/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier BWTR

Terms of payment
net cash 75 days after B/L date - Due date: 07/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | | Our Mat. No | | Your Mat. No | | Cty of orig./Commodity code | |
|---|---|---|---|---|---|---|---|---|
| | Qty | | | Price | | | Net value |
| 10 | NATIONAL BACK SEAM 32-3547 | | 1222635 | | | | 3506910000 | |
| | Item No: 0323547-B00A | | | | | | | |
| | 986.193 USG ( 4.627 KG / USG ) | | 1.483718 | USD | / | 1 KG | | 6,770.38 |
| | (¯ 10.201 LB / USG ) | | 0.673 | USD | / | 1 LB | | |
| | (¯ 10,059.999 LB / 986.193 USG ) | | | | | | | |
| 20 | VECTORSEAL PLUS 32-888P-B00A | | 1262706 | | | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | | | |
| | 2,001.796 USG ( 4.627 KG / USG ) | | 1.499151 | USD | / | 1 KG | | 13,885.60 |
| | (¯ 10.201 LB / USG ) | | 0.68 | USD | / | 1 LB | | |
| | (¯ 20,420.005 LB / 2,001.796 USG ) | | | | | | | . |

Final amount                                                  20,655.98

---

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607

Delivery address: 478327

NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607

**Invoice**   Copy
No. 9421417078 from 05/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1026250 | 84569160 | 300133316B |

Your reference No.
414463

| Order date | Delivery date |
|---|---|
| 04/23/2010 | 05/06/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 07/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 33-4019<br>Item No: 0334019-K99 | 1216839 | | USA / 3506910000 | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 2.954209 USD | / 1 KG | | 3,217.13 |
| | ( ~ 2,400.847 LB / TOT ) | 1.34 USD | / 1 LB | | |

Final amount | | | | | 3,217.13

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

Delivery address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

**Invoice**   Copy
No. 9421418261 from 05/04/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028372 | 84570124 | 3001334542 |

Your reference No.
414715

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 05/05/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/18/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 9605712560 | 2168032473 |

**Currency** USD

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description<br>Qty | Our Mat. No | Your Mat No<br>Price | Qty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 30 | **NATIONAL 35-6148**<br>Item No: 35-6148-FD | 1217974 | | USA / 3506910000 |
| | 2 DR ( 185.000 KG / DR ) | 3.499856 USD / 1 KG | | 1,294.95 |
| | ( ⁻ 407.857 LB / DR ) | 1.5875 USD / 1 LB | | |
| | ( ⁻ 815.715 LB / 2 DR ) | | | |

| | | |
|---|---|---|
| | Final amount | 1,294.95 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

www.henkel.com

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Sixto Martinez

Invoice address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL 60007-6092**

Delivery address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL 60007-6092**

## Henkel Corporation

### Invoice   Copy
No. 9421419570 from 05/05/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1029267 | 84573746 | 3001335681 |

Your reference No.
415336

| Order date | Delivery date |
|---|---|
| 04/27/2010 | 05/06/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | VECTORSEAM 33-349A Item No: 033349A-553 | | 1216817 | | | USA / 3506910000 | |
| | | 3 DR ( 227.000 KG / DR ) | | | 2.998302 USD / 1 KG | | 2,041.84 |
| | | ( 500.452 LB / DR ) | | | 1.36 USD / 1 LB | | |
| | | ( 1,501.356 LB / 3 DR ) | | | | | |

Final amount                                                          2,041.84

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281866
Atlanta, GA 30384-1866

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Tami Davis

Invoice address: 1278908

**National Envelope**
888 Elm Hill Pike
Nashville TN  37210-2843

Delivery address: 1278908

**National Envelope**
888 Elm Hill Pike
Nashville TN  37210-2843

| **Henkel Corporation** | | Page 1 2 |
|---|---|---|
| **Invoice** Copy | | |
| No. 9421419572 from 05/05/2010 | | |

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1029415 | 84570816 | 3001334130 |

Your reference No.
414847

| Order date | Delivery date |
|---|---|
| 04/27/2010 | 05/05/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 10 | NATIONAL 33-9170 | | 1217149 | | USA / 3901306000 | |
| | Item No: 0339170-553 | | | | | |
| | 5 DR  ( 218.000 KG / DR  ) | | 2.976256 USD    /    1 KG | | | 3,244.12 |
| | (¯ 480.610 LB / DR  ) | | 1.35 USD    /    1 LB | | | |
| | (¯ 2,403.051 LB / 5 DR  ) | | | | | |

| | | |
|---|---|---|
| Sub-total | | 3,244.12 |
| Freight and Handling | | 200.61 |
| Final amount | | 3,444.73 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607**

**Invoice** Copy
No. 9421419911 from 05/05/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1035049 | 84573733 | 3001335404 |

Your reference No.
415649

| Order date | Delivery date |
|---|---|
| 05/04/2010 | 05/07/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | New Century Transportation Inc |

Terms of payment
net cash 75 days after B/L date · Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description | Our Mat. No | Your Mat. No | Cry of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | VECTORPATCH 33-156A | 1216735 | | USA / 3506910000 | |
| | Item No: 033156A-553 | | | | |
| | 4 DR ( 230.000 KG / DR ) | 3.218765 USD / 1 KG | | | 2,961.26 |
| | (¨ 507.066 LB / DR ) | 1.46 USD / 1 LB | | | |
| | (¨ 2,028.263 LB / 4 DR ) | | | | |

Final amount                                                                          2,961.26

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Henkel**

Contact: JARED KNIPP

**Invoice** Copy
No. 9421420205 from 05/05/2010

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028362 | 84570752 | 3001333095 |

Your reference No.
414715

Delivery address: 478124

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 05/05/2010 |

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

Incoterms — Carrier
DAF Delivered At Frontier KC
Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email: JKnipp@natenv.com

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Ctry of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL BACK SEAM 32-3547 | 1222635 | | 3506910000 | |
| | Item No: 0323547-B00A | | | | |
| | 497.998 USG ( 4.627 KG / USG ) | 1.483718 USD / 1 KG | | | 3,418.84 |
| | ( ̄ 10.201 LB / USG ) | 0.673 USD / 1 LB | | | |
| | ( ̄ 5,079.999 LB / 497.998 USG ) | | | | |
| 20 | VECTORSEAL PLUS 32-888P-B00A | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | |
| | 2,082.181 USG ( 4.627 KG / USG ) | 1.499151 USD / 1 KG | | | 14,443.20 |
| | ( ̄ 10.201 LB / USG ) | 0.68 USD / 1 LB | | | |
| | ( ̄ 21,240.000 LB / 2,082.181 USG ) | | | | |

Final amount — 17,862.04

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

National Envelope
16000 W. 108Th Street
Lenexa KS 66219

Delivery address: 478124

National Envelope
16000 W. 108Th Street
Lenexa KS 66219

### Invoice    Copy
No. 9421420206 from 05/05/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028372 | 84573745 | 3001336321 |

Your reference No.
414715

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 05/06/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9802
Email:JKnipp@natenv.com

| Item | Material description | | Our Mat. No | Your Mat. No | | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|---|
| | | Qty | | Price | | | Net value |
| 20 | VECTORSEAM 33-349A | | 1216817 | | | USA / 3506910000 | |
| | Item No: 033349A-553 | | | | | | |
| | 1 DR ( 227.000 KG / DR ) | | 2.998302 USD | / | 1 KG | | 680.61 |
| | ( 500.452 LB / DR ) | | 1.36 USD | / | 1 LB | | |

Final amount                                                                    680.61

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Sixto Martinez

Invoice address: 1278904

National Envelope Corp
Great Lakes Div
2001 Arthur Avenue
Elk Grove Village IL  60007-6092

**INVOICE** Copy
No. 9421420277 from 05/05/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1029267 | 84572928 | 3001338174 |

Your reference No.
415336

| Order date | Delivery date |
|---|---|
| 04/27/2010 | 05/06/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Delivery address: 1278904

National Envelope Corp
Great Lakes Div
2001 Arthur Avenue
Elk Grove Village IL  60007-6092

Currency USD

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 20 | NATIONAL 33-4020<br>Item No: 0334020-553 | 1216842 | | USA / 3506910000 |
| | 1 DR ( 240.000 KG / DR ) | 3.337816 USD / 1 KG | | 801.08 |
| | ( 529.112 LB / DR ) | 1.514 USD / 1 LB | | |

Final amount                                                            801.08

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1021829 | 84570754 | 3001333097 |

Your reference No.
44891

| Order date | Delivery date |
|---|---|
| 04/19/2010 | 05/07/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier SCOTTDALE Co. | Schwerman Trucking |

Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | VECTORSEAL PLUS 32-888P-B00A | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | |
| | 4,009.473 USG ( 4.627 KG / USG ) | 1.499151 USD / 1 KG | | | 27,812.00 |
| | ( 10.201 LB / USG ) | 0.68 USD / 1 LB | | | |
| | ( 40,900.001 LB / 4,009.473 USG ) | | | | |

| | Final amount | | | | 27,812.00 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1686

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Tami Davis

## Henkel Corporation

**Invoice** Copy
No. 9421421347 from 05/05/2010

Invoice address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN 37210-2843

Delivery address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN 37210-2843

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1031452 | 84572936 | 3001336175 |

Your reference No.
415163

| Order date | Delivery date |
|---|---|
| 04/29/2010 | 05/07/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/19/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

**Currency USD**

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL 33-4110 | 1222827 | | USA / 3506910000 |
| | Item No: 0334110-553 | | | |
| | 2 DR ( 214.000 KG / DR ) | 5.930465 USD / 1 KG | | 2,538.24 |
| | (" 471.792 LB / DR ) | 2.69 USD / 1 LB | | |
| | (" 943.583 LB / 2 DR ) | | | |

| | | |
|---|---|---|
| Sub-total | | 2,538.24 |
| Freight and Handling | | 112.19 |
| Final amount | | 2,650.43 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06087
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Garry Clark

Invoice address: 478487

National Envelope Co
70 Turnpike Industrial Rd
WESTFIELD MA 01085

Delivery address: 478487

National Envelope Co
70 Turnpike Industrial Rd
WESTFIELD MA 01085

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1036814 | 84575517 | 3001337307 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/05/2010 | 05/10/2010 |

Incoterms
DAF Delivered At Frontier BWTR

Carrier
New Century Transportation Inc.

Terms of payment
net cash 75 days after B/L date - Due date: 07/20/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|
| 20 | VECTORSEAM 33-349A | | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | |
| | 3.000 TOT ( 1,089.000 KG / TOT ) | | 2.998302 USD / 1 KG | | | 9,795.45 |
| | (~ 2,400.847 LB / TOT ) | | 1.36 USD / 1 LB | | | |
| | (~ 7,202.540 LB / 3.000 TOT ) | | | | | |

Final amount                                                                          9,795.45

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

**Henkel Corporation**

**Invoice**   Copy
**No. 9421421628 from 05/06/2010**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034082 | 84571976 | 3001337791 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/03/2010 | 05/11/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | R & L Transfer/Gator |

Terms of payment
net cash 75 days after B/L date - Due date: 07/20/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Ctry of orig./Commodity code Net value |
|---|---|---|---|---|
| 40 | **NATIONAL 35-6148**<br>Item No: 35-6148-FD | 1217974 | | USA / 3506910000 |
| | 2 DR  ( 185.000 KG / DR  ) | 3.499866  USD | /    1 KG | 1,294.95 |
| | (¯ 407.857 LB / DR  ) | 1.5875  USD | /    1 LB | |
| | (¯ 815.715 LB / 2 DR  ) | | | |

Final amount                                                                                1,294.95

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

**Henkel Corporation**                                        Page: 1/2
**Invoice**    Copy
No. 9421421790 from 05/06/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1030210 | 84572869 | 3001334891 |

Your reference No.
415036

| Order date | Delivery date |
|---|---|
| 04/28/2010 | 05/07/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier Ennis | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date · Due date: 07/20/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description / Qty | Our Mat. No / Price | Your Mat. No | Cty of orig./Commodity code / Net value |
|---|---|---|---|---|
| 10 | ROYAL DEX 82V60 SEAL 32-3405 | 1222616 | | 3506910000 |
| | Item No: 0323405-B00A | | | |
| | 3,766.408 USG ( 4.309 KG / USG ) | 1.620406 USD | / 1 KG | 26,298.30 |
| | ( 9.500 LB / USG ) | 0.735 USD | / 1 LB | |
| | ( 35,780.004 LB / 3,766.408 USG ) | | | |

|  | Final amount | 26,298.30 |
|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Bruce Russell

Invoice address: 1278907

National Envelope Corp
705 North Baldwin Park Boulevard
City Of Industry CA 91746-1504

Delivery address: 1278907

National Envelope Corp
705 North Baldwin Park Boulevard
City Of Industry CA 91746-1504

