# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEC HOLDINGS CORP., et al.,[1] | ) | Case No. 10-11890 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 21, 2010, Term B Lenders, by and through undersigned counsel, served copies of the **Term B Lenders' First Set of Requests for Production of Documents to the Prepetition Agent** and **Term B Lenders' First Set of Requests for Production of Documents to the Debtors** on the following parties in the manners indicated below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corporation, a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

| **VIA HAND DELIVERY & E-MAIL** | **OVERNIGHT MAIL & E-MAIL** |
|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801<br>Attn: Michael R. Nestor<br>       Kara Hammond Coyle<br>Email: mnestor@ycst.com<br>       kcoyle@ycst.com | Latham & Watkins, LLP<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Attn:  David S. Heller<br>       Josef S. Athanas<br>Email: david.heller@lw.com<br>       josef.athanas@lw.com |
| **VIA HAND DELIVERY & E-MAIL** | **OVERNIGHT MAIL & E-MAIL** |
| Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>Attn: Kurt F. Gwynne<br>Email: kgwynne@reedsmith.com | Paul Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Twenty-Fourth Floor<br>Atlanta, GA 30308<br>Attn:  Jesse H. Austin, III<br>       Cassie Coppage<br>Email: jessaustin@paulhastings.com<br>       cassiecoppage@paulhastings.com |

Dated: June 21, 2010

BAYARD, P.A.

*/s/ Jamie L. Edmonson*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

    -and-

PROSKAUER ROSE LLP
Jeffrey W. Levitan, Esquire
Michael T. Mervis, Esquire
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

    -and-

Peter J. Antoszyk, Esquire
One International Place
Boston, Massachusetts 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

*Co-Counsel to the Term B Lenders*