UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| NEC Holdings Corp., *et al.* | : | Case No. 10-11890 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **United Steelworkers**, Attn: David R. Jury, Five Gateway Center, Room 807, Pittsburgh, PA 15222, Phone: 412-562-2545, Fax: 412-562-2574

2. **29-10 Hunters Point Ave. Co. LLC**, Attn: Robert Zirinsky, 60 East 56th Street, 11th Floor, New York, NY 10022, Phone: 212-751-4625, Fax: 212-751-3636

3. **Multi-Plastics, Inc.**, Attn: Michael T. Hickey, 7770 N. Central Drive, Lewis Center, OH 43074, Phone: 740-548-4894, Fax: 740-548-5177

4. **Henkel Corporation**, Attn: Brenda Hylton, One Henkel Way, Rocky Hill, CT 06067, Phone: 440-610-0259, Fax: 860-571-5436

5. **Gadge USA, Inc.**, Attn: Glenn Weiser, 1979 Marcus Ave., Lake Success, NY 11042, Phone: 516-302-9009, Fax: 516-437-6553

6. **Neenah Paper, Inc.**, Attn: Steven S. Heinrichs, 3460 Preston Ridge Road, Suite 600, Alpharetta, GA 30005, Phone: 678-518-3261, Fax: 678-518-3283

7. **Team Ten LLC, d/b/a American Eagle Paper Mills**, Attn: Brent McManigal, 1600 Pennsylvania Avenue, Tyrone, PA 16686, Phone: 814-684-6143, Fax: 814-684-6267


ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: June 23, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael R. Nestor, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253