# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x

In re:                                     :          Chapter 11
                                           :
NEC HOLDINGS CORP.,                        :          Case No. 10-11890 (PJW)
*et al.*,[1]                               :
                                           :          Jointly Administered
                                           :
                          Debtors.         :
------------------------------------------------------x

## NOTICE OF RECLAMATION

Lindenmeyr Munroe, a division of Central National-Gottesman Inc. ("Lindenmeyr") hereby gives notice of its claim for reclamation pursuant to 11 U.S.C. 546(c) and, to the extent applicable, § 2-702 of any applicable Uniform Commercial Code. Attached hereto is a copy of the Reclamation Demand sent by Lindenmeyr to the above-captioned debtors, demanding the return of the goods or protection of its claim as provided by 11 U.S.C 546(c) or otherwise applicable law or court order.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

Dated: June 25, 2010

MOSES & SINGER LLP

By:     __/s/ Alan E. Gamza_____

Alan E. Gamza (AG-2014)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

*Attorneys for Lindenmeyr Munroe.*



# Lindenmeyr Munroe
Paper Merchants · Division of Central National-Gottesman Inc

*David P. Jones*
*Vice President - Finance*
June 21, 2010

**VIA UPS**

NEC Holdings Corp.
National Envelope Corporation
3211 Internet Blvd., Ste. 200
Frisco, Texas 75034

     and

NEC Holdings Corp.
National Envelope Corporation
333 Earle Ovington Blvd., Ste. 1035
Uniondale, New York 11553

     Re:   In re: NEC Holdings Corp., <u>et al.</u> (the "Debtors")
              <u>Case No. 10-11890</u>

Lindenmeyr Monroe, a division of Central National-Gottesman Inc. ("Lindenmeyr"), hereby makes this written demand, pursuant to Section 546(c) of Title 11 of the United States Code (the "Reclamation Demand"), upon the Debtors to reclaim the goods identified in the documents attached hereto as Schedule A (the "Delivered Goods") that were sold by Lindenmeyr to the Debtors in the ordinary course of their respective businesses and delivered on credit terms to, and received by, the Debtors.

The Delivered Goods subject to this Reclamation Demand were received by the Debtors during the 45 days preceding the commencement of the above-referenced cases on June 10, 2010.

Lindenmeyr requests that the Debtors promptly satisfy the reclamation rights asserted herein. Should the Debtors need additional information from Lindenmeyr, please promptly advise us of the specific information that is required.

Lindenmeyr expressly reserves its rights to: (i) pursue amounts from the Debtors that are payable as administrative expenses pursuant to 11 U.S.C. § 503(b)(9); or (ii) assert an administrative claim pursuant to 11 U.S.C. § 503(b)(1) for any goods delivered to the Debtors post-petition.

          Very truly yours,

          David P. Jones
          Vice President of Finance

cc:   Howard Herman, Esq.
       Alan E. Gamza, Esq.

Three Manhattanville Road
Purchase, NY 10577-2210
914 696 9362

822838v2  003602.0274

## SCHEDULE A

Attached are 52 invoices totaling $984,791.73 which identify the Delivered Goods.



## Lindenmeyr Munroe
Paper Merchants — A Division of Central National-Gottesman Inc.

112 Alexandra Way
Carol Stream IL 60188
(630) 250-7500

**INVOICE**
Thank You For Your Business

| Page | 1 |
|---|---|
| Date | 04/29/10 |
| Invoice# | 89289747 RI |
| LM Order # | 10346991 SW |

**Branch/Location:** 30

**Sold To:**
NATIONAL ENVELOPE CORP
3800 WEST WISCONSIN AVENUE
EIN# 11-1725935
APPLETON WI 54914

**Shipped To:**
NATIONAL ENVELOPE CORP
3800 WEST WISCONSIN AVENUE
EIN# 11-1725935
APPLETON WI 54914

| Account # | Customer PO# | Invoice Date | Salesperson | Terms |
|---|---|---|---|---|
| 961110 | 482188 | 04/29/10 | 201 | NET 20 |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 11CA 11CA | 1320 | 5255R | 25X38-60-120M-L-BRIGHT WHITE ROLLAND OPAQUE50 SMTH TXT FSC | | 69.85 | CW | 922.02 |
| | | | FSC Mixed Credit | SW-COC-001501 | | | |
| | | | Recycled Content | 50% Post / 50% Total | | | |
| | | | 482188 | / | | | |
| 7CA 7CA | 980 | 5270R | 25X38-70-140M-L-BRIGHT WHITE ROLLAND OPAQUE50 SMTH TXT FSC | | 69.85 | CW | 684.53 |
| | | | FSC Mixed Credit | SW-COC-001501 | | | |
| | | | Recycled Content | 50% Post / 50% Total | | | |
| | | | 482188 | / | | | |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 1,606.55 | | | 1,606.55 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

