IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| NEC HOLDINGS CORP., *et al.*,[1] | ) | Case No. 10-11890 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF MULTI-PLASTICS, INC.
## OF RECLAMATION DEMAND

Multi-Plastics, Inc. ("Multi-Plastics"), by its undersigned counsel, hereby files the following Notice of Demand for Reclamation (the "Notice") and respectfully states as follows:

1. On or about June 10, 2010 (the "Petition Date"), the above-referenced debtors and debtors-in-possession (the "Debtors") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"). Upon information and belief, no trustee or examiner has been appointed in this case.

2. Prior to the Petition Date, Multi-Plastics provided and shipped to the Debtors certain goods (the "Goods"), which goods were, upon information and belief, received by the Debtors within

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

forty five (45) days of the Petition Date. The Goods were sold to the Debtors in the ordinary course of Multi-Plastic's business. Furthermore, upon information and belief, the Debtors were insolvent when the Goods were sold and received.

3. Pursuant to section 546(c) of the Bankruptcy Code, a seller may make written demand for reclamation of the goods not later than 45 days after the receipt by the debtor or, if the 45-day period expires after the commencement of the case, not later than 20 days after the date of commencement of the case. 11 U.S.C. §546(c)(1). Multi-Plastics hereby makes a demand to the Debtors for reclamation of the Goods pursuant to UCC §2-702 and 11 U.S.C. § 546(c).

4. Copies of the invoices evidencing the Goods are attached hereto as **Exhibit A**.

5. This Notice constitutes a timely written demand for reclamation upon the Debtors.

WHEREFORE, having satisfied the requirements of 11 U.S.C. §546(c), Multi-Plastics demands reclamation of its goods and such other and further relief this Court deems just and proper.

Dated: June 29, 2010

**ASHBY & GEDDES, P.A.**

Ricardo Palacio (I.D. #3765)
Leigh-Anne M. Raport (I.D. #5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to Multi-Plastics, Inc.*