# EXHIBIT A

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**SHIP TO**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318312 | 04/30/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/30/10 | 481357 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/N&M TRNSPT |

| Quantity Ordered | Quantity Shipped | Description / Product Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 32 ROLLS | 1640 LB | EWF 2009LDLJ .00105 005.250  3 X 18. | 1.77 | 2,902.80 |
| | | SKID #1170 | | |
| 32 ROLLS | 1649 LB | EWF 2009LDLJ .00105 005.250  3 X 18. | 1.77 | 2,918.73 |
| | | SKID #1172 | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 5,821.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,821.53 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**SHIP TO**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318334 | 04/30/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 482200 | 1%10Net30 |

| Tracer Number |
|---|
| 100317763 |

| Shipped Via |
|---|
| P&A/N&M |

| Quantity Ordered | Quantity Shipped | Product | Description<br>Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 12 ROLLS | 306 LB | EWF 2009LDLJ<br>SKU# 981278 | .00115 | 005.750 | 3 X 13. | 1.77 | 541.62 |
| 12 ROLLS | 557 LB | EWF 2009LDLJ<br>SKU# 268873 | .00105 | 004.750 | 3 X 18. | 1.77 | 985.89 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,527.51 | 0.00 | 0.00 | 72.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,599.51 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L   T O**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**S H I P   T O**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318503 | 05/04/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/30/10 | 482360 | 1%10Net30 |

| Tracer Number |
|---|
| 100372114 |

| Shipped Via |
|---|
| P&A/N&M |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 8 ROLLS | 350 LB | EWF 2009LDLJ .00105 004.500  3 X 18.  SKU #563680 | 1.77 | 619.50 |
| 40 ROLLS | 993 LB | EWF 2009LDLJ .00105 005.250  3 X 13.  SKU #445709 | 1.77 | 1,757.61 |
| 16 ROLLS | 776 LB | EWF 2009LDLJ .00115 005.250  3 X 18.  SKU #487215 | 1.77 | 1,373.52 |
| 7 ROLLS | 179 LB | EWF 2009LDLJ .00115 006.000  3 X 13.  SKU #612473 | 1.77 | 316.83 |
| 8 ROLLS | 201 LB | EWF 2009LDLJ .00125 005.750  3 X 13.  | 1.77 | 355.77 |
|  |  | Backorder to Follow  SKU #679114 |  |  |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 4,423.23 | 0.00 | 0.00 | 172.28 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 4,595.51 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**SHIP TO**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318622 | 05/06/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 481357 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/N&M TRANSPOR |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 32 ROLLS | 1609 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,847.93 |
| | | SKID #0576 | | | | | |
| 32 ROLLS | 1630 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,885.10 |
| | | SKID #1167 | | | | | |
| 32 ROLLS | 1634 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,892.18 |
| | | SKID #1168 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 8,625.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,625.21 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**S H I P T O**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318651 | 05/06/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/30/10 | 482360 | 1%10Net30 |

| Tracer Number |
|---|
| 100330363 |

| Shipped Via |
|---|
| PPD/N&M |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 8 ROLLS | 420 LB | EWF 2009LDLJ .00125 005.750  3 X 18.<br>SKU #679114 | 1.77 | 743.40 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 743.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 743.40 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

**BILL TO**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**SHIP TO**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319096 | 05/14/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/14/10 | 481357 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/N&M TRANSPT |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 32 ROLLS | 1658 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,934.66 |
| | | SKID #0578 | | | | | |
| 32 ROLLS | 1649 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,918.73 |
| | | SKID #1173 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 5,853.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,853.39 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**SHIP TO**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319437 | 05/20/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/21/10 | 481357 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/N&M TRANSPOR |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 32 ROLLS | 1637 LB | EWF 2009LDLJ | .00105 005.250 | | 3 X 18. | 1.77 | 2,897.49 |
| | | SKID #1165 | | | | | |
| 32 ROLLS | 1639 LB | EWF 2009LDLJ | .00105 005.250 | | 3 X 18. | 1.77 | 2,901.03 |
| | | SKID #1166 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 5,798.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,798.52 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**SHIP TO**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319548 | 05/24/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/21/10 | 483282 | 1%10Net30 |

| Tracer Number |
|---|
| 100364783 |

| Shipped Via |
|---|
| PPD/N&M |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 8 ROLLS | 349 LB | EWF 2009LDLJ .00105 004.500  3 X 18. | 1.77 | 617.73 |
|  |  | SKU #563680 |  |  |
| 16 ROLLS | 776 LB | EWF 2009LDLJ .00115 005.250  3 X 18. | 1.77 | 1,373.52 |
|  |  | SKU #487215 |  |  |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,991.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,991.25 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - APPLETON
3800 W WISCONSIN AVE
APPLETON WI 54915-5739

**S H I P T O**
NE/APP

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319770 | 05/27/10 | HDK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/28/10 | 481357 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/N&M |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 32 ROLLS | 1659 LB | EWF 2009LDLJ .00105 005.250  3 X 18. | 1.77 | 2,936.43 |
| | | SKID# 0577 | | |
| 32 ROLLS | 1651 LB | EWF 2009LDLJ .00105 005.250  3 X 18. | 1.77 | 2,922.27 |
| | | SKID# 1171 | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 5,858.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 5,858.70 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