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1022952 | 84573858 | 3001335470 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 04/20/2010 | 05/07/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier BKLY
Terms of payment
net cash 75 days after B/L date - Due date: 07/20/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P-B00A Item No: 32888P-B00A | 1262706 | | 3506910000 | |
| | 11,503.042 KG | | 0.68 USD / 1 LB | | 17,244.80 |
| | ( 2.205 LB / KG ) | | | | |
| | ( 25,359.999 LB / 11,503.042 KG ) | | | | |
| 20 | NATIONAL BACK SEAM 32-3541 Item No: 0323541-B00A | 1222626 | | 3506910000 | |
| | 4,209.315 KG | | 0.6955 USD / 1 LB | | 6,454.24 |
| | ( 2.205 LB / KG ) | | | | |
| | ( 9,280.000 LB / 4,209.315 KG ) | | | | |
| | Final amount | | | | 23,699.04 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

**Invoice**   Copy
No. 9421421905 from 05/07/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1032671 | 84574543 | 3001337314 |

Your reference No.
44914

| Order date | Delivery date |
|---|---|
| 04/30/2010 | 05/11/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier SCOTTDALE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/21/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 33-4110<br>Item No: 0334110-K99 | 1222828 | | USA / 3506910000 | |
| | 3.000 TOT ( 1,021.000 KG / TOT ) | | 5.930465  USD  /  1 KG | | 18,165.02 |
| | (~ 2,250.931 LB / TOT ) | | 2.69  USD  /  1 LB | | |
| | (~ 6,752.794 LB / 3.000 TOT ) | | | | |

Final amount 18,165.02

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Gail Del Bene

Invoice address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA   19341**

Delivery address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA   19341**

**Invoice** Copy
No. 9421423379 from 05/07/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1021835 | 84574793 | 3001336344 |

Your reference No.
414742

| Order date | Delivery date |
|---|---|
| 04/19/2010 | 05/11/2010 |
| Incoterms | Carrier |

CPT Carriage Paid To 8WTR
Terms of payment
net cash 75 days after B/L date - Due date: 07/21/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No / Price | | Your Mat. No | Cty of orig./Commodity code / Net value |
|---|---|---|---|---|---|
| 10 | **NATIONAL 33-4019** Item No: 0334019-B00A | 1222804 | | | 3506910000 |
| | 723.019 USG ( 4.128 KG / USG ) | 2.904605 USD | / | 1 KG | 8,669.15 |
| | (" 9.101 LB / USG ) | 1.3175 USD | / | 1 LB | |
| | (" 6,580.001 LB / 723.019 USG ) | | | | |
| 20 | **VECTORSEAL PLUS 32-888P-B00A** Item No: 32888P-B00A | 1282706 | | | 3506910000 |
| | 2,025.323 USG ( 4.627 KG / USG ) | 1.499151 USD | / | 1 KG | 14,048.80 |
| | (" 10.201 LB / USG ) | 0.69 USD | / | 1 LB | |
| | (" 20,660.000 LB / 2,025.323 USG ) | | | | |
| 30 | **VECTORSEAM 33-349A** Item No: 033349A-B00A | 1222800 | | | USA / 3506910000 |
| | 1,315.655 USG ( 4.082 KG / USG ) | 2.948698 USD | / | 1 KG | 15,835.99 |
| | (" 8.999 LB / USG ) | 1.3375 USD | / | 1 LB | |
| | (" 11,839.996 LB / 1,315.655 USG ) | | | | |

| | |
|---|---|
| Sub-total | 38,553.94 |
| Freight and Handling | 3,887.10 |
| Final amount | 42,441.04 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Tami Davis

Invoice address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN  37210-2843**

Delivery address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN  37210-2843**

**Invoice**  Copy
No. 9421423380 from 05/07/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1031452 | 84574165 | 3001336349 |

Your reference No.
415163

| Order date | Delivery date |
|---|---|
| 04/29/2010 | 05/07/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Fed Ex Ground |

Terms of payment
net cash 75 days after B/L date - Due date: 07/21/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 40 | NATIONAL 33-9170 | 1217147 | | USA / 3901306000 | |
| | Item No: 0339170-054 | | | | |
| | 1 PLS ( 20.400 KG / PLS ) | 7.440640 USD | / 1 KG | | 151.79 |
| | ( 44.975 LB / PLS ) | 3.375 USD | / 1 LB | | |

|  |  |
|---|---|
| Sub-total | 151.79 |
| Freight and Handling | 18.60 |
| Final amount | 170.39 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** JARED KNIPP

Invoice address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS  66219**

Delivery address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS  66219**

**Henkel Corporation** Page 1/2

**Invoice**  Copy
No. 9421425348 from 05/10/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1040224 | 84580467 | 3001341214 |

Your reference No.
414715

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 05/11/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | |

**Terms of payment**
net cash 75 days after B/L date - Due date: 07/24/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@netenv.com

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | VECTORSEAM 33-065A | | 1216626 | | | USA / 3506910000 | |
| | Item No: 033065A-K99 | | | | | | |
| | 1.000 TOT ( 1,157.000 KG / TOT ) | | 3.271677 | USD | / 1 KG | | 3,785.33 |
| | ( 2,550.762 LB / TOT ) | | 1.484 | USD | / 1 LB | | |

Final amount 3,785.33

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

**Invoice**   Copy
No. 9421425478 from 05/11/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034082 | 84580024 | 3001341197 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/03/2010 | 05/11/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier BKLY | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 07/25/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 20 | VECTORPATCH 33-156A | 1216736 | | USA / 3506910000 | |
| | Item No: O33156A-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD | / | 1 KG | 3,505.24 |
| | (" 2,400.847 LB / TOT ) | 1.46 USD | / | 1 LB | |

Final amount      3,505.24

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA  30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA  30106**

## Henkel Corporation                                      Page 1/ 2

**Invoice**   Copy
No. 9421425526 from 05/11/2010

| | | |
|---|---|---|
| Our reference No. | Our delivery No. | Our shipment No. |
| 1028573 | 84577383 | 3001338836 |
| Your reference No. | | |
| 414152 | | |
| Order date | | Delivery date |
| 04/27/2010 | | 05/12/2010 |
| Incoterms | | Carrier |
| DAF Delivered At Frontier ENORE | | Con-way Freight Inc |
| Terms of payment | | |

net cash 75 days after B/L date · Due date: 07/25/2010

| | | |
|---|---|---|
| Credit Representative | Tel. | Fax |
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | **NATIONAL 32-3542** Item No: 0323542-K99 | 1216353 | | USA / 3505200000 |
| | 2.000 TOT ( 1,240.000 KG / TOT ) | 1.610485 USD / 1 KG | | 3,994.00 |
| | (~ 2,733.746 LB / TOT ) | 0.7305 USD / 1 LB | | |
| | (~ 5,467.493 LB / 2.000 TOT ) | | | |

Final amount                                                                3,994.00

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

## Henkel Corporation

**Invoice** Copy
No. 9421426476 from 05/11/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034082 | 84581895 | 3001341937 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/03/2010 | 05/11/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier BKLY | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date · Due date: 07/25/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 30 | VECTORSEAM 33-065A | 1216626 | | USA / 3506910000 |
| | Item No: 033065A-K99 | | | |
| | 1.829 TOT ( 1,157.000 KG / TOT ) | 2.998302 USD / 1 KG | | 6,344.87 |
| | (˝ 2,550.762 LB / TOT ) | 1.36 USD / 1 LB | | |
| | (˝ 4,665.343 LB / 1.829 TOT ) | | | |

| | Final amount | | | 6,344.87 |
|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS  66219

Delivery address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS  66219

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| | | |
|---|---|---|
| **Henkel Corporation** | | Page: 1 / 2 |
| **Invoice**  Copy | | |
| No. 9421427122 from 05/11/2010 | | |
| Our reference No.   Our delivery No.   Our shipment No. | | |
| 1039011                84580400             3001342051 | | |
| Your reference No. | | |
| 416193 | | |
| Order date | | Delivery date |
| 05/07/2010 | | 05/12/2010 |
| Incoterms | | Carrier |
| DAF Delivered At Frontier KC | | Vitran Express |
| Terms of payment | | |
| net cash 75 days after B/L date - Due date: 07/25/2010 | | |
| Credit Representative | Tel. | Fax |
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|------|----------------------|-------------|-------------|------------------------------|--|
| | Qty | | Price | | Net value |
| 10 | VECTORPATCH 33-156A | 1216736 | | USA / 3506910000 | |
| | Item No: 033156A-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD   /   1 KG | | | 3,505.24 |
| | ( 2,400.847 LB / TOT ) | 1.46 USD   /   1 LB | | | |

|  |  |
|--|--|
| Final amount | 3,505.24 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: GREG ROGERS

Invoice address: 478953

**National Envelope**
**1325 Highlands Ridge Road**
**SMYRNA GA  30082**

**Invoice**   Copy
No. 9421427125 from 05/11/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034814 | 84581961 | 3001342022 |

Your reference No.
415638

| Order date | Delivery date |
|---|---|
| 05/04/2010 | 05/13/2010 |
| Incoterms | Carrier |
| FCA Free Carrier ENORE | Con-way Freight Inc |

Delivery address: 478953

**National Envelope**
**1325 Highlands Ridge Road**
**SMYRNA GA  30082**

Terms of payment
net cash 75 days after B/L date · Due date: 07/26/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

FRANK BAKER
PH: 770-779-0113
FAX: 770-779-0100

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 20 | VECTORPATCH 33-156A | 1216735 | | USA / 3506910000 | |
| | Item No: 033156A-553 | | | | |
| | 8 DR ( 230.000 KG / DR ) | 3.218765 USD / 1 KG | | | 5,922.53 |
| | (" 507.066 LB / DR ) | 1.46 USD / 1 LB | | | |
| | (" 4,056.527 LB / 8 DR ) | | | | |

| | Final amount· | | | | 5,922.53 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** JARED KNIPP

Invoice address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS 66219**

Delivery address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS 66219**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028372 | 84581814 | 3001342572 |

Your reference No.
414715

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 05/14/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier KC | R & L Transfer, Inc. |

**Terms of payment**
net cash 75 days after B/L date – Due date: 07/26/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2166032473 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | | Our Mat. No | Your Mat. No | | Cty of orig./Commodity code | |
|---|---|---|---|---|---|---|---|
| | | Qty | | Price | | | Net value |
| 40 | VECTORSEAM 33-349A | | 1216818 | | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | | 2.998302 USD | / | 1 KG | | 3,265.15 |
| | ( ¯ 2,400.847 LB / TOT ) | | 1.36 USD | / | 1 LB | | |

Final amount                    3,265.15

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA  30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA  30106**

## Henkel Corporation                                Page: 1 2

### Invoice  Copy
No. 9421428937 from 05/13/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1036999 | 84582865 | 3001343176 |

Your reference No.
415931

| Order date | Delivery date |
|---|---|
| 05/05/2010 | 05/13/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2960 GALLONS

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 2.000 TOT ( 1.089.000 KG / TOT ) | 2.998302 USD  /  1 KG | | | 6,530.30 |
| | (" 2,400.847 LB / TOT ) | 1.36 USD  /  1 LB | | | |
| | (" 4,801.693 LB / 2.000 TOT ) | | | | |

| | Final amount | 6,530.30 |
|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1036814 | 84582206 | 3001343970 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/05/2010 | 05/17/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description | | Our Mat. No | Your Mat. No | City of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 10 | NATIONAL 32-3589 | | 1216374 | | USA / 3506910000 | |
| | Item No: 0323589-553 | | | | | |
| | 1 DR ( 240.000 KG / DR ) | | 1.764809 USD / 1 KG | | | 423.55 |
| | ( 529.112 LB / DR ) | | 0.8005 USD / 1 LB | | | |
| | | Final amount | | | | 423.55 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: GREG ROGERS

Invoice address: 478953

**National Envelope**
1325 Highlands Ridge Road
SMYRNA GA 30082

Delivery address: 478953

**National Envelope**
1325 Highlands Ridge Road
SMYRNA GA 30082

**Henkel Corporation**                                          Page 1 2

**Invoice** Copy
No. 9421428940 from 05/13/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034814 | 84582775 | 3001343172 |

Your reference No.
415638

| Order date | Delivery date |
|---|---|
| 05/04/2010 | 05/13/2010 |
| Incoterms | Carrier |
| FCA Free Carrier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

FRANK BAKER
PH: 770-779-0113
FAX: 770-779-0100

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| | Qty | | Price | | |
| 10 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 4.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | | 13,060.60 |
| | (¯ 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | | |
| | (¯ 9,603.386 LB / 4.000 TOT ) | | | | |

| | Final amount | | 13,060.60 |
|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

www.henkel.com

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1033701 | 84580660 | 3001341253 |

Your reference No.
44916

| Order date | Delivery date |
|---|---|
| 05/03/2010 | 05/14/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier SCOTTDALE
Terms of payment
net cash 75 days after B/L date · Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene ,Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | **ADHESIN 56-1122BUV** Item No: 56-1122BUV-TT | 1231816 | | USA / 3506910000 |
| | 3,873.659 KG ( 2.205 LB / KG ) ( 8,540.001 LB / 3,873.659 KG ) | | 1.4275 USD / 1 LB | 12,190.85 |
| 20 | **NATIONAL 32-854A** Item No: 032854A-B00A | 1222678 | | 3505200000 |
| | 1,511.64 USG ( 4.627 KG / USG ) (" 10.201 LB / USG ) (" 15,420.001 LB / 1,511.64 USG ) | | 1.483718 USD / 1 KG 0.673 USD / 1 LB | 10,377.66 |
| 30 | **NATIONAL 33-4019** Item No: 0334019-B00A | 1222804 | | 3506910000 |
| | 1,019.698 USG ( 4.128 KG / USG ) (" 9.101 LB / USG ) (" 9,279.996 LB / 1,019.698 USG ) | | 2.904605 USD / 1 KG 1.3175 USD / 1 LB | 12,226.39 |