**Remit To:**
Lindenmeyr Munroe
P.O. BOX 99922
CHICAGO IL 60696-7722



**Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

112 Alexandra Way
Carol Stream IL 60188
(630) 250-7500

**INVOICE**
Thank You For Your Business

**Branch/Location:** 30

**Sold To:**
NATIONAL ENVELOPE CORP
3800 WEST WISCONSIN AVENUE
EIN# 11-1725935
APPLETON WI 54914

**Shipped To:**
NATIONAL ENVELOPE CORP
3800 WEST WISCONSIN AVENUE
EIN# 11-1725935
APPLETON WI 54914

| Account # | Customer PO# | Invoice Date | Salesperson | Terms |
|---|---|---|---|---|
| 961110 | 482815 | 05/13/10 | 201 | NET 20 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 1CA 1CA | 102 | 5294R | 23X35-60-102M-L-NATURAL ROLLAND OPAQUE50 SMTH TXT FSC<br><br>FSC Mixed Credit     SW-COC-001501<br>Recycled Content    50% Post / 50% Total<br><br>482815                          / | 70.95 | CW | 72.37 |
| 7CA 7CA | 980 | 5270R | 25X38-70-140M-L-BRIGHT WHITE ROLLAND OPAQUE50 SMTH TXT FSC<br><br>FSC Mixed Credit     SW-COC-001501<br>Recycled Content    50% Post / 50% Total<br><br>482815                          / | 69.85 | CW | 684.53 |
| 1CA 1CA | 120 | 4995R | 25X38-60-120M-L-WHITE TEXT ENVIRO100 PRINT SMTH FSC 4995<br><br>FSC Recycled Credit   SW-COC-001501<br>Recycled Content    100% Post / 100% Total<br><br>482815                          /<br>SHIP FREIGHT COLLECT N&M TRANSFER<br>**************<br>*  LM TRUCK  *<br>************** | 73.15 | CW | 87.78 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 844.68 | | | 844.68 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

**Remit To:**
Lindenmeyr Munroe
P.O. BOX 99922
CHICAGO IL 60696-7722

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

 **Lindenmeyr Munroe**
Paper Merchants · Division of Central National-Gottesman Inc.

14 Research Parkway
PO Box 5011
(203) 294-1141

**INVOICE**
Thank You For Your Business

**Branch/Location:** 3

Sold To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

Shipped To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

| Account # | | Customer PO# | | Invoice Date | Salesperson | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 482117 | | 419300 | | 06/07/10 | B76 | E | Net 30 DAYS | | |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 1200SH 1CA | 143 | 1230 | 23X35-70-119M-L-WHITE ASTROLITE PC100 TEXT FSC 1230 | | 183.47 | CW | 262.00 |
| | | | FSC Recycled Credit Recycled Content | SW-COC-001160 100% Post / 100% Total | | | |
| EA | | IC | Service Charge | | 6.00 | EA | 6.00 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn: Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 268.00 | | | 268.00 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32201
Hartford CT 06150-2201

 **Lindenmeyr Munroe**

**INVOICE**
Thank You For Your Business

14 Research Parkway
PO Box 5011
(203) 294-1141

| | |
|---|---|
| Page | 1 |
| Date | 06/09/10 |
| Invoice# | 89349650 RI |
| LM Order # | 10404833 SW |

**Branch/Location:** 3

Sold To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

Shipped To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 482117 | 419603 | 06/09/10 | B76 | E | Net 30 DAYS |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 2250SH 3CA | 450 | 20-1909 | 25X38-100-200M-L-SOFTWHITE SUPERFINE EGGSHELL TEXT FSC<br><br>FSC Mixed Credit          SW-COC-000668 | 180.40 | CW | 811.80 |
| 9000SH 6CA | 927 | 300-085 | 35X23-24-103M-S-ULTIMATE WHITE STRATHMORE WRTG WOVE WM 300085 | 222.05 | CW | 2,058.40 |
| 1200SH 1CA | 143 | 148168M | 23X35-70-119M-L-POWDER BLUE MOHAWK VIA SMOOTH TEXT 148168 ALL ITEMS INCOMING FROM MOHAWK-ALBANY | 145.55 | CW | 207.85 |
| EA | | IC | Service Charge | 6.00 | EA | 6.00 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 3,084.05 | | | 3,084.05 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32201
Hartford CT 06150-2201



## Lindenmeyr Munroe

14 Research Parkway
PO Box 5011
(203) 294-1141

**INVOICE**
Thank You For Your Business

**Branch/Location:**    3

Sold To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

Shipped To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|
| 482117 | 419191 | 06/04/10 | B76 | E | Net 30 DAYS | |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 8400SH 7CA | 1000 | 1230 | 23X35-70-119M-L-WHITE ASTROLITE PC100 TEXT FSC 1230 | | 183.47 | CW | 1,833.97 |
| | | | FSC Recycled Credit | SW-COC-001160 | | | |
| | | | Recycled Content | 100% Post / 100% Total | | | |
| EA | | IC | Service Charge | | 6.00 | EA | 6.00 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LM/terms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | SalesTax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 1,839.97 | | | 1,839.97 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32201
Hartford CT 06150-2201