BILL TO
NATIONAL ENVELOPE - AURORA
14101 EAST 33 PLACE
AURORA CO 80011

SHIP TO
NE/AUR

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 317980 | 04/23/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/26/10 | 482146 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/CWX |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 32 ROLLS | 1611 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 2,851.47 |
| | | SKID #5257 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,851.47 | 0.00 | 0.00 | -96.66 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,754.81 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

7770 North Central Drive • Lewis Center, Ohio 43035

**BILL TO**
NATIONAL ENVELOPE - AURORA
14101 EAST 33 PLACE
AURORA CO 80011

**SHIP TO**
NE/AUR

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318397 | 05/03/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/03/10 | 482402 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/CWX |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 32 ROLLS | 1619 LB | EWF 2009LDLJ .00105 005.125  3 X 18.<br>SKID# 5743 | 1.77 | 2,865.63 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,865.63 | 0.00 | 0.00 | -97.14 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,768.49 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS® INC.

7770 North Central Drive • Lewis Center, Ohio 43035

**BILL TO**
NATIONAL ENVELOPE - AURORA
14101 EAST 33 PLACE
AURORA CO 80011

**SHIP TO**
NE/AUR

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318934 | 05/12/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 482809 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/CWX |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 32 ROLLS | 1603 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 2,837.31 |
| | | SKID# 5742 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,837.31 | 0.00 | 0.00 | -96.18 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,741.13 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AURORA
14101 EAST 33 PLACE
AURORA CO 80011

**SHIP TO**
NE/AUR

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319708 | 05/26/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/26/10 | 483431 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/CWX |

| Quantity Ordered | Quantity Shipped | Description | | | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | Product | Thickness Width | Core/OD | | |
| 32 ROLLS | 1600 LB | EWF 2009LDLJ | .00105 005.125 | 3 X 18. | 1.77 | 2,832.00 |
| | | SKID #5746 | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,832.00 | 0.00 | 0.00 | -96.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,736.00 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318058 | 04/26/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/23/10 | 40197 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/FLEET |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3613 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 6,395.01 |
| 1 SKID | 1679 LB | EWF 2009LDLJ | .00115 | 003.750 | 3 X 18. | 1.77 | 2,971.83 |
| 2 SKIDS | 3145 LB | EWF 2009LDLJ | .00115 | 005.250 | 3 X 18. | 1.77 | 5,566.65 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 14,933.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,933.49 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318059 | 04/26/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/23/10 | 40197 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 8 ROLLS | 396 LB | EWF 2009LDLJ .00115 005.250 3 X 18. | 1.77 | 700.92 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 700.92 | 0.00 | 0.00 | -19.80 | 0.00 | 0.00 | 681.12 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318289 | 04/29/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/29/10 | 40187 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/FLEET |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3531 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 6,249.87 |
| 1 SKID | 1651 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 2,922.27 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 9,172.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,172.14 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318523 | 05/04/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/04/10 | 40184 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/FLEET |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 3 SKIDS | 5394 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 9,547.38 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 9,547.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 9,547.38 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318951 | 05/12/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 40178 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3528 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 6,244.56 |
| 1 SKID | 1515 LB | EWF 2009LDLJ | .00115 | 004.500 | 3 X 18. | 1.77 | 2,681.55 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 8,926.11 | 0.00 | 0.00 | -252.15 | 0.00 | 0.00 | 8,673.96 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS®, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318953 | 05/12/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 40175 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| P&A/FLEET |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 15 ROLLS | 669 LB | EWF 2009LDLJ | .00150 | 008.750 | 3 X 13. | 1.77 | 1,184.13 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 1,184.13 | 0.00 | 0.00 | 52.03 | 0.00 | 0.00 | 1,236.16 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319155 | 05/14/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/13/10 | 40172 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/FLEET A.M. |

| Quantity Ordered | Quantity Shipped | Description Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3508 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 6,209.16 |
| 1 SKID | 1645 LB | EWF 2009LDLJ | .00115 | 005.500 | 3 X 18. | 1.77 | 2,911.65 |
| 1 SKID | 1597 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 2,826.69 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 11,947.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 11,947.50 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319319 | 05/18/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/18/10 | 40158 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/FLEET |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 33 ROLLS | 1434 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 2,538.18 |
| 1 SKID | 1605 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 2,840.85 |
| 2 SKIDS | 3565 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 6,310.05 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 11,689.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,689.08 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - CITY OF INDUSTRY
705 N BALDWIN PARK BLVD
CITY OF INDUSTRY CA 91746

**SHIP TO**
NE/COI

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319614 | 05/24/10 | MDP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/21/10 | 40170 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/FLEET 2PM |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3493 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 6,182.61 |
| 1 SKID | 1545 LB | EWF 2009LDLJ | .00115 | 005.250 | 3 X 18. | 1.77 | 2,734.65 |
| 1 SKID | 1507 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 2,667.39 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 11,584.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 11,584.65 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318027 | 04/26/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/23/10 | 414514 | 1%10Net30 |

| Tracer Number |
|---|
| 983789376 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 800 LBS | 848 LB | EWF 4000 .00142 005.125  3 X 18.0  ITEM #600671 | 2.29 | 1,941.92 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,941.92 | 0.00 | 0.00 | 109.94 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,051.86 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318106 | 04/27/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/26/10 | 414687 | 1%10Net30 |