Final amount                                                                34,794.90

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 479497

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1036149 | 84580653 | 3001341250 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/05/2010 | 05/14/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier BWTR
Terms of payment
net cash 75 days after B/L date · Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 10 | VECTORSEAL PLUS 32-888P-B00A | | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | |
| | 2,799.769 USG ( 4.627 KG / USG ) | | 1.499151 USD | / | 1 KG | 19,420.80 |
| | (" 10.201 LB / USG ) | | 0.68 USD | / | 1 LB | |
| | (" 28.560.002 LB / 2,799.769 USG ) | | | | | |
| 20 | NATIONAL 32-3568 | | 1222638 | | 3505200000 | |
| | Item No: 0323568-B00A | | | | | |
| | 491.397 USG ( 4.763 KG / USG ) | | 1.833153 USD | / | 1 KG | 4,290.54 |
| | (" 10.501 LB / USG ) | | 0.8315 USD | / | 1 LB | |
| | (" 5,159.999 LB / 491.397 USG ) | | | | | |
| 30 | NATIONAL 33-4019 | | 1222804 | | 3506910000 | |
| | Item No: 0334019-B00A | | | | | |
| | 509.849 USG ( 4.128 KG / USG ) | | 2.904605 USD | / | 1 KG | 6,113.20 |
| | (" 9.101 LB / USG ) | | 1.3175 USD | / | 1 LB | |
| | (" 4,639.998 LB / 509.849 USG ) | | | | | |

| | Final amount | 29,824.54 |
|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042768 | 84584903 | 3001345082 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/18/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

**Currency USD**

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | | | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|---|---|
| 10 | NATIONAL 35-6148 | | 1217974 | | | | | USA / 3506910000 | |
| | Item No: 35-6148-FD | | | | | | | | |
| | 4 DR ( 185.000 KG / DR ) | | | | 3.499856 | USD | / | 1 KG | 2,589.89 |
| | (~ 407.857 LB / DR ) | | | | 1.5875 | USD | / | 1 LB | |
| | (~ 1,631.429 LB / 4 DR ) | | | | | | | | |

Final amount                                                                2,589.89

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

## Henkel Corporation <span style="float:right">Page 1/2</span>

**Invoice** Copy
No. 9421430062 from 05/13/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042943 | 84585375 | 3001345372 |

Your reference No.
26453

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/18/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

**Currency USD**

| Item | Material description <br> Qty | Our Mat. No | Your Mat. No <br> Price | Cty of orig./Commodity code <br> Net value |
|---|---|---|---|---|
| 10 | **NATIONAL 33-4110** <br> Item No: 0334110-553 | 1222827 | | USA / 3506910000 |
| | 1 DR  ( 214.000 KG / DR  ) | 5.930465  USD | /  1 KG | 1,269.12 |
| | (  471.792 LB / DR  ) | 2.69  USD | /  1 LB | |

Final amount  1,269.12

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**Attn: Silvano**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

**Invoice** Copy
No. 9421430063 from 05/13/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042895 | 84585386 | 3001345388 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/14/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | Federal Express Corp. |

Terms of payment
net cash 75 days after B/L date - Due date: 07/27/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

**Currency USD**

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | City of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 33-4110 | 1222824 | | USA / 3506910000 | |
| | Item No: 0334110-054 | | | | |
| | 3 PLS ( 18.100 KG / PLS ) | 14.82616 USD | / 1 KG | | 805.06 |
| | ( 39.904 LB / PLS ) | 6.725 USD | / 1 LB | | |
| | ( 119.712 LB / 3 PLS ) | | | | |

Final amount 805.06

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

**Invoice**  Copy
No. 9421430386 from 05/14/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034082 | 84585951 | 3001345690 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/03/2010 | 05/14/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | Con-way Freight Inc |

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Terms of payment
net cash 75 days after B/L date - Due date: 07/28/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P | | 1262705 | | USA / 3506910000 | |
| | Item No: 32888P-K99 | | | | | |
| | 1.000 TOT ( 1,170.000 KG / TOT ) | | 1.548755  USD | /  1 KG | | 1,812.04 |
| | ( 2,579.422 LB / TOT ) | | 0.7025  USD | /  1 LB | | |

|  | Final amount | | | | | 1,812.04 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



## Henkel

Contact: MIKE

Invoice address: 491763

National Envelope
252 Pearce Industrial Road
Shelbyville KY  40065

Delivery address: 491763

National Envelope
252 Pearce Industrial Road
Shelbyville KY  40065

**Invoice**   Copy
No. 9421431247 from 05/14/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1038604 | 84582462 | 3001343927 |

Your reference No.
416148

| Order date | Delivery date |
|---|---|
| 05/07/2010 | 05/18/2010 |

| Incoterms | Carrier |
|---|---|
| CPT Carriage Paid To ENORE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/28/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No / Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 30 | VECTORSEAL PLUS 32-888P | 1282705 | | USA / 3506910000 | |
| | Item No: 32888P-K99 | | | | |
| | 1.000 TOT ( 1,170.000 KG / TOT ) | 1.548755 USD / 1 KG | | | 1,812.04 |
| | ( 2,579.422 LB / TOT ) | 0.7025 USD / 1 LB | | | |

| | | |
|---|---|---|
| Sub-total | | 1,812.04 |
| Freight and Handling | | 204.24 |
| Final amount | | 2,016.28 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1032671 | 84586879 | 3001346612 |

Your reference No.
44914

| Order date | Delivery date |
|---|---|
| 04/30/2010 | 05/19/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier SCOTTDALE         New Century
Transportation Inc

Terms of payment
net cash 75 days after B/L date - Due date: 07/28/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description<br>Qty | Our Mat. No<br>Price | Your Mat. No | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 40 | SUPERSEAL 33-2093 | 1222787 | | USA / 3506910000 |
| | Item No: 0332093-K99 | | | |
| | 1.000 TOT ( 1,044.000 KG / TOT ) | 2.907912 USD / 1 KG | | 3,035.86 |
| | ( 2,301.638 LB / TOT ) | 1.319 USD / 1 LB | | |

|  | Final amount | | | 3,035.86 |
|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: MIKE

**Henkel Corporation**

**Invoice** Copy
No. 9421431658 from 05/14/2010

Invoice address: 491763

National Envelope
252 Pearce Industrial Road
Shelbyville KY 40065

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1038604 | 84582209 | 3001343964 |

Your reference No.
416148

| Order date | Delivery date |
|---|---|
| 05/07/2010 | 05/14/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Vitran Express |

Delivery address: 491763

National Envelope
252 Pearce Industrial Road
Shelbyville KY 40065

Terms of payment
net cash 75 days after B/L date - Due date: 07/28/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P | 1262705 | | USA / 3506910000 | |
| | Item No: 32888P-K99 | | | | |
| | 5.000 TOT ( 1,170.000 KG / TOT ) | 1.548755 USD / 1 KG | | | 9,060.22 |
| | (" 2,579.422 LB / TOT ) | 0.7025 USD / 1 LB | | | |
| | (" 12,897.110 LB / 5.000 TOT ) | | | | |

|  |  |  |
|---|---|---|
| Sub-total | | 9,060.22 |
| Freight and Handling | | 696.14 |
| Final amount | | 9,756.36 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: MIKE

**Invoice**  Copy
No. 9421431659 from 05/14/2010

Invoice address: 491763

**National Envelope**
252 Pearce Industrial Road
Shelbyville KY  40065

Delivery address: 491763

**National Envelope**
252 Pearce Industrial Road
Shelbyville KY  40065

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1038604 | 84583686 | 3001344154 |

Your reference No.
416148

| Order date | Delivery date |
|---|---|
| 05/07/2010 | 05/14/2010 |

| Incoterms | Carrier |
|---|---|
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/28/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | | | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|---|---|
| 20 | **VECTORSEAM 33-349A**<br>Item No: 033349A-K99 | 1216818 | | | | USA / 3506910000 |
| | 6.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 | USD | / | 1 KG | 19,590.91 |
| | (˜ 2,400.847 LB / TOT ) | 1.36 | USD | / | 1 LB | |
| | (˜ 14,405.080 LB / 6.000 TOT ) | | | | | |

| | | |
|---|---|---|
| Sub-total | | 19,590.91 |
| Freight and Handling | | 787.31 |
| Final amount | | 20,378.22 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30364-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA   30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA   30106**

**Invoice**   Copy
No. 9421431742 from 05/14/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1040193 | 84584223 | 3001344130 |

Your reference No.
416292

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 05/19/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Schwerman Trucking Co. |

Terms of payment
not cash 75 days after B/L date - Due date: 07/28/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | KOOL JET PLUS 32338P-B00A | | 1270440 | | | 3506910000 | |
| | 2,796.103 USG ( 4.672 KG / USG ) | | | 1.543243  USD   /   1 KG | | | 20,160.00 |
| | ( ~ 10.300 LB / USG ) | | | 0.7  USD   /   1 LB | | | |
| | ( ~ 28,800.003 LB / 2,796.103 USG ) | | | | | | |

| | Final amount | | | | | | 20,160.00 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

**Henkel Corporation**

**Invoice** Copy
No. 9421433512 from 05/17/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1032671 | 84589056 | 3001348579 |

Your reference No.
44914

| Order date | Delivery date |
|---|---|
| 04/30/2010 | 05/19/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE Transportation Inc | New Century |

Terms of payment
net cash 75 days after B/L date – Due date: 07/31/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS  ~  32,410/LBS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 20 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 |
| | Item No: 033349A-K99 | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | 6,530.30 |
| | ( ~ 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | |
| | ( ~ 4,801.693 LB / 2.000 TOT ) | | | |

Final amount

6,530.30

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** JARED KNIPP

Invoice address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS   66219**

Delivery address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS   66219**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1039011 | 84586723 | 3001347178 |

Your reference No.
416193

| Order date | Delivery date |
|---|---|
| 05/07/2010 | 05/19/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 07/29/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rena Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | Qty | Our Mat. No | Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 40 | VECTORSEAM 33-349A | | 1216818 | | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | | 2.998302 USD | / | 1 KG | | 6,530.30 |
| | (~ 2,400.847 LB / TOT ) | | 1.36 USD | / | 1 LB | | |
| | (~ 4,801.693 LB / 2.000 TOT ) | | | | | | |

Final amount                                                              6,530.30

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



**Contact:** KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
PO Box 725
AUSTELL GA  30168

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
2989 Humphries Hill Road
AUSTELL GA  30106

| Henkel Corporation | | Page 1/2 |
|---|---|---|
| **Invoice**  Copy | | |
| No. 9421433861 from 05/17/2010 | | |

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1037000 | 84587467 | 3001348530 |

**Your reference No.**
415933

| Order date | Delivery date |
|---|---|
| 05/05/2010 | 05/19/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 07/31/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description<br>Qty. | Our Mat. No<br> | Your Mat. No<br>Price | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 10 | NATIONAL 32-3542 | 1216363 | | USA / 3505200000 |
| | Item No: 0323542-K99 | | | |
| | 1.000 TOT ( 1,240.000 KG / TOT ) | 1.610485 USD | / 1 KG | 1,997.00 |
| | ( 2,733.746 LB / TOT ) | 0.7305 USD | / 1 LB | |
| | Final amount | | | 1,997.00 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA  30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Lisa Jones

## Henkel Corporation

**Invoice** Copy
No. 9421433867 from 05/17/2010

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1032671 | 84587465 | 3001348521 |

Your reference No.
44914

| Order date | Delivery date |
|---|---|
| 04/30/2010 | 05/19/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 07/31/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description | | Our Mat. No | Your Mat. No | | Cty of orig./Commodity code | |
|---|---|---|---|---|---|---|---|
| | Qty | | | Price | | | Net value |
| 30 | NATIONAL 33-4019 | | 1216839 | | | USA / 3506910000 | |
| | Item No: 0334019-K99 | | | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | | 2.954209 USD | / | 1 KG | | 6,434.27 |
| | (¨ 2,400.847 LB / TOT ) | | 1.34 USD | / | 1 LB | | |
| | (¨ 4,801.693 LB / 2.000 TOT ) | | | | | | |

Final amount

6,434.27

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 291666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA   30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA   30106**

**Invoice**  Copy
No. 9421434745 from 05/18/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1040164 | 84584905 | 3001348655 |

Your reference No.
418293

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 05/19/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7060 |

**Currency** USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | **NATIONAL 35-6199** | 1223006 | | USA / 3506910000 | |
| | Item No: 35-6199-A7 | | | | |
| | 1.000 TOT ( 907.000 KG / TOT ) | 3.403955 USD / 1 KG | | | 3,087.39 |
| | ( 1,999.603 LB / TOT ) | 1.544 USD / 1 LB | | | |

| | Final amount | | 3,087.39 |
|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

**Invoice** Copy
No. 9421434746 from 05/18/2010

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA  30168**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1040152 | 84587203 | 3001348716 |