## Lindenmeyr Munroe

14 Research Parkway
PO Box 5011
(203) 294-1141

**INVOICE**
Thank You For Your Business

**Branch/Location:** 3

Sold To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

Shipped To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

| Account # | Customer PO# | Invoice Date | Salesperson | Terms |
|---|---|---|---|---|
| 482117 | 419765 | 06/10/10 | B76 E | Net 30 DAYS |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 6000SH 5CA | 714 | 1230 | 23X35-70-119M-L-WHITE ASTROLITE PC100 TEXT FSC 1230 | 183.47 | CW | 1,309.98 |
| | | | FSC Recycled Credit SW-COC-001160 Recycled Content 100% Post / 100% Total | | | |
| EA | | IC | Service Charge | 6.00 | EA | 6.00 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 1,315.98 | | | 1,315.98 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

Remit To:
Lindenmeyr Munroe
PO Box 32201
Hartford CT 06150-2201

**FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

**Lindenmeyr Munroe**

14 Research Parkway
PO Box 5011
(203) 294-1141

**INVOICE**
Thank You For Your Business

Branch/Location: 3

Sold To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

Shipped To:
OLD COLONY ENV
70 TURNPIKE INDUSTRIAL RD
WESTFIELD MA 01086-1600

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 482117 | 419677 | 06/15/10 | B76 | E | Net 30 DAYS |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 2400SH | 288 | 1092120 | 25X38-60-120M-L-WHITE PARCHTONE TEXT SEMI-VELLUM | 155.15 | CW | 446.83 |
| 1EA | | XF | FREIGHT CHARGE I | 150.00 | | 150.00 |

**Terms and Conditions:**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 596.83 | | | 596.83 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32201
Hartford CT 06150-2201



# Lindenmeyr Munroe

*Paper Merchants* / *Consumer Durable National Converting Inc.*

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

**Sold To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

**Shipped To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|
| 773867 | 412346/BOA | 04/28/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 8659LB | 8659 | 250057 | 11-24-50/5-WHITE ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 4,762.45 |
| 12504LB | 12504 | 250647 | 7-3/4-20-WHITE GENERIC OFFSET WOVE WEB | 55.00 | CW | 6,877.20 |
| 22218LB | 22218 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL | 55.00 | CW | 12,219.90 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,859.55 | 477.19 | 5/28/10 | 23,859.55 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

**FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com



**Lindenmeyr Munroe**
Paper Merchants · A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

**Shipped To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 413642 | 05/05/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44576LB | 44576 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,516.80 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,516.80 | 490.34 | 6/04/10 | 24,516.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


## Lindenmeyr Munroe
*Paper Merchants / A Division of Central National-Gottesman Inc.*

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:    16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 413643/BOA | 05/07/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44708LB | 44708 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,589.40 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,589.40 | 491.79 | 6/06/10 | 24,589.40 |

Early Payment Discount will not be applicable to Purchases paid by Credit Card.
Not all items on this invoice may be FSC/SFI/PEFC Certified

**FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

 **Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | Terms |
|---|---|---|---|---|
| 773867 | 413646 | 05/11/10 | 621  E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44676LB | 44676 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,571.80 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
|  |  |  | 24,571.80 | 491.44 | 6/10/10 | 24,571.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

**FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


# Lindenmeyr Munroe
Paper Merchants / A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:  16

| Sold To: | Shipped To: |
|---|---|
| NATIONAL ENVELOPE CORP/BOA/DDA STATE | NATIONAL ENVELOPE CORP/BOA/DDA STATE |
| 16000 WEST 108TH STREET | 16000 WEST 108TH STREET |
| EIN# 11-1725935 | EIN# 11-1725935 |
| LENEXA KS 66219 | LENEXA KS 66219 |

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 415013/BOA | 05/10/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 20417LB | 20417 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 11,229.35 |
| 24140LB | 24140 | 250057 | 11-24-50/5-WHITE<br>ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 13,277.00 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at
http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | SalesTax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,506.35 | 490.13 | 6/09/10 | 24,506.35 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SPI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe
Paper Merchants • Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 415014/BOA | 05/17/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 41411LB | 41411 | 250057 | 11-24-50/5-WHITE<br>ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 22,776.05 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 22,776.05 | 455.52 | 6/16/10 | 22,776.05 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEPC Certified

**FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


# Lindenmeyr Munroe
Paper Merchants · Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| | |
|---|---|
| Page | 1 |
| Date | 05/11/10 |
| Invoice# | 89307036 RI |
| LM Order # | 4446814 SD |

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 415015/BOA | 05/11/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 29586LB | 29586 | 250647 | 7-3/4-20-WHITE<br>GENERIC OFFSET WOVE WEB | 55.00 | CW | 16,272.30 |
| 13013LB | 13013 | 250057 | 11-24-50/5-WHITE<br>ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 7,157.15 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/t_Mterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt.Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,429.45 | 468.59 | 6/10/10 | 23,429.45 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PBFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