| Tracer Number |
|---|
| 983780184 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description | | | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | Product | Thickness Width | Core/OD | | |
| 600 LBS | 632 LB | EWF 2500 22# 005.125 | 3 X 18.0 | | 1.82 | 1,150.24 |
| | | ITEM #600017 | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,150.24 | 0.00 | 0.00 | 93.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,243.24 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318181 | 04/28/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414812 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3208 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 5,678.16 |
| | | ITEM #600294 | | | | | |
| 1 SKID | 1540 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 2,725.80 |
| | | ITEM #600125 | | | | | |
| 2 SKIDS | 3089 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 5,467.53 |
| | | ITEM #600123 | | | | | |
| 1 SKID | 1581 LB | EWF 2009LDLJ | .00105 | 004.250 | 3 X 18. | 1.77 | 2,798.37 |
| | | ITEM #600122 | | | | | |
| 1 SKID | 1638 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 2,899.26 |
| | | ITEM #600124 | | | | | |
| 1 SKID | 1463 LB | EWF 2009LDLJ | .00115 | 004.500 | 3 X 18. | 1.77 | 2,589.51 |
| | | ITEM #600028 | | | | | |
| 1 SKID | 1523 LB | EWF 2009LDLJ | .00115 | 004.250 | 3 X 18. | 1.77 | 2,695.71 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| | | | | | |

| Invoice Total |
|---|
| |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS; INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**S H I P T O**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318181 | 04/28/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414812 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| | | ITEM #600004 | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 24,854.34 | 0.00 | 0.00 | ~702.10 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 24,152.24 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318182 | 04/28/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414893 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 2,000 LBS | 2162 LB | EWF 2009LDLJ | .00125 | 008.625 | 3 X 13. | 1.77 | 3,826.74 |
| | | ITEM# 600195 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 3,826.74 | 0.00 | 0.00 | -108.10 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,718.64 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318352 | 04/30/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/29/10 | 415157 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 250 LBS | 272 LB | EWF 2009LDLJ | .00115 | 006.000 | 3 X 18. | 1.77 | 481.44 |
| | | ITEM# 600029 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 481.44 | 0.00 | 0.00 | -13.60 | 0.00 | 0.00 | 467.84 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE ~ ENNIS
601 NATIONAL DR
ENNIS TX 75119

**S H I P T O**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318353 | 04/30/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/29/10 | 415253 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 4,500 LBS | 4541 LB | EWF 2009LDLJ ITEM# 600125 | .00105 | 005.125 | 3 X 18. | 1.77 | 8,037.57 |
| 1,500 LBS | 1479 LB | EWF 2009LDLJ ITEM# 600028 | .00115 | 004.500 | 3 X 18. | 1.77 | 2,617.83 |
| 1,500 LBS | 1628 LB | EWF 2009LDLJ ITEM# 600008 | .00115 | 005.500 | 3 X 18. | 1.77 | 2,881.56 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 13,536.96 | 0.00 | 0.00 | -382.40 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 13,154.56 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**MULTI•PLASTICS,® INC.**

**7770 North Central Drive · Lewis Center, Ohio 43035**

| B I L L T O | NATIONAL ENVELOPE - ENNIS<br>601 NATIONAL DR<br>ENNIS TX 75119 | S H I P T O | NE/ENN |
|---|---|---|---|

| Invoice Number | Invoice Date | Territory | Tracer Number |
|---|---|---|---|
| 318429 | 05/03/10 | MAS | N/A |

| Order Date | PO Number | Terms | Shipped Via |
|---|---|---|---|
| 04/30/10 | 415349 | 1%10Net30 | COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 800 LBS | 838 LB | EWF 2009LDLJ .00125 009.000   3 X 13.<br>ITEM# 600052 | | 1.77 | 1,483.26 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 1,483.26 | 0.00 | 0.00 | -41.90 | 0.00 | 0.00 | 1,441.36 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

B
I
L
L
T
O

NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

S
H
I
P
T
O

NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318502 | 05/04/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/03/10 | 415518 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 4,500 LBS | 4734 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 8,379.18 |
| | | ITEM# 600125 | | | | | |
| 3,000 LBS | 3248 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 5,748.96 |
| | | ITEM# 600124 | | | | | |
| 1,500 LBS | 1479 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 2,617.83 |
| | | ITEM# 600123 | | | | | |
| 1,500 LBS | 1581 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,798.37 |
| | | ITEM# 600294 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 19,544.34 | 0.00 | 0.00 | -552.10 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 18,992.24 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318574 | 05/05/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/04/10 | 415742 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1561 LB | EWF 2009LDLJ .00115 004.250   3 X 18.<br>ITEM #600004 | 1.77 | 2,762.97 |
| 1 SKID | 1665 LB | EWF 2009LDLJ .00105 005.250   3 X 18.<br>ITEM #600294 | 1.77 | 2,947.05 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 5,710.02 | 0.00 | 0.00 | -161.30 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 5,548.72 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
| --- | --- | --- |
| 318710 | 05/07/10 | MAS |

| Order Date | PO Number | Terms |
| --- | --- | --- |
| 05/06/10 | 416029 | 1%10Net30 |

| Tracer Number |
| --- |
| N/A |

| Shipped Via |
| --- |
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3 SKIDS | 4444 LB | EWF 2009LDLJ ITEM #600006 | .00115 | 005.125 | 3 X 18. | 1.77 | 7,865.88 |
| 1 SKID | 1578 LB | EWF 2009LDLJ ITEM #600122 | .00105 | 004.250 | 3 X 18. | 1.77 | 2,793.06 |
| 4 SKIDS | 6295 LB | EWF 2009LDLJ ITEM #600125 | .00105 | 005.125 | 3 X 18. | 1.77 | 11,142.15 |
| 400 LBS | 446 LB | EWF 2009LDLJ ITE M#600634 | .00115 | 006.875 | 3 X 18. | 1.77 | 789.42 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
| --- | --- | --- | --- | --- | --- |
| 22,590.51 | 0.00 | 0.00 | -638.15 | 0.00 | 0.00 |