Your reference No.
416295

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 05/19/2010 |

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA  30106**

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voolzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | City of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | **NATIONAL 35-6183** | 1217983 | | USA / 3506910000 | |
| | Item No: 35-6183-FD | | | | |
| | 2 DR ( 190.000 KG / DR ) | 3.940783 USD | / 1 KG | | 1,497.50 |
| | ( 418.880 LB / DR ) | 1.7875 USD | / 1 LB | | |
| | ( 837.761 LB / 2 DR ) | | | | |

| | | Final amount | | | 1,497.50 |
|---|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Sixto Martinez

Invoice address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL  60007-6092**

Delivery address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL  60007-6092**

**Invoice**   Copy
No. 9421434920 from 05/18/2010

| Our reference No. | Our delivery No. | Our shipment No. |
| --- | --- | --- |
| 1040388 | 84591158 | 3001350088 |

Your reference No.
416412

| Order date | Delivery date |
| --- | --- |
| 05/10/2010 | 05/20/2010 |

| Incoterms | Carrier |
| --- | --- |
| DAF Delivered At Frontier KC | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date · Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
| --- | --- | --- |
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Qty | | Price | | Net value |
| 30 | **VECTORSEAM 33-349A** | | 1216817 | | USA / 3506910000 | |
| | Item No: 033349A-553 | | | | | |
| | 2 DR  ( 227.000 KG / DR  ) | | 2.998302 USD | /   1 KG | | 1,361.23 |
| | (¯ 600.452 LB / DR  ) | | 1.36 USD | /   1 LB | | |
| | (¯ 1,000.904 LB / 2 DR  ) | | | | | |

Final amount                                                                      1,361.23

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Tami Davis

Invoice address: 1278908

**National Envelope**
888 Elm Hill Pike
Nashville TN  37210-2843

Delivery address: 1278908

**National Envelope**
888 Elm Hill Pike
Nashville TN  37210-2843

## Henkel Corporation

**Invoice**  Copy
No: 9421434921 from 05/18/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1041991 | 84586950 | 3001346533 |

Your reference No.
416631

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/18/2010 |
| **Incoterms** | **Carrier** |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voolzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 33-9170 | 1217162 | | USA / 3901306000 | |
| | Item No: 0339170-K99 | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 2.976256  USD  /  1 KG | | | 6,482.29 |
| | (~ 2,400.847 LB / TOT ) | 1.35  USD  /  1 LB | | | |
| | (~ 4,801.693 LB / 2.000 TOT ) | | | | |

| | |
|---|---|
| Sub-total | 6,482.29 |
| Freight and Handling | 301.98 |
| Final amount | 6,784.27 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

**Henkel Corporation** Page 1/2

**Invoice** Copy
No. 9421435174 from 05/18/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1032671 | 84584906 | 3001348652 |

Your reference No.
44914

| Order date | Delivery date |
|---|---|
| 04/30/2010 | 05/18/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier SCOTTDALE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 50 | **NATIONAL 35-027A** Item No: 35-027A-FD | 1217952 | | USA / 3506910000 |
| | 2 DR ( 200.000 KG / DR ) | 3.791970 USD / 1 KG | | 1,516.79 |
| | ( ~ 440.927 LB / DR ) | 1.72 USD / 1 LB | | |
| | ( ~ 881.864 LB / 2 DR ) | | | |

Final amount 1,516.79

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS   66219**

Delivery address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS   66219**

**Invoice**   Copy
No. 9421435176 from 05/18/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1028372 | 84588985 | 3001348669 |

Your reference No.
414715

| Order date | Delivery date |
|---|---|
| 04/26/2010 | 05/20/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 50 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD | / | 1 KG | 3,265.15 |
| | (~ 2,400.847 LB / TOT ) | 1.36 USD | / | 1 LB | |

Final amount ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ 3,265.15

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: GREG ROGERS

Invoice address: 478953

**National Envelope**
**1325 Highlands Ridge Road**
**SMYRNA GA 30082**

Delivery address: 478953

**National Envelope**
**1325 Highlands Ridge Road**
**SMYRNA GA 30082**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1034820 | 84587090 | 3001346516 |

Your reference No.
415639

| Order date | Delivery date |
|---|---|
| 05/04/2010 | 05/21/2010 |
| Incoterms | Carrier |
| FCA Free Carrier ENORE | Robinson, C.H. Company |

Terms of payment
net cash 75 days after B/L date - Due date: 08/01/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

FRANK BAKER
PH: 770-779-0113
FAX: 770-779-0100

| Item | Material description | Qty | Our Mat. No | Your Mat. No | | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|---|
| | | | | Price | | | Net value |
| 10 | VECTORSEAL PLUS 32-888P-B00A | 1262706 | | | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | | |
| | 2,013.559 USG ( 4.627 KG / USG ) | | 1.499151 | USD | / | 1 KG | 13,967.20 |
| | (" 10.201 LB / USG ) | | 0.68 | USD | / | 1 LB | |
| | (" 20,539.998 LB / 2,013.559 USG ) | | | | | | |

Final amount          13,967.20

www.henkel.com

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



Contact: Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA   15683**

**Henkel Corporation**

**Invoice**   Copy
No. 9421435869 from 05/19/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1033687 | 84589453 | 3001348416 |

Your reference No.
44915

| Order date | Delivery date |
|---|---|
| 05/03/2010 | 05/21/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE Co. | Schwerman Trucking |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/02/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | VECTORSEAL PLUS 32-888P-B00A | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | |
| | 4,013.394 USG ( 4.627 KG / USG ) | 1.499151 USD / 1 KG | | | 27,839.20 |
| | ( 10.201 LB / USG ) | 0.68 USD / 1 LB | | | |
| | ( 40,939.999 LB / 4,013.394 USG ) | | | | |

|  | Final amount | | | | 27,839.20 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



# Henkel

Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

Delivery address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

## Henkel Corporation

**Invoice** Copy
No. 9421435871 from 05/19/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1039011 | 84590226 | 3001360387 |

Your reference No.
416193

| Order date | Delivery date |
|---|---|
| 05/07/2010 | 05/19/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
net cash 75 days after B/L date · Due date: 08/02/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code / Net value |
|---|---|---|---|---|
| 20 | VECTORPATCH 33-591A<br>Item No: 033591A-K99<br>900.000 KG<br>( 2.206 LB / KG )<br>( 1,984.171 LB / 900.000 KG ) | 1222849 | 1.33 USD / 1 LB | USA / 3506910000<br><br>2,638.95 |
| 50 | VECTORPATCH 33-156A<br>Item No: 033156A-K99<br>1.000 TOT ( 1,089.000 KG / TOT )<br>( 2,400.847 LB / TOT ) | 1216736 | 3.218765 USD / 1 KG<br>1.46 USD / 1 LB | USA / 3506910000<br><br>3,505.24 |

Final amount      6,144.19

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Jim Linzmeyer

Invoice address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI  54914**

Delivery address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI  54914**

**Invoice**   Copy
No. 9421435872 from 05/19/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042792 | 84590062 | 3001350392 |

Your reference No.
W9089

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/20/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier KC | N&M Transfer Co Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/02/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | NATIONAL 33-1385 | 1222722 | | USA / 3506910000 | |
| | Item No: 0331385-K99 | | | | |
| | 2.000 TOT ( 1,088.000 KG / TOT ) | 3.020348 USD / 1 KG | | | 6,572.28 |
| | ( ¯ 2,398.642 LB / TOT ) | 1.37 USD / 1 LB | | | |
| | ( ¯ 4,797.284 LB / 2.000 TOT ) | | | | |
| 30 | NATIONAL 33-1556 | 1222738 | | USA / 3506990000 | |
| | Item No: 0331556-553 | | | | |
| | 2 DR ( 218.000 KG / DR ) | 2.977358 USD / 1 KG | | | 1,298.13 |
| | ( ¯ 480.610 LB / DR ) | 1.3505 USD / 1 LB | | | |
| | ( ¯ 961.220 LB / 2 DR ) | | | | |
| 50 | NATIONAL 33-4110 | 1222827 | | USA / 3506910000 | |
| | Item No: 0334110-553 | | | | |
| | 2 DR ( 214.000 KG / DR ) | 5.930465 USD / 1 KG | | | 2,538.24 |
| | ( ¯ 471.792 LB / DR ) | 2.69 USD / 1 LB | | | |
| | ( ¯ 943.583 LB / 2 DR ) | | | | |
| 70 | NATIONAL 33-4306 | 1216890 | | USA / 3506910000 | |
| | Item No: 0334306-K99 | | | | |
| | 1.000 TOT ( 1,111.000 KG / TOT ) | 4.064243 USD / 1 KG | | | 4,515.37 |
| | ( ¯ 2,449.349 LB / TOT ) | 1.8435 USD / 1 LB | | | |

Final amount      14,924.02

www.henkel.com

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Jim Linzmeyer

Invoice address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI 54914**

Delivery address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI 54914**

**Invoice** Copy
No. 9421436257 from 05/19/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042792 | 84592947 | 3001351347 |

Your reference No.
W9089

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/21/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier KC | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date · Due date: 08/02/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | | | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|---|---|
| 20 | NATIONAL 33-1399 | | 1222730 | | | | | USA / 3506910000 | |
| | Item No: 0331399-K99 | | | | | | | | |
| | 1,063.000 KG | | | | 1.37 | USD | / | 1 LB | 3,210.63 |
| | ( 2.205 LB / KG ) | | | | | | | | |
| | ( 2,343.526 LB / 1,063.000 KG ) | | | | | | | | |
| 40 | NATIONAL 33-2041 | | 1222783 | | | | | USA / 3506910000 | |
| | Item No: 0332041-K99 | | | | | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | | | | 3.044599 | USD | / | 1 KG | 3,315.57 |
| | ( 2,400.847 LB / TOT ) | | | | 1.381 | USD | / | 1 LB | |

Final amount 6,526.20

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Sixto Martinez

Invoice address: 1278904

National Envelope Corp
Great Lakes Div
2001 Arthur Avenue
Elk Grove Village IL  60007-6092

Delivery address: 1278904

National Envelope Corp
Great Lakes Div
2001 Arthur Avenue
Elk Grove Village IL  60007-6092

**Invoice**   Copy
No. 9421436994 from 05/19/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1040386 | 84592235 | 3001352159 |

Your reference No.
416412

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 05/20/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 08/02/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 10 | NATIONAL 33-1385 | | 1222722 | | USA / 3506910000 | |
| | Item No: 0331385-K99 | | | | | |
| | 1.000 TOT ( 1,088.000 KG / TOT ) | | | 3.020348 USD / 1 KG | | 3,286.14 |
| | ( 2,398.642 LB / TOT ) | | | 1.37 USD / 1 LB | | |
| | | Final amount | | | | 3,286.14 |

www.henkel.com

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

### Invoice   Copy
No. 9421436995 from 05/19/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047542 | 84593029 | 3001352181 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 05/26/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BKLY | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date – Due date: 08/02/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 20 | ADHESIN 57-7207UV<br>Item No: 57-7207UV-FD | | 514174 | | | USA / 3506910000 | |
| | 1 DR  ( 218.000 KG / DR ) | | | 5.202936  USD  /  1 KG | | | 1,134.24 |
| | ( 480.610 LB / DR ) | | | 2.36  USD  /  1 LB | | | |

| | Final amount | | | | | | 1,134.24 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

**Invoice** Copy
No. 9421437695 from 05/20/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047542 | 84593894 | 3001353014 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 05/26/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/03/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | | | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|---|---|
| 30 | TECHNOMELT EASY-PAC 200F | | 1389110 | | | | | USA / 3506910000 | |
| | 48 CTN ( 13.600 KG / CTN ) | | 7.253246 | USD | / | 1 KG | | | 4,734.92 |
| | ( ˉ 29.983 LB / CTN ) | | 3.29 | USD | / | 1 LB | | | |
| | ( ˉ 1,439.185 LB / 48 CTN ) | | | | | | | | |

Final amount      4,734.92

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Tami Davis

Invoice address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN  37210-2843

Delivery address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN  37210-2843

**Invoice**   *Copy*
No. 9421437696 from 05/20/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047025 | 84592252 | 3001352160 |

Your reference No.
417442

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 05/21/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 08/03/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P | | 1262705 | | | USA / 3506910000 | |
| | Item No: 32888P-K99 | | | | | | |
| | 1.000 TOT ( 1,170.000 KG / TOT ) | | 1.548755  USD | / | 1 KG | | 1,812.04 |
| | (" 2,579.422 LB / TOT ) | | 0.7025  USD | / | 1 LB | | |

| | | |
|---|---|---|
| Sub-total | | 1,812.04 |
| Freight and Handling | | 216.00 |
| Final amount | | 2,028.04 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Jim Linzmeyer

Invoice address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI 54914**

Delivery address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI 54914**

**Invoice**   Copy
No. 9421438207 from 05/20/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042792 | 84591696 | 3001353552 |

Your reference No.
W9089

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/21/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Vitran Express, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/03/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 60 | **NATIONAL 35-6199** | 1223005 | | USA / 3506910000 |
| | Item No: 35-6199-FD | | | |
| | 2 DR ( 190.000 KG / DR ) | 3.403955 USD / 1 KG | | 1,293.50 |
| | (¯ 418.880 LB / DR ) | 1.544 USD / 1 LB | | |
| | (¯ 837.761 LB / 2 DR ) | | | |