# Lindenmeyr Munroe
Paper Merchants — Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100



**INVOICE**

Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson: | | Terms |
|---|---|---|---|---|---|
| 773867 | 415016/BOA | 05/14/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 42919LB | 42919 | 250057 | 11-24-50/5-WHITE ENVELOPE WOVE OFFSET RL 20%PCW | | 55.00 | CW | 23,605.45 |

## Terms and Conditions

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,605.45 | 472.11 | 6/13/10 | 23,605.45 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be PSC/SFI/PEFC Certified

**FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

 **Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| Page | 1 |
|---|---|
| Date | 05/12/10 |
| Invoice# | 89309243 RI |
| LM Order # | 4447092 SD |

**Branch/Location:** 16

**Sold To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

**Shipped To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 415283 | 05/12/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44897LB | 44897 | 250057 | 11-24-50/5-WHITE<br>ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 24,693.35 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at
http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,693.35 | 493.87 | 6/11/10 | 24,693.35 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



## Lindenmeyr Munroe
Paper Merchants · A division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:    16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|-----------|--------------|--------------|-------------|---|-------|
| 773867 | 415929/BOA | 06/02/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|----------|--------|--------|-------------|-------|-----|----------|
| 44998LB | 44998 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,748.90 |

### Terms and Conditions
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|-----------------|-----------|-------|--------------------------|------------------|----------------|---------------|
| | | | 24,748.90 | 494.98 | 7/02/10 | 24,748.90 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



**Lindenmeyr Munroe**
Paper Merchants · Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| Page | 1 |
|------|---|
| Date | 06/04/10 |
| Invoice# | 89344605 RI |
| LM Order # | 4447678 SD |

Branch/Location:    16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|-----------|--------------|--------------|-------------|---|-------|
| 773867 | 415930/BOA | 06/04/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|----------|--------|--------|-------------|-------|-----|----------|
| 42609LB | 42609 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL | 55.00 | CW | 23,434.95 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|-----------------|-----------|-------|--------------------------|------------------|----------------|---------------|
| | | | 23,434.95 | 468.70 | 7/04/10 | 23,434.95 |

Early Payment Discount will not be applicable to Purchases paid by Credit Card.
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



# Lindenmeyr Munroe
Paper Merchants · A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:   16

**Sold To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

**Shipped To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 417062/BOA | 06/01/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44664LB | 44664 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,565.20 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at
http://www.lindenmeyr.com/LM/terms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,565.20 | 491.30 | 7/01/10 | 24,565.20- |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEPC Certified

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 417119/BOA | 05/26/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 42821LB | 42821 | 250057 | 11-24-50/5-WHITE<br>ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 23,551.55 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,551.55 | 471.03 | 6/25/10 | 23,551.55 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

**FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

 **Lindenmeyr Munroe**
Paper Merchants • A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 417126/BOA | 06/08/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 43905LB | 43905 | 250647 | 7-3/4-20-WHITE GENERIC OFFSET WOVE WEB DELIVER 06/09 | 55.00 | CW | 24,147.75 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at
http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,147.75 | 482.96 | 7/08/10 | 24,147.75 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEPC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com


**Lindenmeyr Munroe**
Paper Merchants · Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

# INVOICE
Thank You For Your Business

Branch/Location:   16

**Sold To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

**Shipped To:**
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|-----------|--------------|--------------|-------------|---|-------|
| 773867 | 417124/BOA | 06/07/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|----------|--------|--------|-------------|-------|-----|----------|
| 20633LB | 20633 | 250057 | 11-24-50/5-WHITE<br>ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 11,348.15 |
| 8429LB | 8429 | 250647 | 7-3/4-20-WHITE<br>GENERIC OFFSET WOVE WEB | 55.00 | CW | 4,635.95 |
| 8388LB | 8388 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL   20% | 55.00 | CW | 4,613.40 |
| 5314LB | 5314 | 209933 | 10-3/8-24-WHITE<br>ENVELOPE WOVE    20% RECYCLED | 55.00 | CW | 2,922.70 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn: Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales/Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|-----------------|-----------|-------|--------------------------|------------------|----------------|---------------|
| | | | 23,520.20 | 470.40 | 7/07/10 | 23,520.20 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:   16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
1325 HIGHLANDS RIDGE ROAD
EIN#11-1725935
SMYRNA GA 30082

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
1325 HIGHLANDS RIDGE ROAD
EIN#11-1725935
SMYRNA GA 30082

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773954 | 412931/BOA | 04/28/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44664LB | 44664 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,565.20 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at
http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,565.20 | 491.30 | 5/28/10 | 24,565.20 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| Page | 1 |
| Date | 05/03/10 |
| Invoice# | B9293859 RI |
| LM Order # | 4445307 SD |

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 413744/BOA | 05/03/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44462LB | 44462 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL<br>DELI 4-20-10<br>50" DIA 5" CORES | 55.00 | CW | 24,454.10 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn: Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,454.10 | 489.08 | 6/02/10 | 24,454.10 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

**FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268**

**Place orders on line at www.lindenmeyr.com**


# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
| --- | --- | --- | --- | --- | --- | --- |
| 774326 | 413744/BOA | 05/04/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
| --- | --- | --- | --- | --- | --- | --- |
| 44746LB | 44746 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,610.30 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at
http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 24,610.30 | 492.21 | 6/03/10 | 24,610.30 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386   SFI PWC-SFIC-268   PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


# Lindenmeyr Munroe
Paper Merchants • Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 413744/BOA | 05/06/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 45438LB | 45438 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,990.90 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,990.90 | 499.82 | 6/05/10 | 24,990.90 |

Early Payment Discount will not be applicable to Purchases paid by Credit Card.
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**
Paper Merchants | a Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 415120/BOA | 05/17/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 42722LB | 42722 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL DELIVER 05/12 | 55.00 | CW | 23,497.10 |
| 44234LB | 44234 | 242647 | 11-3/8-24-54/5-WHITE BOA RECYCLED WOVE ROLL DELIVER 05/14 | 55.00 | CW | 24,328.70 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 47,825.80 | 956.51 | 6/16/10 | 47,825.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

 **Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

 **INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 415120/BOA | 05/19/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44132LB | 44132 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL<br>DELIVER 05/18 | 55.00 | CW | 24,272.60 |

**Terms and Conditions:**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at
http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,272.60 | 485.45 | 6/18/10 | 24,272.60 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SPI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
**Lindenmeyr Munroe**
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 416141/BOA | 05/21/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44644LB | 44644 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,554.20 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,554.20 | 491.08 | 6/20/10 | 24,554.20 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



**Lindenmeyr Munroe**
Paper Merchants — A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

tab

**Branch/Location:**   16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 416141/BOA | 05/25/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44280LB | 44280 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 24,354.00 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn: Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,354.00 | 487.08 | 6/24/10 | 24,354.00 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**
Paper Merchants · Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:**   16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 416141/BOA | 06/01/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 41174LB | 41174 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL | 55.00 | CW | 22,645.70 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 22,645.70 | 452.91 | 7/01/10 | 22,645.70 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

**FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

 **Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

 **INVOICE**
Thank You For Your Business

| | |
|---|---|
| Page | 1 |
| Date | 06/02/10 |
| Invoice# | 89340112 RI |
| LM Order # | 4449010 SD |

**Branch/Location:** 16

**Sold To:**
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

**Shipped To:**
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 417530/BOA | 06/02/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44862LB | 44862 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL<br>DELIVER 06/02 | 55.00 | CW | 24,674.10 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | SalesTax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,674.10 | 493.48 | 7/02/10 | 24,674.10 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

**FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**
Paper Merchants : Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

**Shipped To:**
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | Terms |
|---|---|---|---|---|
| 774326 | 417530/BOA | 06/07/10 | 621    E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 43422LB | 43422 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL<br>DELIVER 06/07 | 55.00 | CW | 23,882.10 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,882.10 | 477.64 | 7/07/10 | 23,882.10 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

# Lindenmeyr Munroe

Pacer Member • Division of Central National-Gottsman's Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:    16

Sold To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

Shipped To:
NATIONAL ENVELOPE CORP / BOA / DDA S
207 GREENWOOD STREET
EIN# 11-1725935
ATTN: PAUL TURMEL
WORCESTER MA 01607

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774326 | 417530/BOA | 06/09/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 42544LB | 42544 | 242647 | 11-3/8-24-54/5-WHITE<br>BOA RECYCLED WOVE ROLL<br>DELIVER 06/09 | 55.00 | CW | 23,399.20 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at
http://www.lindenmeyr.com/LMterms 105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address
set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or
merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,399.20 | 467.98 | 7/09/10 | 23,399.20 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**

Thank You For Your Business

Page       1
Date     05/03/10
Invoice#  89293865 RI
LM Order #  4446228 SD

Branch/Location:  16

Sold To:
NATIONAL ENVELOPE CORP / BOA
70 TURNPIKE INDUSTRIAL RD
EIN# 11-1725935
ATTN:  MARK BORTOULOISSE
WESTFILED MA 01085

Shipped To:
NATIONAL ENVELOPE CORP / BOA
70 TURNPIKE INDUSTRIAL RD
EIN# 11-1725935
ATTN:  MARK BORTOULOISSE
WESTFILED MA 01085

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774186 | 414592/BOA | 05/03/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 45204LB | 45204 | 214973 | 9-24-50/5-WHITE<br>CI 2000 SMOOTH<br>deli 5-3-10 | | 56.00 | CW | 25,314.24 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 25,314.24 | 506.28 | 6/02/10 | 25,314.24 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP / BOA
70 TURNPIKE INDUSTRIAL RD
EIN# 11-1725935
ATTN: MARK BORTOULOISSE
WESTFILED MA 01085

**Shipped To:**
NATIONAL ENVELOPE CORP / BOA
70 TURNPIKE INDUSTRIAL RD
EIN# 11-1725935
ATTN: MARK BORTOULOISSE
WESTFILED MA 01085

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 774186 | 414592/BOA | 05/07/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44798LB | 44798 | 214973 | 9-24-50/5-WHITE CI 2000 SMOOTH deli 5-7-10 | 56.00 | CW | 25,086.88 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 25,086.88 | 501.74 | 6/06/10 | 25,086.88 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



## Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP / BOA
70 TURNPIKE INDUSTRIAL RD
EIN# 11-1725935
ATTN: MARK BORTOULOISSE
WESTFILED MA 01085

**Shipped To:**
NATIONAL ENVELOPE CORP / BOA
70 TURNPIKE INDUSTRIAL RD
EIN# 11-1725935
ATTN: MARK BORTOULOISSE
WESTFILED MA 01085

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|-----------|--------------|--------------|-------------|---|-------|
| 774186 | 416854/BOA | 05/26/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|----------|--------|--------|-------------|-------|-----|----------|
| 44154LB | 44154 | 214973 | 9-24-50/5-WHITE CI 2000 SMOOTH REQUESTED DATE 5-24-10 BEST DELIVERY 5-26-10 WILL SHIP EARLY IF READY | 56.00 | CW | 24,726.24 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|-----------------|-----------|-------|--------------------------|------------------|----------------|---------------|
| | | | 24,726.24 | 494.52 | 6/25/10 | 24,726.24 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP / BOA (ENNIS,
601 NATIONAL DRIVE
EIN# 11-1725935
ENNIS TX 75119

Shipped To:
NATIONAL ENVELOPE CORP / BOA (ENNIS,
601 NATIONAL DRIVE
EIN# 11-1725935
ENNIS TX 75119

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773598 | 415459/BOA | 05/13/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | LM | Extended |
|---|---|---|---|---|---|---|
| 44158LB | 44158 | 214973 | 9-24-50/5-WHITE CI 2000 SMOOTH | 56.00 | CW | 24,728.48 |

### Terms and Conditions
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,728.48 | 494.57 | 6/12/10 | 24,728.48 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| | |
|---|---|
| Page | 1 |
| Date | 05/27/10 |
| Invoice# | 89333910 RI |
| LM Order # | 4449356 SD |

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

**Shipped To:**
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 160223 | 417944 | 05/27/10 | 609 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 1EA | | XF | FREIGHT CHARGE I | | .00 | | |
| 66000SH | 10560 | 402363 | 25X38-80-160M-L-WHITE CENTURA DULL TEXT SKID FSC | | 86.50 | CW | 9,134.40 |
| | | | FSC Mixed Credit | BV-COC-953662 | | | |
| | | | SFI Certified | BV-SFICOC-US09000011 | | | |
| | | | PEFC Certified | BV-PEFCCOC-VS09000012 | | | |
| | | | Recycled Content | 10% Post / 10% Total | | | |
| | | | Paper Code 710592 | | | | |
| 2000SH | 320 | 402476 | 25X38-80-160M-L-WHITE CENTURA DULL TEXT FSC | | 86.50 | CW | 276.80 |
| | | | FSC Mixed Credit | BV-COC-953662 | | | |
| | | | SFI Certified | BV-SFICOC-US09000011 | | | |
| | | | PEFC Certified | BV-PEFCCOC-VS09000012 | | | |
| | | | Recycled Content | 10% Post / 10% Total | | | |
| | | | Paper Code 710592 | | | | |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/Lterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 9,411.20 | 188.23 | 6/26/10 | 9,411.20 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| Page | 1 |
|---|---|
| Date | 05/27/10 |
| Invoice# | 89333911 RI |
| LM Order # | 4449425 SD |

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

**Shipped To:**
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 160223 | 418048 | 05/27/10 | 609 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 1EA | | XF | FREIGHT CHARGE I | | 600.00 | | 600.00 |
| 15000SH | 2400 | K11830 | 25X38-80-160M-L-WHITE<br>FLO MATTE TEXT SKID FSC | | 56.70 | CW | 1,360.80 |
| | | | FSC Mixed Credit | BV-COC-060801 | | | |
| | | | SFI Certified | BV-SFICOC-US07000220 | | | |
| | | | PEFC Certified | BVC-PEFCCOC-US08000067 | | | |
| | | | Recycled Content | 10% Post / 10% Total | | | |
| 22000SH | 3520 | K11829 | 25X38-80-160M-L-WHITE<br>FLO MATTE TEXT FSC | | 56.70 | CW | 1,995.84 |
| | | | FSC Mixed Credit | BV-COC-060801 | | | |
| | | | SFI Certified | BV-SFICOC-US07000220 | | | |
| | | | PEFC Certified | BVC-PEFCCOC-US08000067 | | | |
| | | | Recycled Content | 10% Post / 10% Total | | | |
| | | | Item Code# 707842 | | | | |

## Terms and Conditions

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn: Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 3,956.64 | 67.14 | 6/26/10 | 3,956.64 |

Early Payment Discount will not be applicable to Purchases paid by Credit Card.