| Invoice Total |
| --- |
| 21,952.36 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318884 | 05/11/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/10/10 | 416420 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1,500 LBS | 1676 LB | EWF 2009LDLJ | .00105 | 004.000 | 3 X 18. | 1.77 | 2,966.52 |
| | | ITEM# 600121 | | | | | |
| 4,500 LBS | 4898 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 8,669.46 |
| | | ITEM# 600124 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 11,635.98 | 0.00 | 0.00 | -328.70 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 11,307.28 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

```
BILL TO
```
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

```
SHIP TO
```
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318969 | 05/12/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 416254 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 2,500 LBS. | 2548 LB | EWF 2009LDLJ | .00115 | 006.250 | 3 X 18. | 1.77 | 4,509.96 |
| | | ITEM #600128 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 4,509.96 | 0.00 | 0.00 | -127.40 | 0.00 | 0.00 | | 4,382.56 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318970 | 05/12/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 416578 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 3,000 LBS. | 3062 LB | EWF 2009LDLJ ITEM #600123 | .00105 | 004.500 | 3 X 18. | 1.77 | 5,419.74 |
| 1,500 LBS. | 1467 LB | EWF 2009LDLJ ITEM #600059 | .00115 | 005.000 | 3 X 18. | 1.77 | 2,596.59 |
| 1,500 LBS. | 1523 LB | EWF 2009LDLJ ITEM #600194 | .00105 | 005.000 | 3 X 18. | 1.77 | 2,695.71 |
| 3,000 LBS. | 3058 LB | EWF 2009LDLJ ITEM #600125 | .00105 | 005.125 | 3 X 18. | 1.77 | 5,412.66 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 16,124.70 | 0.00 | 0.00 | -455.50 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 15,669.20 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319130 | 05/14/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/13/10 | 416830 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 2996 LB | EWF 2009LDLJ ITEM #600006 | .00115 | 005.125 | 3 X 18. | 1.77 | 5,302.92 |
| 2 SKIDS | 3106 LB | EWF 2009LDLJ ITEM #600004 | .00115 | 004.250 | 3 X 18. | 1.77 | 5,497.62 |
| 2 SKIDS | 3081 LB | EWF 2009LDLJ ITEM #600123 | .00105 | 004.500 | 3 X 18. | 1.77 | 5,453.37 |
| 2 SKIDS | 3254 LB | EWF 2009LDLJ ITEM #600008 | .00115 | 005.500 | 3 X 18. | 1.77 | 5,759.58 |
| 1 SKID | 1653 LB | EWF 2009LDLJ ITEM #600124 | .00105 | 004.750 | 3 X 18. | 1.77 | 2,925.81 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 24,939.30 | 0.00 | 0.00 | -704.50 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 24,234.80 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO:** NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319288 | 05/18/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/17/10 | 417367 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS | 1461 LB | EWF 2009LDLJ .00115 005.000   3 X 18.<br>ITEM# 600059 | 1.77 | 2,585.97 |
| 1,500 LBS | 1560 LB | EWF 2009LDLJ .00105 005.000   3 X 18.<br>ITEM# 600194 | 1.77 | 2,761.20 |
| 3,000 LBS | 3187 LB | EWF 2009LDLJ .00115 004.750   3 X 18.<br>ITEM# 600005 | 1.77 | 5,640.99 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 10,988.16 | 0.00 | 0.00 | -310.40 | 0.00 | 0.00 | 10,677.76 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE

**PLEASE REMIT TO:**
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**MULTI•PLASTICS,® INC.**

**7770 North Central Drive · Lewis Center, Ohio 43035**

**BILL TO**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319510 | 05/21/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417802 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3134 LB | EWF 2009LDLJ ITEM #600004 | .00115 | 004.250 | 3 X 18. | 1.77 | 5,547.18 |
| 4 SKIDS | 6500 LB | EWF 2009LDLJ ITEM #600008 | .00115 | 005.500 | 3 X 18. | 1.77 | 11,505.00 |
| 3 SKIDS | 4827 LB | EWF 2009LDLJ ITEM #600124 | .00105 | 004.750 | 3 X 18. | 1.77 | 8,543.79 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 25,595.97 | 0.00 | 0.00 | -723.05 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 24,872.92 |