            Final amount                              1,293.50

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

**Invoice**   Copy
No. 9421438425 from 05/20/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1044832 | 84594631 | 3001353567 |

Your reference No.
416888

| Order date | Delivery date |
|---|---|
| 05/14/2010 | 05/24/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier Ennis | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/03/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 |
| | Item No: 033349A-K99 | | | |
| | 5.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | 16,325.76 |
| | ( 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | |
| | ( 12,004.233 LB / 5.000 TOT ) | | | |

Final amount       16,325.76

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

www.henkel.com

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

---

**Henkel Corporation** Page 1 2

**Invoice** Copy
No. 9421438432 from 05/20/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047542 | 84593738 | 3001353461 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 05/26/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/03/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

---

**Currency USD**

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL 33-4110 | 1222827 | | USA / 3506910000 |
| | Item No: 0334110-553 | | | |
| | 1 DR ( 214.000 KG / DR ) | 5.930465 USD / 1 KG | | 1,269.12 |
| | ( ~ 471.792 LB / DR ) | 2.69 USD / 1 LB | | |

|  | Final amount | | | 1,269.12 |

---

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

### Henkel Corporation
**Invoice**  Copy
No. 9421438575 from 05/21/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1044832 | 84593736 | 3001353477 |

Your reference No.
416888

| Order date | Delivery date |
|---|---|
| 05/14/2010 | 05/25/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier Ennis | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/04/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 20 | VECTORPATCH 33-156A | | 1216736 | | | USA / 3506910000 | |
| | Item No: 033156A-K99 | | | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | | 3.218765 | USD | / | 1 KG | 7,010.47 |
| | ( ˉ 2,400.847 LB / TOT ) | | 1.46 | USD | / | 1 LB | |
| | ( ˉ 4,801.693 LB / 2.000 TOT ) | | | | | | |

Final amount  7,010.47

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Order Confirmation

Invoice address: 1278901

**National Envelope Corp**
**14101 East 33Rd Place**
**Aurora CO 80011**

Delivery address: 1278901

**National Envelope Corp**
**14101 East 33Rd Place**
**Aurora CO 80011**

## Henkel Corporation
Page 1 2

### Invoice
Copy
No. 9421439249 from 05/21/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1044730 | 84596701 | 3001354700 |

Your reference No.
31947KS

| Order date | Delivery date |
|---|---|
| 05/14/2010 | 05/24/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/04/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | NATIONAL BACK SEAM 32-3541 | 1222627 | | USA / 3506910000 | |
| | Item No: 0323541-K99 | | | | |
| | 1.000 TOT ( 1,247.000 KG / TOT ) | 1.533323 USD | / 1 KG | | 1,912.05 |
| | (" 2,749.179 LB / TOT ) | 0.6955 USD | / 1 LB | | |
| 20 | VECTORSEAL PLUS 32-888P | 1262705 | | USA / 3506910000 | |
| | Item No: 32888P-K99 | | | | |
| | 3.000 TOT ( 1,170.000 KG / TOT ) | 1.548755 USD | / 1 KG | | 5,436.13 |
| | (" 2,579.422 LB / TOT ) | 0.7025 USD | / 1 LB | | |
| | (" 7,738.266 LB / 3.000 TOT ) | | | | |

Final amount 7,348.18

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA  01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA  01607**

**Invoice**   Copy
No. 9421440848 from 05/24/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051243 | 84599411 | 3001356651 |

Your reference No.
418080

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 05/26/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | New Century Transportation Inc |

Terms of payment
net cash 75 days after B/L date – Due date: 08/07/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 20 | VECTORSEAM 33-349A | | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | |
| | 1,000 TOT ( 1,089.000 KG / TOT ) | | 2.998302 USD / 1 KG | | | 3,265.15 |
| | ( 2,400.847 LB / TOT ) | | 1.36 USD / 1 LB | | | |

|  | Final amount | | | | | 3,265.15 |

---

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Jim Linzmeyer

Invoice address: 478256

**National Envelope**
3800 W WISCONSIN AVE
APPLETON WI  54914

Delivery address: 478256

**National Envelope**
3800 W WISCONSIN AVE
APPLETON WI  54914

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042731 | 84597389 | 3001355290 |

Your reference No.
W9088

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/26/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | N&M Transfer Co Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description Qty | Our Mat. No | Price | Your Mat. No | Qty of orig./Commodity code Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL BACK SEAM 32-3547 | 1222635 | | | 3506910000 |
| | Item No: 0323547-B00A | | | | |
| | 1,056.775 USG ( 4.627 KG / USG ) | | 1.483718 USD  /  1 KG | | 7,254.94 |
| | | | 0.673 USD  /  1 LB | | |
| | ( ¨ 10.201 LB / USG ) | | | | |
| | ( ¨ 10,779.995 LB / 1,056.775 USG ) | | | | |
| | | | | | |
| 20 | VECTORSEAL PLUS 32-888P-B00A | 1262706 | | | 3506910000 |
| | Item No: 32888P-B00A | | | | |
| | 3,025.24 USG ( 4.627 KG / USG ) | | 1.499151 USD  /  1 KG | | 20,984.80 |
| | | | 0.68 USD  /  1 LB | | |
| | ( ¨ 10.201 LB / USG ) | | | | |
| | ( ¨ 30,859.996 LB / 3,025.24 USG ) | | | | |

| | Final amount | | | | 28,239.74 |
|---|---|---|---|---|---|

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1039560 | 84593490 | 3001351882 |

Your reference No.
416301

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 05/24/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P-B00A | | 1262706 | | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | | |
| | 1,905.725 USG ( 4.627 KG / USG ) | | | 1.499151 USD | / | 1 KG | 13,219.20 |
| | ( ~ 10.201 LB / USG ) | | | 0.68 USD | / | 1 LB | |
| | ( ~ 19,440.000 LB / 1,905.725 USG ) | | | | | | |

|  | Final amount | | | | | | 13,219.20 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1046610 | 84595643 | 3001353844 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/17/2010 | 05/26/2010 |
| Incoterms | Carrier |

DAF Delivered At Frontier BWTR

Terms of payment
net cash 75 days after B/L date · Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Scott Miller | 8605712560 | 2168032473 |

**Currency USD**

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | Qty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 10 | **VECTORSEAL PLUS 32-888P-B00A**<br>Item No: 32888P-B00A | 1262706 | | 3506910000 |
| | 1,944.937 USG ( 4.627 KG / USG ) | | 1.499151 USD / 1 KG | 13,491.20 |
| | (˜ 10.201 LB / USG ) | | 0.68 USD / 1 LB | |
| | (˜ 19,839.995 LB / 1,944.937 USG ) | | | |
| 20 | **NATIONAL 32-854A**<br>Item No: 032854A-B00A | 1222678 | | 3505200000 |
| | 1,964.544 USG ( 4.627 KG / USG ) | | 1.483718 USD / 1 KG | 13,486.92 |
| | (˜ 10.201 LB / USG ) | | 0.673 USD / 1 LB | |
| | (˜ 20,040.003 LB / 1,964.544 USG ) | | | |

|  | Final amount | | | 26,978.12 |
|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

**Invoice** Copy
No. 9421441863 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1049096 | 84597050 | 3001357205 |

Your reference No.
417779

| Order date | Delivery date |
|---|---|
| 05/20/2010 | 05/26/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier Ennis | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date · Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code / Net value |
|---|---|---|---|---|
| 10 | VECTORPATCH 33-156A<br>Item No: 033156A-K99 | 1216736 | | USA / 3506910000 |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 3.218765  USD  /  1 KG | | 7,010.47 |
| | (~ 2,400.847 LB / TOT ) | 1.46  USD  /  1 LB | | |
| | (~ 4,801.693 LB / 2.000 TOT ) | | | |

Final amount      7,010.47

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

Delivery address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

**Invoice** Copy
No. 9421441966 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1036988 | 84593223 | 3001351509 |

Your reference No.
416193

| Order date | Delivery date |
|---|---|
| 05/07/2010 | 05/20/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jered Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | | Our Mat. No | Your Mat. No | | | Qty of orig./Commodity code | |
|---|---|---|---|---|---|---|---|---|
| | | Qty | | Price | | | | Net value |
| 10 | VECTORSEAL PLUS 32-888P-B00A | | 1262708 | | | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | | | |
| | 2,201.779 USG ( 4.627 KG / USG ) | | 1.499151 | USD | / | 1 KG | | 15,272.80 |
| | ( ~ 10.201 LB / USG ) | | 0.68 | USD | / | 1 LB | | |
| | ( ~ 22,460.000 LB / 2,201.779 USG ) | | | | | | | |

Final amount                                                      15,272.80

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA 01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA 01607**

## Henkel Corporation                                    Page 1/2

**Invoice**  Copy
No. 9421442295 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051247 | 84599581 | 3001356834 |

Your reference No.
417310

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 05/27/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | New Century Transportation Inc |

Terms of payment
net cash 75 days after B/L date · Due date: 08/09/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code Net value |
|---|---|---|---|---|
| 30 | VECTORPATCH 33-156A | 1216735 | | USA / 3506910000 |
| | Item No: 033156A-553 | | | |
| | 4 DR  ( 230.000 KG / DR  ) | 3.218765  USD  /  1 KG | | 2,961.26 |
| | (~ 507.066 LB / DR  ) | 1.46  USD  /  1 LB | | |
| | (~ 2,028.263 LB / 4 DR  ) | | | |

|  | Final amount | | | 2,961.26 |
|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA 01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA 01607**

**Invoice**   Copy
No. 9421442296 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051247 | 84599655 | 3001358482 |

Your reference No.
417310

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 05/28/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No Price | Your Mat. No | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 40 | NATIONAL 35-6199 | 1223005 | | USA / 3506910000 | |
| | Item No: 35-6199-FD | | | | |
| | 1 DR ( 190.000 KG / DR ) | 3.403955 USD / 1 KG | | | 646.75 |
| | (~ 418.880 LB / DR ) | 1.544 USD / 1 LB | | | |

| | Final amount | 646.75 |
|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA  01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA  01607**

**Invoice**  Copy
No. 9421442297 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051247 | 84599700 | 3001358476 |

Your reference No.
417310

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 05/28/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 20 | **NATIONAL 35-6183** | 1217983 | | USA / 3506910000 | |
| | Item No: 35-6183-FD | | | | |
| | 1 DR  ( 190.000 KG / DR  ) | 3.940783  USD | /    1 KG | | 748.75 |
| | (˜ 418.880 LB / DR  ) | 1.7875  USD | /    1 LB | | |

| | | |
|---|---|---|
| | Final amount | 748.75 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



Contact: Gail Del Bene

**Invoice** Copy
No. 9421442420 from 05/25/2010

Invoice address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA  19341**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042784 | 84596917 | 3001356177 |

Your reference No.
416681

Delivery address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA  19341**

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/26/2010 |

| Incoterms | Carrier |
|---|---|
| CPT Carriage Paid To BWTR | New Century Transportation Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORPATCH 33-156A | 1216736 | | USA / 3506910000 | |
| | Item No: 033156A-K99 | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD / 1 KG | | | 7,010.47 |
| | (" 2,400.847 LB / TOT ) | 1.46 USD / 1 LB | | | |
| | (" 4,801.693 LB / 2.000 TOT ) | | | | |

| | | |
|---|---|---|
| Sub-total | | 7,010.47 |
| Freight and Handling | | 496.57 |
| Final amount | | 7,507.04 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



## Henkel

Contact: Gail Del Bene

Invoice address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA 19341**

Delivery address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA 19341**

### Henkel Corporation
**Invoice** Copy

No. 9421442421 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1042784 | 84598241 | 3001356542 |

Your reference No.
416681

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 05/26/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To BWTR | New Century Transportation Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 20 | VECTORSEAM 33-349A | | 1216819 | | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | | 2.948698 USD | / | 1 KG | | 3,211.13 |
| | ( ˜ 2,400.847 LB / TOT ) | | 1.3375 USD | / | 1 LB | | |

| | |
|---|---|
| Sub-total | 3,211.13 |
| Freight and Handling | 237.88 |
| Final amount | 3,449.01 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

## Henkel Corporation

**Invoice**   Copy
No. 9421442422 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047542 | 84598148 | 3001358572 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 05/26/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BKLY | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | Price | | | Net value |
| 40 | **VECTORSEAL PLUS 32-888P** | 1262705 | | USA / 3506910000 | |
| | Item No: 32888P-K99 | | | | |
| | 1.000 TOT ( 1,170.000 KG / TOT ) | 1.548755 USD | / | 1 KG | 1,812.04 |
| | ( 2,579.422 LB / TOT ) | 0.7025 USD | / | 1 LB | |

Final amount    1,812.04

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

**Invoice**   Copy
No. 9421442423 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047542 | 84600170 | 3001358411 |

Your reference No.
25453

| Order date | | Delivery date |
|---|---|---|
| 05/18/2010 | | 05/26/2010 |
| **Incoterms** | | **Carrier** |
| DAF Delivered At Frontier BKLY | | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 50 | **NATIONAL 33-4019** | 1216839 | | USA / 3506910000 | |
| | Item No: 0334019-K99 | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 2.954209 USD / 1 KG | | | 6,434.27 |
| | ( ̃ 2,400.847 LB / TOT ) | 1.34 USD / 1 LB | | | |
| | ( ̃ 4,801.693 LB / 2.000 TOT ) | | | | |

Final amount                                                          6,434.27

---

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607

Delivery address: 478327

NATIONAL ENVELOPE / NORTH
207 GREENWOOD ST
WORCESTER MA   01607

**Invoice**   *Copy*
No. 9421443506 from 05/25/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051243 | 84600190 | 3001358592 |

Your reference No.
418080

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 05/28/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date · Due date: 08/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | NATIONAL 33-4019 Item No: 0334019-K99 | | 1216839 | | | USA / 3506910000 | |
| | | 1.000 TOT ( 1,089.000 KG / TOT ) | | 2.954209 USD | / 1 KG | | 3,217.13 |
| | | (~ 2,400.847 LB / TOT ) | | 1.34 USD | / 1 LB | | |

Final amount                           3,217.13

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Michael Rasberry

**Invoice** Copy
No. 9421444632 from 05/26/2010

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1045704 | 84600195 | 3001357283 |

Your reference No.
417266

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

| Order date | Delivery date |
|---|---|
| 05/17/2010 | 05/26/2010 |

Incoterms
DAF Delivered At Frontier Ennis

Carrier
Schwerman Trucking Co.