**Remit To:**
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386   SFI PWC-SFIC-268   PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com


# Lindenmeyr Munroe
Paper Merchants A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**

Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 160223 | 418558 | 06/04/10 | 609 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 39000SH 30CA | 4602 | 6530W | 28X40-50-118M-L-WHITE HUSKY OPAQUE OFFSET SMOOTH TXT SFI Certified 0025227 Code 707897 | 60.50 | CW | 2,784.21 |
| 1300SH 1CA | 153 | 6530W | 28X40-50-118M-L-WHITE HUSKY OPAQUE OFFSET SMOOTH TXT SFI Certified 0025227 Code 707897 | 60.50 | CW | 92.81 |
| EA | | IC | Service Charge | 6.00 | EA | 6.00 |

```
****************
*** AM DELIVERY
****************
```

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 2,883.02 | 57.66 | 7/04/10 | 2,883.02 |

Early Payment Discount will not be applicable to Purchases paid by Credit Card.

FSC SW-COC-001386   SFI PWC-SFIC-268   PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



# Lindenmeyr Munroe
Paper Merchants ✓ Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:   16

Sold To:
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
NATIONAL ENVELOPE CORP
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|
| 160223 | 419460 | 06/08/10 | 609 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 25500SH 3SK | 3596 | 2531 | 28X40-60-141M-L-WHITE HUSKY OPAQUE OFFSET SM PR SKID | | 58.90 | CW | 2,117.75 |
| | | | SFI Certified          0025227 | | | | |
| | | | Code# 710593 | | | | |
| 15600SH 13CA | 2200 | 6531W | 28X40-60-141M-L-WHITE HUSKY OPAQUE OFFSET SMOOTH TXT | | 58.90 | CW | 1,295.56 |
| | | | SFI Certified          0025227 | | | | |
| | | | Code# 710593 | | | | |
| 2400SH 2CA | 338 | 6531W | 28X40-60-141M-L-WHITE HUSKY OPAQUE OFFSET SMOOTH TXT | | 58.90 | CW | 199.32 |
| | | | SFI Certified          0025227 | | | | |
| | | | Code# 710593 | | | | |
| EA | | IC | Service Charge | | 6.00 | EA | 6.00 |

## Terms and Conditions
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 3,618.63 | 72.38 | 7/08/10 | 3,618.63 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | | Customer PO# | Invoice Date | Salesperson | | Terms | | |
|---|---|---|---|---|---|---|---|---|
| 722404 | | 412335/BOA | 05/20/10 | 621 | E | 2% 30 - Net 31 | | |

| Quantity | Weight | Item # | Description | | Price | UM | Extended |
|---|---|---|---|---|---|---|---|
| 42756LB | 42756 | 213214 | 10-3/4-24-54/5-WHITE ENVELOPE WOVE ROLL | | 55.00 | CW | 23,515.80 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/Lt_terms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,515.80 | 470.32 | 6/19/10 | 23,515.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


## Lindenmeyr Munroe
Paper Merchants / A Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| | |
|---|---|
| Page | 1 |
| Date | 05/07/10 |
| Invoice# | 89302662 RI |
| LM Order # | 4445682 SD |

Branch/Location:  16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 722404 | 414148/BOA | 05/07/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 42158LB | 42158 | 249440 | 10-1/2-24-50/5-WHITE<br>CI2000 SMOOTH ROLL<br>DBLI 5-7-10 | 56.00 | CW | 23,608.48 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/Lmterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,608.48 | 472.17 | 6/06/10 | 23,608.48 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

**FSC SW-COC-001386      SFI PWC-SFIC-268      PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

 **Lindenmeyr Munroe**
Paper Merchants / Division of Central National-Gottesman Inc.

**INVOICE**
Thank You For Your Business

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

| Page | 1 |
|---|---|
| Date | 06/02/10 |
| Invoice# | 89340113 RI |
| LM Order # | 4449057 SD |

**Branch/Location:** 16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 722404 | 417451/BOA | 06/02/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 5798LB | 5798 192896 | 11-60-50/5-BRIGHT WHITE PINCH FINE VHF | | 60.00 | CW | 3,478.80 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 3,478.80 | 69.58 | 7/02/10 | 3,478.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|---|
| 722404 | 417451/BOA | | 05/26/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item# | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 39303LB | 39303 | 192896 | 11-60-50/5-BRIGHT WHITE<br>PINCH FINE VHF | 60.00 | CW | 23,581.80 |

**Terms and Conditions**
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,581.80 | 471.64 | 6/25/10 | 23,581.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|
| 722404 | 417996/BOA | 05/26/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item# | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 22000SH | 2640 | 1020-6266 | 25X38-60-120M-L-BRIGHT WHITE<br>FINCH FINE VHF SKID FSC<br><br>FSC Mixed Credit　　SW-COC-000934<br>Recycled Content　　10% Post / 10% Total | 70.00 | CW | 1,848.00 |
| 18000SH | 2160 | 1020-6066 | 25X38-60-120M-L-BRIGHT WHITE<br>FINCH FINE FSC VHF 1020-6066<br><br>FSC Mixed Credit　　SW-COC-000934<br>Recycled Content　　10% Post / 10% Total | 70.00 | CW | 1,512.00 |
| 1EA | | XF | FREIGHT CHARGE I | .00 | | |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services. There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 3,360.00 | 67.20 | 6/25/10 | 3,360.00 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