**PLEASE REMIT TO:**
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - ENNIS
601 NATIONAL DR
ENNIS TX 75119

**SHIP TO:**
NE/ENN

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319620 | 05/25/10 | MAS |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/24/10 | 418167 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3041 LB | EWF 2009LDLJ | .00115 | 005.125 | 3 X 18. | 1.77 | 5,382.57 |
| | | ITEM #600006 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 5,382.57 | 0.00 | 0.00 | -152.05 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 5,230.52 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318049 | 04/26/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/21/10 | 414283 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 10 AM |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1,500 LBS. | 1568 LB | EWF 2009LDLJ ITEM #600191 | .00105 | 004.625 | 3 X 18. | 1.77 | 2,775.36 |
| 1,500 LBS. | 1676 LB | EWF 2009LDLJ ITEM #600193 | .00105 | 004.875 | 3 X 18. | 1.77 | 2,966.52 |
| 1,500 LBS. | 1679 LB | EWF 2009LDLJ ITEM #600094 | .00115 | 008.375 | 3 X 13. | 1.77 | 2,971.83 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 8,713.71 | 0.00 | 0.00 | -246.15 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 8,467.56 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318118 | 04/27/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/26/10 | 414717 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU   10 AM |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1,500 LBS. | 1627 LB | EWF 2009LDLJ ITEM #600142 | .00115 | 008.625 | 3 X 13. | 1.77 | 2,879.79 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 2,879.79 | 0.00 | 0.00 | -81.35 | 0.00 | 0.00 | 2,798.44 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



**MULTI•PLASTICS®, INC.**

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318200 | 04/28/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414783 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 4 PM |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1,500 LBS. | 1516 LB | EWF 2009LDLJ | .00125 | 004.625 | 3 X 18. | 1.77 | 2,683.32 |
|  |  | ITEM #600641 |  |  |  |  |  |
| 1,500 LBS. | 1614 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 2,856.78 |
|  |  | ITEM# 600124 |  |  |  |  |  |
| 3,000 LBS. | 3107 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 5,499.39 |
|  |  | ITEM# 600125 |  |  |  |  |  |
| 2,000 LBS | 2146 LB | EWF 2009LDLJ | .00115 | 008.375 | 3 X 13. | 1.77 | 3,798.42 |
|  |  | ITEM# 600094 |  |  |  |  |  |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 14,837.91 | 0.00 | 0.00 | -419.15 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 14,418.76 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318275 | 04/29/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 414980 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 2-PM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1594 LB | EWF 2009LDLJ .00105 004.625   3 X 18.<br>ITEM #600191 | 1.77 | 2,821.38 |
| 1 SKID | 1511 LB | EWF 2009LDLJ .00105 005.125   3 X 18.<br>ITEM #600125 | 1.77 | 2,674.47 |
| 1,000 LBS | 1025 LB | EWF 2009LDLJ .00125 004.625   3 X 18.<br>ITEM #600641 | 1.77 | 1,814.25 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 7,310.10 | 0.00 | 0.00 | -206.50 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 7,103.60 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS®, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318590 | 05/05/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/03/10 | 415508 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 10AM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS | 1590 LB | EWF 2009LDLJ .00105 004.625   3 X 18. ITEM# 600191 | 1.77 | 2,814.30 |
| 1,500 LBS | 1592 LB | EWF 2009LDLJ .00105 004.750   3 X 18. ITEM# 600124 | 1.77 | 2,817.84 |
| 1,500 LBS | 1581 LB | EWF 2009LDLJ .00105 005.125   3 X 18. ITEM# 600125 | 1.77 | 2,798.37 |
| 500 LBS | 519 LB | EWF 2009LDLJ .00115 008.625   3 X 13. ITEM# 600142 | 1.77 | 918.63 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 9,349.14 | 0.00 | 0.00 | -264.10 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 9,085.04 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

| BILL TO | SHIP TO |
|---------|---------|
| NATIONAL ENVELOPE - EXTON<br>303 EAGLEVIEW<br>EXTON PA 19341 | NE/EXT |

| Invoice Number | Invoice Date | Territory |
|----------------|--------------|-----------|
| 318662 | 05/06/10 | WEM |

| Order Date | PO Number | Terms |
|------------|-----------|-------|
| 05/04/10 | 415758 | 1%10Net30 |

| Tracer Number |
|---------------|
| NA |

| Shipped Via |
|-------------|
| COLL/CPU  4 PM |

| Quantity Ordered | Quantity Shipped | Description<br>Product · Thickness · Width · Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS. | 1608 LB | EWF 2009LDLJ .00105 004.625   3 X 18.<br>ITEM #600191 | 1.77 | 2,846.16 |
| 3,000 LBS. | 3255 LB | EWF 2009LDLJ .00105 004.750   3 X 18.<br>ITEM #600124 | 1.77 | 5,761.35 |
| 1,500 LBS. | 1581 LB | EWF 2009LDLJ .00105 005.125   3 X 18.<br>ITEM #600125 | 1.77 | 2,798.37 |
| 1,000 LBS. | 1146 LB | EWF 2009LDLJ .00125 008.625   3 X 13.<br>ITEM #600195 | 1.77 | 2,028.42 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|-------------|---------|-----------|---------------------|----------------------------|---------|
| 13,434.30 | 0.00 | 0.00 | -379.50 | 0.00 | 0.00 |

| Invoice Total |
|---------------|
| 13,054.80 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318734 | 05/07/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/05/10 | 415875 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU  5 PM |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 500 LBS. | 534 LB | EWF 2009LDLJ ITEM #600190 | .00105 | 004.125 | 3 X 18. | 1.77 | 945.18 |
| 1,500 LBS. | 1506 LB | EWF 2009LDLJ ITEM #600123 | .00105 | 004.500 | 3 X 18. | 1.77 | 2,665.62 |
| 1,500 LBS. | 1688 LB | EWF 2009LDLJ ITEM #600193 | .00105 | 004.875 | 3 X 18. | 1.77 | 2,987.76 |
| 1,500 LBS. | 1536 LB | EWF 2009LDLJ ITEM #600125 | .00105 | 005.125 | 3 X 18. | 1.77 | 2,718.72 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 9,317.28 | 0.00 | 0.00 | -263.20 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 9,054.08 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO:**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318789 | 05/10/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416192 | 1%10Net30 |

| Tracer Number |
|---|
| 40025834 |

| Shipped Via |
|---|
| P&A/PITT-OHIO |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 750 LBS | 795 LB | EWF 20DG .00115 004.875 | | 3 X 18.0 | | 1.99 | 1,582.05 |
| | | ITEM #600427 | | | | | |
| | | ENVIROSAFE | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,582.05 | 0.00 | 0.00 | 82.30 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,664.35 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**

NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**S H I P T O**

NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318818 | 05/10/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416230 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 10 AM |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness  Width  Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 500 LBS | 550 LB | EWF 2009LDLJ .00105 003.625  3 X 18. ITE M#600189 | | 1.77 | 973.50 |
| 1,500 LBS | 1526 LB | EWF 2009LDLJ .00105 004.875  3 X 18. ITEM #600193 | | 1.77 | 2,701.02 |
| 500 LBS | 609 LB | EWF 2009LDLJ .00105 005.250  3 X 18. ITE M#600294 | | 1.77 | 1,077.93 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 4,752.45 | 0.00 | 0.00 | -134.25 | 0.00 | 0.00 | | 4,618.20 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**S H I P T O**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318898 | 05/11/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/10/10 | 416333 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU  10 AM |

| Quantity Ordered | Quantity Shipped | Description Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 500 LBS. | 519 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 918.63 |
|  |  | ITEM #600123 |  |  |  |  |  |
| 1,500 LBS. | 1554 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 2,750.58 |
|  |  | ITEM #600125 |  |  |  |  |  |
| 750 LBS. | 772 LB | EWF 2009LDLJ | .00105 | 002.250 | 3 X 18. | 1.77 | 1,366.44 |
|  |  | ITEM #600436 |  |  |  |  |  |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 5,035.65 | 0.00 | 0.00 | -142.25 | 0.00 | 0.00 | 4,893.40 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

## Thank You

# INVOICE



**MULTI•PLASTICS® INC.**

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

| BILL TO | SHIP TO |
|---------|---------|
| NATIONAL ENVELOPE - EXTON<br>303 EAGLEVIEW<br>EXTON PA 19341 | NE/EXT |

| Invoice Number | Invoice Date | Territory |
|---------------|--------------|-----------|
| 319138 | 05/14/10 | WEM |

| Order Date | PO Number | Terms |
|-----------|-----------|-------|
| 05/11/10 | 416527 | 1%10Net30 |

| Tracer Number |
|---------------|
| NA |

| Shipped Via |
|-------------|
| COLL/CPU 3:00 PM |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1609 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 2,847.93 |
| | | ITEM #600124 | | | | | |
| 2 SKIDS | 3098 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 5,483.46 |
| | | ITE M#600125 | | | | | |
| 2 SKIDS | 3166 LB | EWF 2009LDLJ | .00105 | 004.625 | 3 X 18. | 1.77 | 5,603.82 |
| | | ITEM #600191 | | | | | |
| 2,500 LBS | 2530 LB | EWF 2009LDLJ | .00125 | 004.250 | 3 X 18. | 1.77 | 4,478.10 |
| | | ITEM #600437 | | | | | |
| 1 SKID | 1673 LB | EWF 2009LDLJ | .00105 | 004.875 | 3 X 18. | 1.77 | 2,961.21 |
| | | ITEM #600193 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|-------------|---------|-----------|---------------------|----------------------------|---------|
| 21,374.52 | 0.00 | 0.00 | -603.80 | 0.00 | 0.00 |

| Invoice Total |
|---------------|
| 20,770.72 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319143 | 05/14/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416680 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU/ 3 PM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1630 LB | EWF 2009LDLJ .00105 004.750  3 X 18.<br>ITEM# 600124 | 1.77 | 2,885.10 |
| 2 SKIDS | 3159 LB | EWF 2009LDLJ .00105 005.125  3 X 18.<br>ITEM# 600125 | 1.77 | 5,591.43 |
| 1 SKID | 1631 LB | EWF 2009LDLJ .00105 004.625  3 X 18.<br>ITEM# 600191 | 1.77 | 2,886.87 |
| 1 SKID | 1723 LB | EWF 2009LDLJ .00105 005.000  3 X 18.<br>ITEM# 600194<br>PO# 416680 | 1.77 | 3,049.71 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 14,413.11 | 0.00 | 0.00 | -407.15 | 0.00 | 0.00 | 14,005.96 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY          # Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319172 | 05/17/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/13/10 | 416861 | 1%10Net30 |