Terms of payment
not cash 75 days after B/L date - Due date: 08/09/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | ROYAL DEX 82V60 SEAL 32-3405 | | 1222616 | | | 3506910000 | |
| | Item No: 0323405-B00A | | | | | | |
| | 3,520.086 USG ( 4.309 KG / USG ) | | | | 1.620406 USD / 1 KG | | 24,578.40 |
| | ( ˜ 9.500 LB / USG ) | | | | 0.735 USD / 1 LB | | |
| | ( ˜ 33,440.002 LB / 3,520.086 USG ) | | | | | | |

Final amount 24,578.40

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Michael Rasberry

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX 75119**

Currency USD

### Henkel Corporation
Page: 1/2

**Invoice**   Copy
No. 9421444633 from 05/26/2010

| | | |
|---|---|---|
| Our reference No. | Our delivery No. | Our shipment No. |
| 1053625 | 84603195 | 3001359779 |
| Your reference No. | | |
| 417350 | | |
| Order date | | Delivery date |
| 05/26/2010 | | 05/27/2010 |
| Incoterms | | Carrier |
| DAF Delivered At Frontier Ennis | | |
| Terms of payment | | |
| net cash 75 days after B/L date - Due date: 08/09/2010 | | |

| | | |
|---|---|---|
| Credit Representative | Tel. | Fax |
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

| Item | Material description Qty | Our Mat. No | Your Mm. No Price | Qty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL 33-4019 | 1222804 | | 3506910000 |
| | Item No: 0334019-B00A | | | |
| | 2,509.689 USG ( 4.128 KG / USG ) | 2.904605 USD / 1 KG | | 30,091.70 |
| | (~ 9.101 LB / USG ) | 1.3175 USD / 1 LB | | |
| | (~ 22,840.001 LB / 2,509.689 USG ) | | | |
| | | | | |
| 20 | NATIONAL BACK SEAM 32-3541 | 1222626 | | 3506910000 |
| | Item No: 0323541-B00A | | | |
| | 1,011.978 USG ( 4.536 KG / USG ) | 1.533323 USD / 1 KG | | 7,038.46 |
| | (~ 10.000 LB / USG ) | 0.6955 USD / 1 LB | | |
| | (~ 10,120.003 LB / 1,011.978 USG ) | | | |

|  | Final amount | 37,130.16 |
|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Tami Davis

Invoice address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN 37210-2843

Delivery address: 1278908

National Envelope
888 Elm Hill Pike
Nashville TN 37210-2843

**Invoice**  Copy
No. 9421448527 from 05/27/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1054285 | 84603677 | 3001361489 |

Your reference No.
418508

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 05/28/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/10/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | Technomelt PS 446B<br>Item No: 034446B-701 | 1217577 | | | | USA / 3506910000 | |
| | | 738.000 KG | | 2.22 USD / | 1 LB | | 3,611.98 |
| | ( 2.205 LB / KG ) | | | | | | |
| | ( 1,627.020 LB / 738.000 KG ) | | | | | | |
| 20 | Technomelt PS 8686<br>Item No: 0708507-701 | 1218694 | | | | USA / 3506910000 | |
| | | 1,574.000 KG | | 2.24 USD / | 1 LB | | 7,773.01 |
| | ( 2.205 LB / KG ) | | | | | | |
| | ( 3,470.094 LB / 1,574.000 KG ) | | | | | | |

| | |
|---|---|
| Sub-total | 11,384.99 |
| Freight and Handling | 302.96 |
| Final amount | 11,687.95 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281866
Atlanta, GA 30384-1866

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA 30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA 30106**

**Invoice** Copy
No. 9421447349 from 05/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1048762 | 84603844 | 3001361765 |

Your reference No.
417683

| Order date | Delivery date |
|---|---|
| 05/19/2010 | 06/01/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL 32-3542 | 1216353 | | USA / 3505200000 |
| | Item No: 0323542-K99 | | | |
| | 2.000 TOT ( 1,240.000 KG / TOT ) | 1.610485 USD / 1 KG | | 3,994.00 |
| | (~ 2,733.746 LB / TOT ) | 0.7305 USD / 1 LB | | |
| | (~ 5,467.493 LB / 2.000 TOT ) | | | |

Final amount  3,994.00

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: TERRY BURKE

Invoice address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA   01607**

Delivery address: 478327

**NATIONAL ENVELOPE / NORTH**
**207 GREENWOOD ST**
**WORCESTER MA   01607**

**Henkel Corporation**                                    Page 1 2

**Invoice**   Copy
No. 9421447352 from 05/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051247 | 84603859 | 3001361817 |

Your reference No.
417310

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 06/02/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 33-4019 | 1216839 | | USA / 3506910000 | |
| | Item No: 0334019-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 2.954209 USD / 1 KG | | | 3,217.13 |
| | (" 2,400.847 LB / TOT ) | 1.34 USD / 1 LB | | | |

|  |  | Final amount |  |  | 3,217.13 |
|---|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Michael Rasberry

**Henkel Corporation**

**Invoice**  Copy
No. 9421447389 from 05/28/2010

Invoice address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

Delivery address: 1196297

**National Envelope**
**601 National Drive**
**Ennis TX  75119**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1049096 | 84603846 | 3001361807 |

Your reference No.
417779

| Order date | Delivery date |
|---|---|
| 05/20/2010 | 06/01/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier Ennis | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No | Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 20 | VECTORPATCH 33-156A | | 1216736 | | | USA / 3506910000 | |
| | Item No: 033156A-K99 | | | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | | 3.218765  USD  /  1 KG | | | | 7,010.47 |
| | ( ˉ 2,400.847 LB / TOT ) | | 1.46  USD  /  1 LB | | | | |
| | ( ˉ 4,801.693 LB / 2.000 TOT ) | | | | | | |

| | Final amount | | | | | | 7,010.47 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA 30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA 30106**

**Invoice** Copy
No. 9421447581 from 05/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1048760 | 84601400 | 3001361665 |

Your reference No.
417687

| Order date | Delivery date |
|---|---|
| 05/19/2010 | 06/02/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date · Due date: 08/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P · NEVER SHIP OVER 2950 GALLONS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | **NATIONAL 35-6199** Item No: 35-6199-A7 | 1223006 | | USA / 3506910000 | |
| | 1.000 TOT ( 907.000 KG / TOT ) | 3.403955 USD | / 1 KG | | 3,087.39 |
| | (¨ 1,999.603 LB / TOT ) | 1.544 USD | / 1 LB | | |

Final amount 3,087.39

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Invoice     Copy
No. 9421447585 from 05/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
| --- | --- | --- |
| 1054269 | 84604664 | 3001361576 |

Your reference No.
913550

| Order date | Delivery date |
| --- | --- |
| 05/26/2010 | 06/02/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/11/2010

| Credit Representative | Tel. | Fax |
| --- | --- | --- |
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
| --- | --- | --- | --- | --- | --- |
| | Qty | | Price | | Net value |
| 30 | **NATIONAL 35-6183** | 1217983 | | USA / 3506910000 | |
| | Item No: 35-6183-FD | | | | |
| | 1 DR ( 190.000 KG / DR ) | 3.940783  USD    /    1 KG | | | 748.75 |
| | (~ 418.880 LB / DR ) | 1.7875  USD    /    1 LB | | | |

Final amount                                                       748.75

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Sixto Martinez

Invoice address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL  60007-6092**

Delivery address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL  60007-6092**

**Invoice**   Copy
No. 9421448526 from 05/28/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1040393 | 84603525 | 3001360226 |

Your reference No.
416413

| Order date | Delivery date |
|---|---|
| 05/10/2010 | 06/01/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/11/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Price Your Mat. No | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL BACK SEAM 32-3547<br>Item No: 0323547-B00A | 1222635 | | 3506910000 | |
| | 1,007.76 USG ( 4.627 KG / USG ) | 1.483718  USD    /    1 KG | | | 6,918.44 |
| | (¨ 10.201 LB / USG ) | 0.673  USD    /    1 LB | | | |
| | (¨ 10,280.001 LB / 1,007.76 USG ) | | | | |
| 20 | VECTORSEAL PLUS 32-888P-B00A<br>Item No: 32888P-B00A | 1262706 | | 3506910000 | |
| | 3,007.595 USG ( 4.627 KG / USG ) | 1.499151  USD    /    1 KG | | | 20,862.40 |
| | (¨ 10.201 LB / USG ) | 0.68  USD    /    1 LB | | | |
| | (¨ 30,680.002 LB / 3,007.595 USG ) | | | | |

Final amount                                                                27,780.84

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS 66219**

Delivery address: 478124

**National Envelope**
**16000 W. 108Th Street**
**Lenexa KS 66219**

**Invoice** Copy
No. 9421450759 from 06/01/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1050482 | 84607483 | 3001363788 |

Your reference No.
417957

| Order date | Delivery date |
|---|---|
| 05/21/2010 | 06/01/2010 |

Incoterms                          Carrier
DAF Delivered At Frontier KC
Terms of payment
net cash 75 days after B/L date · Due date: 08/15/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | **NATIONAL BACK SEAM 32-3547** | 1222635 | | 3506910000 | |
| | Item No: 0323547-B00A | | | | |
| | 513.683 USG ( 4.627 KG / USG ) | 1.483718 USD / 1 KG | | | 3,526.52 |
| | (¯ 10.201 LB / USG ) | 0.673 USD / 1 LB | | | |
| | (¯ 5,239.999 LB / 513.683 USG ) | | | | |
| 20 | **VECTORSEAL PLUS 32-888P-B00A** | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | |
| | 2,419.408 USG ( 4.627 KG / USG ) | 1.499151 USD / 1 KG | | | 16,782.40 |
| | (¯ 10.201 LB / USG ) | 0.68 USD / 1 LB | | | |
| | (¯ 24,679.999 LB / 2,419.408 USG ) | | | | |

Final amount                                                                 20,308.92

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



Contact: GREG ROGERS

Invoice address: 478953

**National Envelope**
1325 Highlands Ridge Road
SMYRNA GA 30082

Delivery address: 478953

**National Envelope**
1325 Highlands Ridge Road
SMYRNA GA 30082

**Invoice**   Copy
No. 9421450763 from 06/01/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051392 | 84607305 | 3001366133 |

**Your reference No.**
Sample Attn Frank Baker

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 06/02/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE Overnite | Federal Express Standard |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/15/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

FRANK BAKER
PH: 770-779-0113
FAX: 770-779-0100

| Item | Material description Qty | Our Mat. No Price | Your Mat. No | Cty of orig./Commodity code Net value |
|---|---|---|---|---|
| 10 | NATIONAL 35-041A | 1217955 | | USA / 3506910000 |
| | Item No: 35-041A-P5 | | | |
| | 1 PLS ( 19.000 KG / PLS ) | 25.00  USD  /  1 PLS | | 25.00 |

| | | |
|---|---|---|
| | Final amount | 25.00 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA   30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA   30106**

### Henkel Corporation

Page 1 / 2

### Invoice   Copy
No. 9421451029 from 06/01/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1048765 | 84608860 | 3001365551 |

Your reference No.
417671

| Order date | Delivery date |
|---|---|
| 05/19/2010 | 06/02/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/15/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | | 6,530.30 |
| | ( ˜ 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | | |
| | ( ˜ 4,801.693 LB / 2,000 TOT ) | | | | |

|  | Final amount |  | 6,530.30 |
|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS   66219

Delivery address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS   66219

**Invoice**   Copy
No. 9421451032 from 06/01/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1050479 | 84607333 | 3001365811 |