FSC SW-COC-001386　　SFI PWC-SFIC-268　　PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com



# Lindenmeyr Munroe

Paper Merchants • Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**

Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 722404 | 418769/BOA | 06/08/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 40000SH | 6400 | 6001-008 | 25X38-80-160M-L-BRIGHT WHITE MOHAWK VIA FELT TEXT   6001008 | 95.29 | CW | 6,098.56 |
| 1EA | | XF | FREIGHT CHARGE I | .00 | | |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 6,098.56 | 121.97 | 7/08/10 | 6,098.56 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SPI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



# Lindenmeyr Munroe

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

| Page | 1 |
| Date | 06/09/10 |
| Invoice# | 89351134 RI |
| LM Order # | 4450157 SD |

Branch/Location: 16

**Sold To:**
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

**Shipped To:**
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|
| 722404 | 418834/BOA | 06/09/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 45030LB | 45030 | 249440 | 10-1/2-24-50/5-WHITE CI2000 SMOOTH ROLL DELIVER 06/09 | 56.00 | CW | 25,216.80 |

## Terms and Conditions

Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 25,216.80 | 504.34 | 7/09/10 | 25,216.80 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEPC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



**Lindenmeyr Munroe**

Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**

Thank You For Your Business

Branch/Location: 16

Sold To:
NATIONAL ENVELOPE CORP/BoA
303 EAGLEVIEW BLVD
EIN# 11-1725935
EXTON PA 19341

Shipped To:
ATLANTIC ENVELOPE/MBNA
303 EAGLEVIEW BLVD
EXTON PA 19341

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|---|---|---|---|---|---|---|
| 722404 | 414148/BOA | 04/27/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 42484LB | 42484 | 249440 | 10-1/2-24-50/5-WHITE<br>CI2000 SMOOTH ROLL<br>DELI 4-27-10 | 56.00 | CW | 23,791.04 |

**Terms and Conditions**

Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 23,791.04 | 475.82 | 5/27/10 | 23,791.04 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

**FSC SW-COC-001386    SFI PWC-SFIC-268    PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203


## Lindenmeyr Munroe
Paper Merchants · Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:   16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms | |
|-----------|--------------|--------------|-------------|---|-------|---|
| 773867 | 412344/BOA | 04/29/10 | 621 | E | 2% 30 - Net 31 | |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|----------|--------|--------|-------------|-------|----|----------|
| 43290LB | 43290 | 250057 | 11-24-50/5-WHITE ENVELOPE WOVE OFFSET RL 20%PCW | 55.00 | CW | 23,809.50 |

### Terms and Conditions
Orders are subject to and include the conditions set forth in our terms and conditions of sale ("TERMS"), which may be found at http://www.lindenmeyr.com/LMterms105939.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|-----------------|-----------|-------|--------------------------|------------------|----------------|---------------|
| | | | 23,809.50 | 476.19 | 5/29/10 | 23,809.50 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268

Place orders on line at www.lindenmeyr.com

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203



# Lindenmeyr Munroe
Paper Merchants / Division of Central National-Gottesman Inc.

3300 Horizon Drive
King of Prussia PA 19406-2650
(610) 239-9100

**INVOICE**
Thank You For Your Business

Branch/Location:   16

Sold To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

Shipped To:
NATIONAL ENVELOPE CORP/BOA/DDA STATE
16000 WEST 108TH STREET
EIN# 11-1725935
LENEXA KS 66219

| Account # | Customer PO# | Invoice Date | Salesperson | | Terms |
|---|---|---|---|---|---|
| 773867 | 412345/BOA | 04/29/10 | 621 | E | 2% 30 - Net 31 |

| Quantity | Weight | Item # | Description | Price | UM | Extended |
|---|---|---|---|---|---|---|
| 44147LB | 44147 | 250647 | 7-3/4-20-WHITE<br>GENERIC OPFSET WOVE WEB | 55.00 | CW | 24,280.85 |

### Terms and Conditions
Orders are subject to and include the conditions set forth in our terms and conditions of sale ( "TERMS" ), which may be found at http://www.lindenmeyr.com/LMterms105839.html and are also available upon written request made to: Lindenmeyr Munroe at the address set forth below, Attn:Credit Services.There are no Warranties except as set forth in the terms and no warranties of fitness or merchantability.

| Taxable Charges | Sales Tax | Tax % | Amt. Subject to Discount | Discount Allowed | If Paid Before | Invoice Total |
|---|---|---|---|---|---|---|
| | | | 24,280.85 | 485.62 | 5/29/10 | 24,280.85 |

**Early Payment Discount will not be applicable to Purchases paid by Credit Card.**
Not all items on this invoice may be FSC/SFI/PEFC Certified

Remit To:
Lindenmeyr Munroe
PO Box 32203
Hartford CT 06150-2203

**FSC SW-COC-001386     SFI PWC-SFIC-268     PEFC WC-PEFC-268**

Place orders on line at www.lindenmeyr.com