| Tracer Number |
|---|
| 10047709 |

| Shipped Via |
|---|
| P&A/PITT-OHIO |

| Quantity Ordered | Quantity Shipped | Product Description (Thickness Width Core/OD) | Unit Price | Extension |
|---|---|---|---|---|
| 750 LBS | 791 LB | EWF 20DG .00115 004.875 3 X 18.0<br>ITEM #600427<br>ENVIROSAFE | 1.99 | 1,574.09 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,574.09 | 0.00 | 0.00 | 82.34 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,656.43 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319226 | 05/17/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/14/10 | 417050 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 10 AM |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1580 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 2,796.60 |
| | | ITEM #600123 | | | | | |
| 1 SKID | 1656 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 2,931.12 |
| | | ITEM #600124 | | | | | |
| 1 SKID | 1549 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 2,741.73 |
| | | ITEM #600125 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 8,469.45 | 0.00 | 0.00 | ~239.25 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 8,230.20 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319293 | 05/18/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/17/10 | 417244 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 10AM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 2 SKIDS | 3087 LB | EWF 2009LDLJ .00105 005.125   3 X 18.<br>ITEM #600125 | 1.77 | 5,463.99 |
| 500 LBS | 531 LB | EWF 2009LDLJ .00105 003.625   3 X 18.<br>ITEM #600189 | 1.77 | 939.87 |
| 1 SKID | 1615 LB | EWF 2009LDLJ .00105 004.625   3 X 18.<br>ITEM #600191 | 1.77 | 2,858.55 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 9,262.41 | 0.00 | 0.00 | -261.65 | 0.00 | 0.00 | 9,000.76 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319383 | 05/19/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/18/10 | 417426 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU  10 AM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS. | 1471 LB | EWF 2009LDLJ  .00105 004.250   3 X 18.  ITEM #600122 | 1.77 | 2,603.67 |
| 250 LBS. | 313 LB | EWF 2009LDLJ  .00105 004.125   3 X 18.  ITEM #600190 | 1.77 | 554.01 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 3,157.68 | 0.00 | 0.00 | -89.20 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,068.48 |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS; INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**S H I P T O**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319446 | 05/20/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417616 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 10 AM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 500 LBS. | 506 LB | EWF 2009LDLJ .00105 003.625 3 X 18. ITEM #600189 | 1.77 | 895.62 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 895.62 | 0.00 | 0.00 | -25.30 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 870.32 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



# MULTI•PLASTICS® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319536 | 05/21/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417780 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 8AM |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 1 SKID | 1350 LB | EWF 2009LDLJ | .00115 | 008.000 | 3 X 13. | 1.77 | 2,389.50 |
| | | ITEM# 600093 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,389.50 | 0.00 | 0.00 | -67.50 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,322.00 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319592 | 05/24/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 414979 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,750 LBS. | 1760 LB | EWF 2009LDLJ .002 004.750 3 X 18.0 | 1.77 | 3,115.20 |
| | | ITEM #600211 | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 3,115.20 | 0.00 | 0.00 | -88.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,027.20 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory | Tracer Number |
|---|---|---|---|
| 319596 | 05/24/10 | WEM | NA |

| Order Date | PO Number | Terms | Shipped Via |
|---|---|---|---|
| 05/20/10 | 417868 | 1%10Net30 | COLL/CPU  1 PM |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1,000 LBS. | 1057 LB | EWF 2009LDLJ .00115 008.000 | 3 X 13. | 1.77 | 1,870.89 |
| | | ITEM #600093 | | | |
| 1,500 LBS. | 1664 LB | EWF 2009LDLJ .00105 004.875 | 3 X 18. | 1.77 | 2,945.28 |
| | | ITEM #600193 | | | |
| 1,500 LBS. | 1573 LB | EWF 2009LDLJ .00105 005.125 | 3 X 18. | 1.77 | 2,784.21 |
| | | ITEM #600125 | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 7,600.38 | 0.00 | 0.00 | -214.70 | 0.00 | 0.00 | 7,385.68 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319877 | 05/28/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/25/10 | 418294 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU 1:30 PM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 0 LB | EWF 2009LDLJ .00105 004.500 3 X 18. | 1.77 | 0.00 |
| | | Backorder to Follow<br>ITEM #600123 | | |
| 1 SKID | 0 LB | EWF 2009LDLJ .00105 004.875 3 X 18. | 1.77 | 0.00 |
| | | Backorder to Follow<br>ITEM #600193 | | |
| 750 LBS | 891 LB | EWF 2009LDLJ .00125 009.250 3 X 13.<br>ITEM #600220 | 1.77 | 1,577.07 |
| 1 SKID | 1650 LB | EWF 2009LDLJ .00125 004.875 3 X 18.<br>ITEM #600554 | 1.77 | 2,920.50 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 4,497.57 | 0.00 | 0.00 | -127.05 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 4,370.52 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319885 | 05/28/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 418491 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS | 1732 LB | EWF 2009LDLJ .00105 005.000   3 X 18.  ITEM# 600194 | 1.77 | 3,065.64 |
| 1,500 LBS | 1661 LB | EWF 2009LDLJ .00125 004.875   3 X 18.  ITEM# 600554 | 1.77 | 2,939.97 |
| 3,000 LBS | 2999 LB | EWF 2009LDLJ .00115 008.375   3 X 13.  ITEM# 600094 | 1.77 | 5,308.23 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 11,313.84 | 0.00 | 0.00 | -319.60 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 10,994.24 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - EXTON
303 EAGLEVIEW
EXTON PA 19341

**SHIP TO**
NE/EXT

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319886 | 05/28/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 418491 | 1%10Net30 |

| Tracer Number |
|---|
| NA |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 3,000 LBS | 3273 LB | EWF 2009LDLJ .00105 004.750 3 X 18.  ITEM# 600124 | 1.77 | 5,793.21 |
| 1,500 LBS | 1536 LB | EWF 2009LDLJ .00105 005.125 3 X 18.  ITEM# 600125 | 1.77 | 2,718.72 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 8,511.93 | 0.00 | 0.00 | -240.45 | 0.00 | 0.00 | 8,271.48 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE





## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO:**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318338 | 04/30/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 415097 | 1%10Net30 |

| Tracer Number |
|---|
| 183616436 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 150 LBS. | 153 LB | EWF 2009LDLJ | .002 004.500 | | 3 X 18.0 | 1.77 | 270.81 |
| | | ITEM #600217 | | | | | |
| 650 LBS. | 677 LB | EWF 2009LDLJ | .002 003.500 | | 3 X 18.0 | 1.77 | 1,198.29 |
| | | ITEM #600473 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 1,469.10 | 0.00 | 0.00 | 93.08 | 0.00 | 0.00 | 1,562.18 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

| B I L L   T O | NATIONAL ENVELOPE - NASHVILLE<br>888 ELM HILL PIKE<br>NASHVILLE TN 37210 | S H I P   T O | NE/NAS |
|---|---|---|---|

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318414 | 05/03/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/29/10 | 415243 | 1%10Net30 |

| Tracer Number |
|---|
| 187-404501 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description<br>Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 900 LBS. | 998 LB | EWF 2009LDLJ .002 007.500   3 X 18.0<br>ITEM #600231 | 1.77 | 1,766.46 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,766.46 | 0.00 | 0.00 | 78.87 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,845.33 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318418 | 05/03/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/30/10 | 415356 | 1%10Net30 |

| Tracer Number |
|---|
| 187-404501 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 500 LBS. | 532 LB | EWF 2009LDLJ | .002 006.000 | | 3 X 18.0 | 1.77 | 941.64 |
| | | ITEM #600372 | | | | | |
| 350 LBS. | 363 LB | EWF 2009LDLJ | .002 004.500 | | 3 X 18.0 | 1.77 | 642.51 |
| | | ITEM #600217 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,584.15 | 0.00 | 0.00 | 76.09 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,660.24 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**

NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**S H I P T O**

NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318420 | 05/03/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/30/10 | 415380 | 1%10Net30 |

| Tracer Number |
|---|
| 187-404501 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 ROLL | 87 LB | EWF 2009LDLJ .002 009.500    3 X 18.0 | 1.77 | 153.99 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 153.99 | 0.00 | 0.00 | 11.30 | 0.00 | 0.00 | 165.29 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318804 | 05/10/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416179 | 1%10Net30 |

| Tracer Number |
|---|
| 187407172 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1512 LB | EWF 2009LDLJ .002 006.000  3 X 18.0 | 1.77 | 2,676.24 |
| | | ITEM #600372 | | |
| 600 LBS | 629 LB | EWF 2009LDLJ .002 003.500  3 X 18.0 | 1.77 | 1,113.33 |
| | | ITEM #600473 | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 3,789.57 | 0.00 | 0.00 | 170.79 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,960.36 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS®, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**

NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**S H I P T O**

NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319212 | 05/17/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/13/10 | 416880 | 1%10Net30 |

| Tracer Number |
|---|
| 187-417705 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 750 LBS. | 804 LB | EWF 2009LDLJ .002 005.250  3 X 18.0 ITEM #600470 | 1.77 | 1,423.08 |
| 500 LBS. | 536 LB | EWF 2009LDLJ .002 006.000  3 X 18.0 ITEM #600372 | 1.77 | 948.72 |
| 150 LBS. | 159 LB | EWF 2009LDLJ .002 003.500  3 X 18.0 ITEM #600473 | 1.77 | 281.43 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 2,653.23 | 0.00 | 0.00 | 150.67 | 0.00 | 0.00 | 2,803.90 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO:**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319359 | 05/19/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/17/10 | 417384 | 1%10Net30 |

| Tracer Number |
|---|
| 187-417823 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description | | | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | Product | Thickness Width | Core/OD | | |
| 200 LBS. | 197 LB | EWF 2009LDLJ .002 007.500 | | 3 X 18.0 | 1.77 | 348.69 |
| | | ITEM #600231 | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 348.69 | 0.00 | 0.00 | 65.70 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 414.39 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319525 | 05/21/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417917 | 1%10Net30 |

| Tracer Number |
|---|
| 187440061 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 650 LBS. | 650 LB | EWF 2009LDLJ .002 005.250 3 X 18.0<br>ITEM #600470 | 1.77 | 1,150.50 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,150.50 | 0.00 | 0.00 | 88.18 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,238.68 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319798 | 05/27/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/21/10 | 418067 | 1%10Net30 |

| Tracer Number |
|---|
| 480605580 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 1,900 LBS. | 1873 LB | EWF 2009LDLJ | .002 | 007.500 | 3 X 18.0 | 1.77 | 3,315.21 |
| | | ITEM #600231 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 3,315.21 | 0.00 | 0.00 | 149.98 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,465.19 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - NASHVILLE
888 ELM HILL PIKE
NASHVILLE TN 37210

**SHIP TO**
NE/NAS

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319950 | 06/01/10 | BJI |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417813 | 1%10Net30 |

| Tracer Number |
|---|
| 480-603583 |

| Shipped Via |
|---|
| P&A/CONWAY |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,250 LBS. | 1186 LB | EWF 2009LDLJ .002 008.000 3 X 18.0 ITEM #600037 | 1.77 | 2,099.22 |
| 650 LBS. | 574 LB | EWF 2009LDLJ .002 009.000 3 X 18.0 ITEM #600360 | 1.77 | 1,015.98 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 3,115.20 | 0.00 | 0.00 | 149.98 | 0.00 | 0.00 | 3,265.18 |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462