Your reference No.
417957

| Order date | Delivery date |
|---|---|
| 05/21/2010 | 06/02/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 08/15/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | **Qty** | | **Price** | | **Net value** |
| 20 | **VECTORPATCH 33-156A** | 1216736 | | USA / 3506910000 | |
| | Item No: 033156A-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD | / | 1 KG | |
| | ( 2,400.847 LB / TOT ) | 1.46 USD | / | 1 LB | 3,505.24 |
| 30 | **NATIONAL 33-4019** | 1216839 | | USA / 3506910000 | |
| | Item No: 0334019-K99 | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 2.954209 USD | / | 1 KG | |
| | ( 2,400.847 LB / TOT ) | 1.34 USD | / | 1 LB | 3,217.13 |

| | Final amount | | | | 6,722.37 |
|---|---|---|---|---|---|

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Jim Linzmeyer

Invoice address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI  54914**

Delivery address: 478256

**National Envelope**
**3800 W WISCONSIN AVE**
**APPLETON WI  54914**

**Invoice**   Copy
No. 9421452444 from 06/02/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1052506 | 84609379 | 3001366658 |

Your reference No.
W9115

| Order date | Delivery date |
|---|---|
| 05/25/2010 | 06/04/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/16/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | | Ctry of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|
| 10 | NATIONAL 33-2018 | 1222764 | | | USA / 3506910000 | |
| | Item No: 0332018-553 | | | | | |
| | 1 DR  ( 227.000 KG / DR  ) | 2.981767  USD | / | 1 KG | | 676.86 |
| | ("  500.452 LB / DR  ) | 1.3525  USD | / | 1 LB | | |

Final amount                                                                                     676.86

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: JARED KNIPP

Invoice address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

Delivery address: 478124

**National Envelope**
16000 W. 108Th Street
Lenexa KS 66219

**Invoice** Copy
No. 9421452760 from 06/02/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1050479 | 84609854 | 3001367787 |

Your reference No.
417957

| Order date | Delivery date |
|---|---|
| 05/21/2010 | 06/04/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/16/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

Customer Contact: Jared Knipp
Phone: 913-888-3282
Fax: 913-888-9602
Email:JKnipp@natenv.com

| Item | Material description | Qty | Our Mat. No | Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | **VECTORSEAM 33-349A** | | 1216818 | | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | | | |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | | 2.998302 USD | / | 1 KG | | 3,265.15 |
| | ( ~ 2,400.847 LB / TOT ) | | 1.36 USD | / | 1 LB | | |

Final amount      3,265.15

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

Invoice address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

Delivery address: 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA  91746-1504**

**Invoice**    Copy
No. 9421452959 from 06/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1047542 | 84611674 | 3001367658 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 06/03/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier BKLY | Con-way Freight Inc |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|
| 60 | **VECTORSEAL PLUS 32-888P**<br>Item No: 32888P-K99 | 1262705 | | USA / 3506910000 |
| | 1.000 TOT ( 1,170.000 KG / TOT ) | 1.548755  USD | /    1 KG | 1,812.04 |
| | (" 2,579.422 LB / TOT ) | 0.7025  USD | /    1 LB | |

Final amount                                                                      1,812.04

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

**Henkel Corporation**                                          Page 1 of 2

**Invoice**  Copy
No. 9421453070 from 06/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1053038 | 84609825 | 3001367414 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/25/2010 | 06/07/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | VECTORPATCH 33-156A | 1216736 | | USA / 3506910000 | |
| | Item No: 033156A-K99 | | | | |
| | 3.000 TOT ( 1,089.000 KG / TOT ) | 3.218765 USD / 1 KG | | | 10,515.71 |
| | (  2,400.847 LB / TOT ) | 1.46 USD / 1 LB | | | |
| | (  7,202.540 LB / 3.000 TOT ) | | | | |

Final amount                                                          10,515.71

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

**By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.**



Contact: Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

**Henkel Corporation**

Invoice    Copy
No. 9421453326 from 06/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1046814 | 84611058 | 3001368913 |

Your reference No.
45178

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 06/07/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | Vitran Express |

Terms of payment
net cash 75 days after B/L date · Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 40 | **NATIONAL 35-027A** Item No: 35-027A-FD | 1217952 | | USA / 3506910000 | |
| | 2 DR  ( 200.000 KG / DR  ) | | 3.791970 USD    /    1 KG | | 1,516.79 |
| | (" 440.927 LB / DR  ) | | 1.72 USD    /    1 LB | | |
| | (" 881.854 LB / 2 DR  ) | | | | |

Final amount                                                                                            1,516.79

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1046814 | 84611071 | 3001368135 |

Your reference No.
45178

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 06/07/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | New Century |
| Transportation Inc | |

Terms of payment
net cash 75 days after B/L date - Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | | Cty of orig./Commodity code<br>Net value |
|---|---|---|---|---|---|
| 30 | **SUPERSEAL 33-2093**<br>Item No: 0332093-K99 | 1222787 | | | USA / 3506910000 |
| | 1.000 TOT ( 1,044.000 KG / TOT )<br>( 2,301.638 LB / TOT ) | 2.907912 USD<br>1.319 USD | /<br>/ | 1 KG<br>1 LB | 3,035.86 |

| | | |
|---|---|---|
| | Final amount | 3,035.86 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Tami Davis

Invoice address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN 37210-2843**

Delivery address: 1278908

**National Envelope**
**888 Elm Hill Pike**
**Nashville TN 37210-2843**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1052941 | 84609235 | 3001366643 |

Your reference No.
418336

| Order date | Delivery date |
|---|---|
| 05/25/2010 | 06/03/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description Qty | Our Mat. No Price | Your Mat. No | Ctry of orig./Commodity code Net value |
|---|---|---|---|---|
| 20 | **NATIONAL 33-9170**<br>Item No: 0339170-553 | 1217149 | | USA / 3901306000 |
| | 2 DR ( 218.000 KG / DR ) | 2.976256 USD / 1 KG | | 1,297.65 |
| | (" 480.610 LB / DR ) | 1.35 USD / 1 LB | | |
| | (" 961.220 LB / 2 DR ) | | | |
| 30 | **NATIONAL 33-9170**<br>Item No: 0339170-K99 | 1217152 | | USA / 3901306000 |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | 2.976256 USD / 1 KG | | 3,241.14 |
| | (" 2,400.847 LB / TOT ) | 1.35 USD / 1 LB | | |
| 40 | **VECTORPATCH 33-156A**<br>Item No: 033156A-553 | 1216735 | | USA / 3506910000 |
| | 1 DR ( 230.000 KG / DR ) | 3.218765 USD / 1 KG | | 740.32 |
| | (" 507.066 LB / DR ) | 1.46 USD / 1 LB | | |

| | |
|---|---|
| Sub-total | 5,279.11 |
| Freight and Handling | 295.20 |
| Final amount | 5,574.31 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Garry Clark

Invoice address: 478487

National Envelope Co
70 Turnpike Industrial Rd
WESTFIELD MA  01085

Delivery address: 478487

National Envelope Co
70 Turnpike Industrial Rd
WESTFIELD MA  01085

**Invoice** Copy
No. 9421453760 from 06/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1054248 | 84609555 | 3001365978 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 06/07/2010 |
| **Incoterms** | **Carrier** |
| DAF Delivered At Frontier BWTR | Robinson, C.H. Company |

**Terms of payment**
net cash 75 days after B/L date - Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | Qty | | | Price | | Net value |
| 10 | NATIONAL 32-854A | | 1222678 | | 3505200000 | |
| | Item No: 032854A-B00A | | | | | |
| | 923.453 USG ( 4.627 KG / USG ) | | 1.483718 | USD / 1 KG | | 6,339.66 |
| | (ˉ 10.201 LB / USG ) | | 0.673 | USD / 1 LB | | |
| | (ˉ 9,419.998 LB / 923.453 USG ) | | | | | |
| | | | | | | |
| 20 | NATIONAL 33-4019 | | 1222804 | | 3506910000 | |
| | Item No: 0334019-B00A | | | | | |
| | 498.861 USG ( 4.128 KG / USG ) | | 2.904605 | USD / 1 KG | | 5,981.45 |
| | (ˉ 9.101 LB / USG ) | | 1.3175 | USD / 1 LB | | |
| | (ˉ 4,539.999 LB / 498.861 USG ) | | | | | |
| | | | | | | |
| 30 | VECTORSEAL PLUS 32-888P-B00A | | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | |
| | 2,460.581 USG ( 4.627 KG / USG ) | | 1.499151 | USD / 1 KG | | 17,068.00 |
| | (ˉ 10.201 LB / USG ) | | 0.68 | USD / 1 LB | | |
| | (ˉ 25,099.998 LB / 2,460.581 USG ) | | | | | |

Final amount                                                                                           29,389.11

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: MIKE

**Invoice** Copy
No. 9421453796 from 06/03/2010

Invoice address: 491763

**National Envelope**
**252 Pearce Industrial Road**
**Shelbyville KY 40065**

Delivery address: 491763

**National Envelope**
**252 Pearce Industrial Road**
**Shelbyville KY 40065**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1052985 | 84609236 | 3001366681 |

Your reference No.
Attn: Shawn Lake

| Order date | Delivery date |
|---|---|
| 05/25/2010 | 06/04/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To ENORE | Con-way Freight Inc |

Terms of payment
free of charge - Due date: 06/03/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORPATCH 33-156A | 1216735 | | USA / 3506910000 | |
| | Item No: 033156A-553 | | | | |
| | 1 DR ( 230.000 KG / DR ) | 3.218765 USD / 1 KG | | | 740.32 |
| | ( 507.066 LB / DR ) | 1.46 USD / 1 LB | | | |
| | | Uncalc. goods value -100.000 % | | | -740.32 |

|  |  |
|---|---|
| Freight and Handling | 107.66 |
| Final amount | 107.66 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Lisa Jones

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

Delivery address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA 15683**

## Henkel Corporation

### Invoice   Copy
No. 9421454083 from 06/03/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1046814 | 84612833 | 3001368936 |

Your reference No.
45178

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 06/07/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | Vitran Express |

Terms of payment
net cash 75 days after B/L date - Due date: 08/17/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description | | Our Mat. No | Your Mat. No | Cty of orig./Commodity code | |
|---|---|---|---|---|---|---|
| | | Qty | | Price | | Net value |
| 20 | NATIONAL 33-4019 | | 1216839 | | USA / 3506910000 | |
| | Item No: 0334019-K99 | | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | | 2.954209 USD | / 1 KG | | 6,434.27 |
| | (˜ 2,400.847 LB / TOT ) | | 1.34 USD | / 1 LB | | |
| | (˜ 4,801.693 LB / 2.000 TOT ) | | | | | |

| | | |
|---|---|---|
| | Final amount | 6,434.27 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Gail Del Bene

Invoice address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA   19341**

Delivery address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA   19341**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1050885 | 84610664 | 3001367485 |

Your reference No.
417869

| Order date | Delivery date |
|---|---|
| 05/21/2010 | 06/04/2010 |
| **Incoterms** | **Carrier** |
| CPT Carriage Paid To BWTR | Vitran Express |

Terms of payment
net cash 75 days after B/L date · Due date: 08/18/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description | Qty | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|
| 10 | NATIONAL 35-6148 | | 1217974 | | USA / 3506910000 | |
| | Item No: 35-6148-FD | | | | | |
| | 1 DR  ( 185.000 KG / DR  ) | | 3.499856  USD    /    1 KG | | | 647.47 |
| | ("  407.857 LB / DR  ) | | 1.5875  USD    /    1 LB | | | |

|  | | |
|---|---|---|
| Sub-total | | 647.47 |
| Freight and Handling | | 99.99 |
| Final amount | | 747.46 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Lisa Jones

**Invoice**  Copy
No. 9421454482 from 06/04/2010

Invoice address: 477878

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1046814 | 84613104 | 3001369160 |

Your reference No.
45178

| Order date | Delivery date |
|---|---|
| 05/18/2010 | 06/07/2010 |

Delivery address: 477878

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE | New Century |

**National Envelope**
**Wedding Lane**
**SCOTTDALE PA  15683**

Transportation Inc

Terms of payment
net cash 75 days after B/L date - Due date: 08/18/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

56-1122BUV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GAL$ ≈ 32,410/LBS

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 2.000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | | 6,530.30 |
| | (~ 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | | |
| | (~ 4,801.693 LB / 2.000 TOT ) | | | | |

Final amount  6,530.30

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA   01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA   01085**

**Invoice**  Copy
No. 9421454484 from 06/04/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1054269 | 84612845 | 3001368932 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 06/08/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/18/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000, | 1-440-937-7050 |

Currency USD

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | | Price | | Net value |
| 10 | NATIONAL 33-4110 | 1222827 | | USA / 3506910000 | |
| | Item No: 0334110-553 | | | | |
| | 1 DR  ( 214.000 KG / DR  ) | 5.930465  USD  /  1 KG | | | 1,269.12 |
| | ( 471.792 LB / DR  ) | 2.69  USD  /  1 LB | | | |

Final amount                 1,269.12

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Bruce Russell

**Invoice address:** 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

**Delivery address:** 1278907

**National Envelope Corp**
**705 North Baldwin Park Boulevard**
**City Of Industry CA 91746-1504**

**Invoice** Copy
No. 9421455091 from 06/04/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1045440 | 84611151 | 3001367182 |

Your reference No.
25453

| Order date | Delivery date |
|---|---|
| 05/14/2010 | 06/04/2010 |

Incoterms                    Carrier
DAF Delivered At Frontier BKLY
Terms of payment
net cash 75 days after B/L date - Due date: 08/18/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Reno Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description | Qty | Our Mat. No | Your Mat. No Price | Cty of orig/Commodity code | Net value |
|---|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P-B00A | | 1262706 | | 3506910000 | |
| | Item No: 32888P-B00A | | | | | |
| | | 13,063.392 KG | | 0.68 USD / 1 LB | | 19,584.00 |
| | | ( 2.205 LB / KG ) | | | | |
| | | ( 28,800.000 LB / 13,063.392 KG ) | | | | |
| 20 | NATIONAL BACK SEAM 32-3541 | | 1222626 | | 3506910000 | |
| | Item No: 0323541-B00A | | | | | |
| | | 6,059.962 KG | | 0.6955 USD / 1 LB | | 9,291.68 |
| | | ( 2.205 LB / KG ) | | | | |
| | | ( 13,359.999 LB / 6,059.962 KG ) | | | | |

Final amount                                                                 28,875.68

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA  30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA  30106**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1057768 | 84614887 | 3001370291 |

Your reference No.
418878

| Order date | Delivery date |
|---|---|
| 06/01/2010 | 06/09/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date · Due date: 08/21/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description | Our Mat. No | Your Mat. No | Qty of orig./Commodity code | |
|---|---|---|---|---|---|
| | Qty | Price | | | Net value |
| 10 | KOOL JET PLUS 32338P-B00A | 1270440 | | 3506910000 | |
| | 2,891.248 USG ( 4.672 KG / USG ) | 1.543243 USD | / | 1 KG | 20,846.00 |
| | ( ¨ 10.300 LB / USG ) | 0.7 USD | / | 1 LB | |
| | ( ¨ 29,780.001 LB / 2,891.248 USG ) | | | | |

Final amount                                                                 20,846.00

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact: KENNETH BANNISTER**

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA 30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA 30106**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1053815 | 84616250 | 3001371478 |

Your reference No.
418449

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 06/08/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
Payment upon delivery – Due date: 06/07/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rena Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P – NEVER SHIP OVER 2950 GALLONS

| Item | Material description QTY | Our Mat. No | Your Mat. No Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAM 33-349A | 1216818 | | USA / 3506910000 | |
| | Item No: 033349A-K99 | | | | |
| | 2,000 TOT ( 1,089.000 KG / TOT ) | 2.998302 USD / 1 KG | | | 6,530.30 |
| | ( 2,400.847 LB / TOT ) | 1.36 USD / 1 LB | | | |
| | ( 4,801.693 LB / 2.000 TOT ) | | | | |

|  | Final amount | | | | 6,530.30 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Sixto Martinez

Invoice address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL  60007-6092**

Delivery address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL  60007-6092**

**Invoice**   Copy
No. 9421457143 from 06/07/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1059602 | 84616318 | 3001371484 |

Your reference No.
to follow

| Order date | Delivery date |
|---|---|
| 06/03/2010 | 06/09/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier KC | Con-way Freight Inc |

Terms of payment
payment in advance (payment block) - Due date: 06/07/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|
| 40 | VECTORSEAM 33-349A | 1216817 | | | USA / 3506910000 | |
| | Item No: 033349A-553 | | | | | |
| | 2 DR  ( 227.000 KG / DR  ) | 2.998302  USD | / | 1 KG | | 1,361.23 |
| | ( 500.452 LB / DR  ) | 1.36  USD | / | 1 LB | | |
| | ( 1,000.904 LB / 2 DR  ) | | | | | |

Final amount 1,361.23

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: Lisa Jones

Invoice address: 477878

**National Envelope**
Wedding Lane
SCOTTDALE PA  15683

Delivery address: 477878

**National Envelope**
Wedding Lane
SCOTTDALE PA  15683

**Invoice**   Copy
No. 9421457370 from 06/07/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1041924 | 84613677 | 3001369351 |

Your reference No.
45191

| Order date | Delivery date |
|---|---|
| 05/12/2010 | 06/09/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier SCOTTDALE Co. | Schwerman Trucking |

Terms of payment
net cash 75 days after B/L date - Due date: 08/21/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

56-11228UV (IDH# 1231816)
9.26 POUNDS/GALLON

EX: 3500/GALS = 32,410/LBS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Ctry of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P-800A | 1262706 | | 3506910000 | |
| | Item No: 32888P-800A | | | | |
| | 4,007.512 USG ( 4.627 KG / USG ) | | 1.499151  USD  /  1 KG | | 27,798.40 |
| | ( ̄ 10.201 LB / USG ) | | 0.68  USD  /  1 LB | | |
| | ( ̄ 40,979.998 LB / 4,007.512 USG ) | | | | |

| | | | | |
|---|---|---|---|---|
| | Final amount | | | 27,798.40 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Garry Clark

Invoice address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

Delivery address: 478487

**National Envelope Co**
**70 Turnpike Industrial Rd**
**WESTFIELD MA  01085**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1054269 | 84615018 | 3001372233 |

Your reference No.
913550

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 06/11/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier BWTR | R & L Transfer, Inc. |

Terms of payment
payment in advance (payment block) - Due date: 06/07/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

| Item | Material description / Qty | Our Mat. No / Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 20 | **NATIONAL 35-6148** | 1217974 | | USA / 3506910000 | |
| | Item No: 35-6148-FD | | | | |
| | 3 DR  ( 185.000 KG / DR  ) | 3.499858  USD | / | 1 KG | 1,942.42 |
| | ( ~ 407.857 LB / DR  ) | 1.5875  USD | / | 1 LB | |
| | ( ~ 1,223.572 LB / 3 DR  ) | | | | |

| | | |
|---|---|---|
| Final amount | | 1,942.42 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com



By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



Contact: KENNETH BANNISTER

**Invoice** Copy
No. 9421457577 from 06/07/2010

Invoice address: 477259

NATIONAL ENVELOPE/SOUTH
PO Box 725
AUSTELL GA 30168

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1053808 | 84615030 | 3001371970 |

Your reference No.
418450

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 06/09/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Delivery address: 477259

NATIONAL ENVELOPE/SOUTH
2989 Humphries Hill Road
AUSTELL GA 30106

Terms of payment
Payment upon delivery - Due date: 06/07/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description / Qty | Our Mat. No / Price | Your Mat. No | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | NATIONAL 32-3542 | 1216353 | | USA / 3505200000 | |
| | Item No: 0323542-K99 | | | | |
| | 2.000 TOT ( 1,240.000 KG / TOT ) | 1.610485 USD / 1 KG | | | 3,994.00 |
| | ( 2,733.746 LB / TOT ) | 0.7305 USD / 1 LB | | | |
| | ( 5,467.493 LB / 2.000 TOT ) | | | | |
| | Final amount | | | | 3,994.00 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Gail Del Bene

Invoice address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA   19341**

Delivery address: 1278905

**National Envelope Corp**
**303 Eagleview Boulevard**
**Exton PA   19341**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1051338 | 84611869 | 3001367782 |

Your reference No.
418097

| Order date | Delivery date |
|---|---|
| 05/24/2010 | 06/08/2010 |
| Incoterms | Carrier |
| CPT Carriage Paid To BWTR | Schwerman Trucking Co. |

Terms of payment
net cash 75 days after B/L date - Due date: 08/22/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voolzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency** USD

| Item | Material description | Qty | Our Mat. No | Price | Your Mat. No | Qty of orig./Commodity code | Net value |
|---|---|---|---|---|---|---|---|
| 10 | VECTORSEAL PLUS 32-888P-800A | | 1262706 | | | 3506910000 | |
| | Item No: 32888P-800A | | | | | | |
| | 3,972.221 USG ( 4.627 KG / USG ) | | | 1.499151  USD  /  1 KG | | | 27,553.60 |
| | (" 10.201 LB / USG ) | | | 0.68 USD  /  1 LB | | | |
| | (" 40,520.000 LB / 3,972.221 USG ) | | | | | | |

| | | |
|---|---|---|
| Sub-total | | 27,553.60 |
| Freight and Handling | | 1,192.53 |
| Final amount | | 28,746.13 |

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** KENNETH BANNISTER

Invoice address: 477259

**NATIONAL ENVELOPE/SOUTH**
**PO Box 725**
**AUSTELL GA 30168**

Delivery address: 477259

**NATIONAL ENVELOPE/SOUTH**
**2989 Humphries Hill Road**
**AUSTELL GA 30106**

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1053820 | 84616805 | 3001371867 |

Your reference No.
418448

| Order date | Delivery date |
|---|---|
| 05/26/2010 | 06/09/2010 |

| Incoterms | Carrier |
|---|---|
| DAF Delivered At Frontier ENORE | Con-way Freight Inc |

Terms of payment
Payment upon delivery - Due date: 06/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voslzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

NEVER SHIP OVER 30,000 LB IN TANKER
PRODUCT 32-338P - NEVER SHIP OVER 2950 GALLONS

| Item | Material description / Qty | Our Mat. No | Your Mat. No / Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | **NATIONAL 33-2041** | 1222770 | | USA / 3506910000 | |
| | Item No: 0332041-553 | | | | |
| | 1 DR  ( 232.000 KG / DR  ) | | 3.044599  USD  ' /  1 KG | | 706.35 |
| | (" 511.475 LB / DR  ) | | 1.381  USD  /  1 LB | | |

| | Final amount | | | | 706.35 |

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666

www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Frank Baker

Invoice address: 478953

**National Envelope**
**1325 Highlands Ridge Road**
**SMYRNA GA   30082**

Delivery address: 478953

**National Envelope**
**1325 Highlands Ridge Road**
**SMYRNA GA   30082**

## Henkel Corporation

**Invoice**   Copy
No. 9421458623 from 06/08/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1067534 | 84617314 | 3001372625 |

Your reference No.
419018

| Order date | Delivery date |
|---|---|
| 06/01/2010 | 06/09/2010 |
| Incoterms | Carrier |
| FCA Froo Carrier ENORE | Con-way Freight Inc |

Terms of payment
net cash 75 days after B/L date - Due date: 08/22/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

**Currency USD**

FRANK BAKER
PH: 770-779-0113
FAX: 770-779-0100

| Item | Material description<br>Qty | Our Mat. No | Your Mat. No<br>Price | Cty of orig./Commodity code | Net value |
|---|---|---|---|---|---|
| 10 | VECTORPATCH 33-156A | 1216735 | | USA / 3506910000 | |
| | Item No: 033156A-553 | | | | |
| | 6 DR  ( 230.000 KG / DR  ) | 3.218765 USD   /   1 KG | | | 4,441.90 |
| | (˜ 507.066 LB / DR  ) | 1.46 USD   /   1 LB | | | |
| | (˜ 3,042.396 LB / 6 DR  ) | | | | |

Final amount  4,441.90

Henkel Corporation
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.



**Contact:** Sixto Martinez

Invoice address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL 60007-6092**

Delivery address: 1278904

**National Envelope Corp**
**Great Lakes Div**
**2001 Arthur Avenue**
**Elk Grove Village IL 60007-6092**

**Invoice** Copy
No. 9421458903 from 06/08/2010

| Our reference No. | Our delivery No. | Our shipment No. |
|---|---|---|
| 1059602 | 84619016 | 3001373332 |

Your reference No.
to follow

| Order date | Delivery date |
|---|---|
| 06/03/2010 | 06/09/2010 |
| Incoterms | Carrier |
| DAF Delivered At Frontier KC | Vitran Express |

Terms of payment
payment in advance (payment block) - Due date: 06/08/2010

| Credit Representative | Tel. | Fax |
|---|---|---|
| Rene Voelzow-Williams | 1-440-937-7000 | 1-440-937-7050 |

Currency USD

| Item | Material description Qty | Our Mat. No | Your Mat. No Price | | | Ctry of orig./Commodity code Net value |
|---|---|---|---|---|---|---|
| 10 | **NATIONAL 33-4019** Item No: 0334019-K99 | 1216839 | | | | USA / 3506910000 |
| | 1.000 TOT ( 1,089.000 KG / TOT ) | | 2.954209 USD | / | 1 KG | 3,217.13 |
| | (~ 2,400.847 LB / TOT ) | | 1.34 USD | / | 1 LB | |
| 20 | **NATIONAL 33-1385** Item No: 0331385-K99 | 1222722 | | | | USA / 3506910000 |
| | 2.000 TOT ( 1,088.000 KG / TOT ) | | 3.020348 USD | / | 1 KG | 6,572.28 |
| | (~ 2,398.642 LB / TOT ) | | 1.37 USD | / | 1 LB | |
| | (~ 4,797.284 LB / 2.000 TOT ) | | | | | |
| 30 | **NATIONAL 33-4307** Item No: 0334307-K99 | 1216893 | | | | 3506910000 |
| | 1.000 TOT ( 1,090.000 KG / TOT ) | | 3.261315 USD | / | 1 KG | 3,554.83 |
| | (~ 2,403.051 LB / TOT ) | | 1.4793 USD | / | 1 LB | |

Final amount                                                                      13,344.24

**Henkel Corporation**
Order to Cash Competency Center
1 Henkel Way
Rocky Hill, CT 06067
(212) 444-0431

Remit to:
Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666



www.henkel.com

By accepting this invoice, the customer commits himself to respect our general sales conditions displayed on the reverse side.