# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - SCOTTDALE
ONE WEDDING LANE
SCOTTDALE PA 15683

**SHIP TO**
NE/SCO

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318623 | 05/06/10 | WEM |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/05/10 | 482526 | 1%10Net30 |

| Tracer Number |
|---|
| 40021318 |

| Shipped Via |
|---|
| PPD/PITT-OHIO |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS | 1711 LB | EWF 2009LDLJ .00105 005.500  3 X 18.<br>SKU# 531615<br>JDE# 600294 | 1.77 | 3,028.47 |
| 500 LBS | 511 LB | EWF 1000 .002 008.000  3 X 18.0<br>SKU# 552852<br>NO JDE# GIVEN | 2.64 | 1,349.04 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 4,377.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,377.51 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

| B I L L T O | NATIONAL ENVELOPE - SCOTTDALE<br>ONE WEDDING LANE<br>SCOTTDALE PA 15683 | S H I P T O | NE/SCO |

| Invoice Number | Invoice Date | Territory | Tracer Number |
|---|---|---|---|
| 318666 | 05/06/10 | WEM | 16230150 |

| Order Date | PO Number | Terms | Shipped Via |
|---|---|---|---|
| 05/05/10 | 482533 | 1%10Net30 | PPD/PITT OHIO |

| Quantity Ordered | Quantity Shipped | Description<br>Product    Thickness    Width    Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 300 LBS | 341 LB | EWF 2009LDLJ .002 007.750    3 X 18.0<br>SKU# 458431<br>NO JDE # GIVEN | 1.77 | 603.57 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 603.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **603.57** |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - SMYRNA
1325 HIGHLANDS RIDGE RD SE
SMYRNA GA 30082-4858

**SHIP TO**
NE/SMY

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318101 | 04/27/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/23/10 | 414479 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| P&A/ASAP |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 ROLLS | 95 LB | EWF 2500 22# | 004.375 | 3 X 18.0 | | 1.82 | 172.90 |
| 1 SKID | 1639 LB | EWF 2009LDLJ | .00105 004.750 | 3 X 18. | | 1.77 | 2,901.03 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 3,073.93 | 0.00 | 0.00 | 66.00 | 0.00 | 0.00 | 3,139.93 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - SMYRNA
1325 HIGHLANDS RIDGE RD SE
SMYRNA GA 30082-4858

**SHIP TO**
NE/SMY

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318808 | 05/10/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/06/10 | 415973 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| P&A/ASAP |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 1 SKID | 1492 LB | EWF 2009LDLJ .00105 004.375  3 X 18. | | 1.77 | 2,640.84 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 2,640.84 | 0.00 | 0.00 | 75.11 | 0.00 | 0.00 | | 2,715.95 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - SMYRNA
1325 HIGHLANDS RIDGE RD SE
SMYRNA GA 30082-4858

**SHIP TO**
NE/SMY

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319623 | 05/25/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417681 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| PPD/ASAP |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1 SKID | 1539 LB | EWF 2009LDLJ | .00105 004.375 | 3 X 18. | 1.77 | 2,724.03 |
| 2 SKIDS | 3304 LB | EWF 2009LDLJ | .00105 004.750 | 3 X 18. | 1.77 | 5,848.08 |
| 2 ROLLS | 91 LB | EWF 2500 22# | 004.375    3 X 18.0 | | 1.82 | 165.62 |
| 620 LBS | 674 LB | EWF 2009LDLJ | .00150 008.000 | 3 X 13. | 1.77 | 1,192.98 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 9,930.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,930.71 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - SMYRNA
1325 HIGHLANDS RIDGE RD SE
SMYRNA GA 30082-4858

**SHIP TO**
NE/SMY

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319856 | 05/28/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 418634 | 1%10Net30 |

| Tracer Number |
|---|
| 598028 |

| Shipped Via |
|---|
| P&A/ASAP |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 1 SKID | 1607 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,844.39 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,844.39 | 0.00 | 0.00 | 81.11 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,925.50 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318267 | 04/29/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414799 | 1%10Net30 |

| Tracer Number |
|---|
| 63072250 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product | Thickness | Width | Corc/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 600 LBS | 639 LB | EWF 2009LDLJ ITEM #600005 | .00115 | 004.750 | 3 X 18. | 1.77 | 1,131.03 |
| 500 LBS | 509 LB | EWF 2009LDLJ ITEM #600028 | .00115 | 004.500 | 3 X 18. | 1.77 | 900.93 |
| 400 LBS | 412 LB | EWF 2009LDLJ ITEM #600065 | .00115 | 004.000 | 3 X 18. | 1.77 | 729.24 |
| 200 LBS | 211 LB | EWF 2009LDLJ ITEM #600126 | .00105 | 005.500 | 3 X 18. | 1.77 | 373.47 |
| 3,312 LBS | 3503 LB | EWF 2009LDLJ ITEM #600194 | .00105 | 005.000 | 3 X 18. | 1.77 | 6,200.31 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 9,334.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,334.98 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318274 | 04/29/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 414960 | 1%10Net30 |

| Tracer Number |
|---|
| 63072250 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 60 LBS | 79 LB | EWF 2009LDLJ | .00105 | 004.125 | 3 X 18. | 1.77 | 139.83 |
| | | ITEM #600190 | | | | | |
| 45 LBS | 59 LB | EWF 2009LDLJ | .00105 | 003.125 | 3 X 18. | 1.77 | 104.43 |
| | | ITEM #600219 | | | | | |
| 100 LBS | 141 LB | EWF 2009LDLJ | .00125 | 005.000 | 3 X 18. | 1.77 | 249.57 |
| | | ITEM #600542 | | | | | |
| | | SHIP W/ITEM #200342 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 493.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 493.83 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318279 | 04/29/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 415086 | 1%10Net30 |

| Tracer Number |
|---|
| 65423470 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 5,000 LBS | 5174 LB | EWF 2009LDLJ .00105 005.000    3 X 18.<br>ITEM #600194 | 1.77 | 9,157.98 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 9,157.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,157.98 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318281 | 04/29/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/29/10 | 415123 | 1%10Net30 |

| Tracer Number |
|---|
| 65423470 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 100 LBS | 139 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 246.03 |
| | | ITEM #600124 | | | | | |
| 300 LBS | 339 LB | EWF 2009LDLJ | .00105 | 004.375 | 3 X 18. | 1.77 | 600.03 |
| | | ITEM #600328 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 846.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 846.06 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318572 | 05/05/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/05/10 | 415832 | 1%10Net30 |

| Tracer Number |
|---|
| 983695241 |

| Shipped Via |
|---|
| PPD/CONWAY |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 3 SKIDS | 4682 LB | EWF 2009LDLJ | .00115 | 005.250 | 3 X 18. | 1.77 | 8,287.14 |
| | | ITEM #600007 | | | | | |
| 1 SKID | 1639 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,901.03 |
| | | ITEM #600294 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 11,188.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 11,188.17 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318661 | 05/06/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/04/10 | 415499 | 1%10Net30 |

| Tracer Number |
|---|
| 67189689 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 500 LBS | 508 LB | EWF 2009LDLJ .00115 004.750 3 X 18. ITEM #600005 | 1.77 | 899.16 |
| 1,500 LBS | 1577 LB | EWF 2009LDLJ .00115 005.250 3 X 18. ITEM #600007 | 1.77 | 2,791.29 |
| 500 LBS | 493 LB | EWF 2009LDLJ .00115 004.500 3 X 18. ITEM #600028 | 1.77 | 872.61 |
| 300 LBS | 322 LB | EWF 2009LDLJ .00105 004.250 3 X 18. ITEM #600122 | 1.77 | 569.94 |
| 400 LBS | 465 LB | EWF 2009LDLJ .00105 004.750 3 X 18. ITEM #600124 | 1.77 | 823.05 |
| 1,200 LBS | 1256 LB | EWF 2009LDLJ .00105 005.500 3 X 18. ITEM #600126 | 1.77 | 2,223.12 |
| 5,000 LBS | 5223 LB | EWF 2009LDLJ .00105 005.000 3 X 18. | 1.77 | 9,244.71 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**MULTI•PLASTICS, INC.**

7770 North Central Drive • Lewis Center, Ohio 43035

**B I L L  T O**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**S H I P  T O**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318661 | 05/06/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/04/10 | 415499 | 1%10Net30 |

| Tracer Number |
|---|
| 67189689 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 7,600 LBS | 7991 LB | ITEM #600194 EWF 2009LDLJ ITEM #600209 | .00125 | 006.125 | 3 X 18. | 1.77 | 14,144.07 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 31,567.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,567.95 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318735 | 05/07/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/05/10 | 415832 | 1%10Net30 |

| Tracer Number |
|---|
| 63072264 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 50 LBS | 69 LB | EWF 2009LDLJ .00125 002.500  3 X 18.  ITEM #600561 | | 1.77 | 122.13 |
| 100 LBS | 120 LB | EWF 4000 .00142 005.000   3 X 18.0  ITEM #600678 | | 2.29 | 274.80 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 396.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 396.93 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L  T O**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**S H I P  T O**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318738 | 05/07/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/06/10 | 415968 | 1%10Net30 |

| Tracer Number |
|---|
| 63072264 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,000 LBS | 1014 LB | EWF 2009LDLJ .00115 005.000  3 X 18. | 1.77 | 1,794.78 |
| | | ITEM #600059 | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,794.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,794.78 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318978 | 05/12/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416232 | 1%10Net30 |

| Tracer Number |
|---|
| 63072266 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 500 LBS | 538 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 952.26 |
| | | ITEM #600005 | | | | | |
| 5,000 LBS | 5149 LB | EWF 2009LDLJ | .00115 | 005.250 | 3 X 18. | 1.77 | 9,113.73 |
| | | ITE M#600007 | | | | | |
| 300 LBS | 321 LB | EWF 2009LDLJ | .00115 | 005.750 | 3 X 18. | 1.77 | 568.17 |
| | | ITE M#600026 | | | | | |
| 500 LBS | 542 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 959.34 |
| | | ITEM #600124 | | | | | |
| 1,500 LBS | 1707 LB | EWF 2009LDLJ | .00105 | 005.500 | 3 X 18. | 1.77 | 3,021.39 |
| | | ITE M#600126 | | | | | |
| 5,000 LBS | 5208 LB | EWF 2009LDLJ | .00105 | 005.000 | 3 X 18. | 1.77 | 9,218.16 |
| | | ITE M#600194 | | | | | |
| 1,500 LBS | 1593 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 2,819.61 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318978 | 05/12/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416232 | 1%10Net30 |

| Tracer Number |
|---|
| 63072266 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description | | | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| | | ITE M#600294 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 26,652.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,652.66 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



# MULTI•PLASTICS® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318990 | 05/12/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 416449 | 1%10Net30 |

| Tracer Number |
|---|
| 63072266 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 125 LBS | 137 LB | EWF 2009LDLJ .00115 007.375  3 X 13. ITEM #600083 | | 1.77 | 242.49 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 242.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 242.49 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



**MULTI•PLASTICS, INC.**

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319059 | 05/13/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416643 | 1%10Net30 |

| Tracer Number |
|---|
| 63072270 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 500 LBS | 530 LB | EWF 2009LDLJ .00115 004.750   3 X 18. <br> ITEM #600005 | 1.77 | 938.10 |
| 1,500 LBS | 1604 LB | EWF 2009LDLJ .00115 005.250   3 X 18. <br> ITEM #600007 | 1.77 | 2,839.08 |
| 500 LBS | 525 LB | EWF 2009LDLJ .00105 004.250   3 X 18. <br> ITEM #600122 | 1.77 | 929.25 |
| 5,000 LBS | 5168 LB | EWF 2009LDLJ .00105 005.000   3 X 18. <br> ITEM #600194 | 1.77 | 9,147.36 |
| 300 LBS | 302 LB | EWF 4000 .00142 005.000    3 X 18.0 <br> ITEM #600678 | 2.29 | 691.58 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 14,545.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 14,545.37 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY                    # Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319451 | 05/20/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417677 | 1%10Net30 |

| Tracer Number |
|---|
| 63072272 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1,500 LBS | 1683 LB | EWF 2009LDLJ | .00105 | 005.500 | 3 X 18. | 1.77 | 2,978.91 |
| | | ITEM #600126 | | | | | |
| 500 LBS | 507 LB | EWF 2009LDLJ | .00115 | 006.500 | 3 X 13. | 1.77 | 897.39 |
| | | ITEM #600030 | | | | | |
| 700 LBS | 739 LB | EWF 2009LDLJ | .00115 | 002.750 | 3 X 18. | 1.77 | 1,308.03 |
| | | ITEM #600001 | | | | | |
| 100 LBS | 142 LB | EWF 2009LDLJ | .00115 | 005.000 | 3 X 18. | 1.77 | 251.34 |
| | | ITEM #600059 | | | | | |
| 500 LBS | 504 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 892.08 |
| | | ITEM #600123 | | | | | |
| 1,000 LBS | 1090 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 1,929.30 |
| | | ITEM #600124 | | | | | |
| 550 LBS | 563 LB | EWF 2009LDLJ | .00125 | 006.250 | 3 X 18. | 1.77 | 996.51 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

BILL TO:
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

SHIP TO:
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319451 | 05/20/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417677 | 1%10Net30 |

| Tracer Number |
|---|
| 63072272 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | ITEM #600555 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 9,253.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 9,253.56 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY          # Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319785 | 05/27/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/25/10 | 418316 | 1%10Net30 |

| Tracer Number |
|---|
| 61661677 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1000 LBS | 484 LB | EWF 2009LDLJ | .00105 | 004.250 | 3 X 18. | 1.77 | 856.68 |
| | | Backorder to Follow | | | | | |
| | | ITEM# 600122 | | | | | |
| 1000 LBS | 482 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 853.14 |
| | | Backorder to Follow | | | | | |
| | | ITEM# 600005 | | | | | |
| 1000 LBS | 526 LB | EWF 2009LDLJ | .00105 | 005.500 | 3 X 18. | 1.77 | 931.02 |
| | | Backorder to Follow | | | | | |
| | | ITEM# 600126 | | | | | |
| 5000 LBS | 3409 LB | EWF 2009LDLJ | .00105 | 005.000 | 3 X 18. | 1.77 | 6,033.93 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319785 | 05/27/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/25/10 | 418316 | 1%10Net30 |

| Tracer Number |
|---|
| 61661677 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 4500 LBS | 4501 LB | Backorder to Follow<br>ITEM# 600194<br>EWF 2009LDLJ .00115 005.250    3 X 18.<br>ITEM# 600007 | | | | 1.77 | 7,966.77 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 16,641.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,641.54 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO:** NE/WES

| Invoice Number | Invoice Date | Territory | | Tracer Number |
|---|---|---|---|---|
| 319974 | 06/01/10 | RRK | | 62975756 |

| Order Date | PO Number | Terms | | Shipped Via |
|---|---|---|---|---|
| 05/25/10 | 418374 | 1%10Net30 | | PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 1,000 LBS | 959 LB | EWF 2009LDLJ | .00115 | 004.250 | 3 X 18. | 1.77 | 1,697.43 |
| | | ITEM# 600004 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 1,697.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1,697.43 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WESTFIELD
70 TURNPIKE INDUSTRIAL PARK
WESTFIELD MA 01085

**SHIP TO**
NE/WES

| Invoice Number | Invoice Date | Territory | Tracer Number |
|---|---|---|---|
| 319979 | 06/01/10 | RRK | 62975756 |

| Order Date | PO Number | Terms | Shipped Via |
|---|---|---|---|
| 05/25/10 | 418316 | 1%10Net30 | PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 516 LBS. | 519 LB | EWF 2009LDLJ .00105 004.250   3 X 18. ITEM# 600122 | | 1.77 | 918.63 |
| 518 LBS. | 475 LB | EWF 2009LDLJ .00115 004.750   3 X 18. ITEM# 600005 | | 1.77 | 840.75 |
| 474 LBS. | 520 LB | EWF 2009LDLJ .00105 005.500   3 X 18. ITEM# 600126 | | 1.77 | 920.40 |
| 1,591 LBS. | 1695 LB | EWF 2009LDLJ .00105 005.000   3 X 18. ITEM# 600194 | | 1.77 | 3,000.15 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 5,679.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,679.93 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY        # Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD    (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318105 | 04/27/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/26/10 | 414666 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 600 LBS | 621 LB | EWF 2009LDLJ | .00105 | 002.750 | 3 X 18. | 1.77 | 1,099.17 |
| | | ITEM #600117 | | | | | |
| 700 LBS | 800 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 1,416.00 |
| | | ITE M#600123 | | | | | |
| 1,500 LBS | 1627 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 2,879.79 |
| | | ITEM #600124 | | | | | |
| 300 LBS | 317 LB | EWF 2009LDLJ | .00105 | 005.500 | 3 X 18. | 1.77 | 561.09 |
| | | ITEM #600126 | | | | | |
| 6,000 LBS | 9494 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 16,804.38 |
| | | ITE M#600125 | | | | | |
| 300 LBS | 343 LB | EWF 2009LDLJ | .00105 | 005.750 | 3 X 18. | 1.77 | 607.11 |
| | | ITEM #600127 | | | | | |
| 1,600 LBS | 1815 LB | EWF 2009LDLJ | .00115 | 006.000 | 3 X 18. | 1.77 | 3,212.55 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD     (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318105 | 04/27/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/26/10 | 414666 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 200 LBS | 250 LB | ITEM #600029 | | |
| | | EWF 2009LDLJ .00150 008.750  3 X 18. | 1.77 | 442.50 |
| | | ITEM #600180 | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 27,022.59 | 0.00 | 0.00 | -763.35 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 26,259.24 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE




**MULTI•PLASTICS® INC.**

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD      (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO:**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318349 | 04/30/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/29/10 | 415217 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 300 LBS | 332 LB | EWF 2009LDLJ | .00115 006.000 | | 3 X 18. | 1.77 | 587.64 |
| | | ITEM #600029 | | | | | |
| 3,600 LBS | 3648 LB | EWF 2009LDLJ | .00125 009.000 | | 3 X 18. | 1.77 | 6,456.96 |
| | | ITE M#600183 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 7,044.60 | 0.00 | 0.00 | -199.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 6,845.60 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L   T O**

NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD      (30106)
P O BOX 725
AUSTELL GA 30168-0725

**S H I P   T O**

NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318496 | 05/04/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/03/10 | 415585 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 400 LBS. | 439 LB | EWF 2009LDLJ ITEM #600120 | .00105 | 003.750 | 3 X 18. | 1.77 | 777.03 |
| 1,000 LBS. | 1011 LB | EWF 2009LDLJ ITEM #600122 | .00105 | 004.250 | 3 X 18. | 1.77 | 1,789.47 |
| 3,000 LBS. | 3324 LB | EWF 2009LDLJ ITEM #600124 | .00105 | 004.750 | 3 X 18. | 1.77 | 5,883.48 |
| 200 LBS. | 218 LB | EWF 2009LDLJ ITEM #600126 | .00105 | 005.500 | 3 X 18. | 1.77 | 385.86 |
| 3,000 LBS. | 3050 LB | EWF 2009LDLJ ITEM #600194 | .00105 | 005.000 | 3 X 18. | 1.77 | 5,398.50 |
| 350 LBS. | 416 LB | EWF 2009LDLJ ITEM #600136 | .00125 | 008.750 | 3 X 18. | 1.77 | 736.32 |
| 1,200 LBS. | 1249 LB | EWF 2009LDLJ | .00150 | 007.750 | 3 X 18. | 1.77 | 2,210.73 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD    (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318496 | 05/04/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/03/10 | 415585 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | ITEM #600440 | | | | | |
| 900 LBS. | 951 LB | EWF 2009LDLJ | .00150 | 008.500 | 3 X 18. | 1.77 | 1,683.27 |
| | | ITEM #600181 | | | | | |
| 900 LBS. | 992 LB | EWF 2009LDLJ | .00150 | 008.750 | 3 X 18. | 1.77 | 1,755.84 |
| | | ITEM #600180 | | | | | |
| 150 LBS. | 230 LB | EWF 2009LDLJ | .00150 | 008.000 | 3 X 18. | 1.77 | 407.10 |
| | | ITEM #600177 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 21,027.60 | 0.00 | 0.00 | ~594.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 20,433.60 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD     (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318571 | 05/05/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/05/10 | 415783 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 600 LBS | 623 LB | EWF 2009LDLJ .00105 004.000   3 X 18.<br>ITEM #600121 | 1.77 | 1,102.71 |
| 400 LBS | 427 LB | EWF 2009LDLJ .00105 005.500   3 X 18.<br>ITEM #600126 | 1.77 | 755.79 |
| 150 LBS | 175 LB | EWF 2009LDLJ .00115 006.250   3 X 18.<br>ITEM #600128 | 1.77 | 309.75 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 2,168.25 | 0.00 | 0.00 | -61.25 | 0.00 | 0.00 | 2,107.00 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD      (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318811 | 05/10/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/06/10 | 416106 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1,100 LBS | 1137 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 18. | 1.77 | 2,012.49 |
| | | ITEM# 600123 | | | | | |
| 1,500 LBS | 1659 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 18. | 1.77 | 2,936.43 |
| | | ITEM# 600124 | | | | | |
| 300 LBS | 305 LB | EWF 2009LDLJ | .00105 | 004.000 | 3 X 18. | 1.77 | 539.85 |
| | | ITEM# 600121 | | | | | |
| 9,000 LBS | 9575 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 16,947.75 |
| | | ITEM# 600125 | | | | | |
| 1,500 LBS | 1525 LB | EWF 2009LDLJ | .00105 | 005.000 | 3 X 18. | 1.77 | 2,699.25 |
| | | ITEM# 600194 | | | | | |
| 300 LBS | 362 LB | EWF 2009LDLJ | .00115 | 006.250 | 3 X 18. | 1.77 | 640.74 |
| | | ITEM# 600128 | | | | | |
| 666 LBS | 666 LB | EWF 2009LDLJ | .00150 | 008.750 | 3 X 18. | 1.77 | 1,178.82 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**OFFICE COPY**

## Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD      (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318811 | 05/10/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/06/10 | 416106 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| | | ITEM# 600180 | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 26,955.33 | 0.00 | 0.00 | -761.45 | 0.00 | 0.00 | | 26,193.88 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD     (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319035 | 05/13/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416641 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 300 LBS | 317 LB | EWF 2009LDLJ | .00105 | 003.250 | 3 X 18. | 1.77 | 561.09 |
| | | ITEM# 600118 | | | | | |
| 600 LBS | 653 LB | EWF 2009LDLJ | .00105 | 003.750 | 3 X 18. | 1.77 | 1,155.81 |
| | | ITEM# 600120 | | | | | |
| 400 LBS | 405 LB | EWF 2009LDLJ | .00105 | 004.250 | 3 X 18. | 1.77 | 716.85 |
| | | ITEM# 600122 | | | | | |
| 600 LBS | 609 LB | EWF 2009LDLJ | .00105 | 005.500 | 3 X 18. | 1.77 | 1,077.93 |
| | | ITEM# 600126 | | | | | |
| 3,000 LBS | 3111 LB | EWF 2009LDLJ | .00105 | 005.000 | 3 X 18. | 1.77 | 5,506.47 |
| | | ITEM# 600194 | | | | | |
| 3,000 LBS | 3220 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 5,699.40 |
| | | ITEM# 600125 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 14,717.55 | 0.00 | 0.00 | -415.75 | 0.00 | 0.00 | | 14,301.80 |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD      (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319280 | 05/18/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/17/10 | 417237 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 200 LBS | 210 LB | EWF 2009LDLJ ITEM #600117 | .00105 | 002.750 | 3 X 18. | 1.77 | 371.70 |
| 1,000 LBS | 1028 LB | EWF 2009LDLJ ITEM #600122 | .00105 | 004.250 | 3 X 18. | 1.77 | 1,819.56 |
| 1,500 LBS | 1673 LB | EWF 2009LDLJ ITEM #600124 | .00105 | 004.750 | 3 X 18. | 1.77 | 2,961.21 |
| 1,000 LBS | 1122 LB | EWF 2009LDLJ ITEM #600123 | .00105 | 004.500 | 3 X 18. | 1.77 | 1,985.94 |
| 4,500 LBS | 4855 LB | EWF 2009LDLJ ITEM #600125 | .00105 | 005.125 | 3 X 18. | 1.77 | 8,593.35 |
| 3,000 LBS | 3139 LB | EWF 2009LDLJ ITEM #600194 | .00105 | 005.000 | 3 X 18. | 1.77 | 5,556.03 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 21,287.79 | 0.00 | 0.00 | -601.35 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 20,686.44 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD    (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319578 | 05/24/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417866 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 750 LBS | 786 LB | EWF 2009LDLJ .00105 004.500 | | 3 X 18. | 1.77 | 1,391.22 |
| | | ITEM #600123 | | | | |
| 2 SKIDS | 3345 LB | EWF 2009LDLJ .00105 004.750 | | 3 X 18. | 1.77 | 5,920.65 |
| | | ITEM #600124 | | | | |
| 1,000 LBS | 1013 LB | EWF 2009LDLJ .00105 004.000 | | 3 X 18. | 1.77 | 1,793.01 |
| | | ITEM #600121 | | | | |
| 6 SKIDS | 9366 LB | EWF 2009LDLJ .00105 005.125 | | 3 X 18. | 1.77 | 16,577.82 |
| | | ITEM #600125 | | | | |
| 800 LBS | 845 LB | EWF 2009LDLJ .00105 005.750 | | 3 X 18. | 1.77 | 1,495.65 |
| | | ITEM #600127 | | | | |
| 2 SKIDS | 3005 LB | EWF 2009LDLJ .00105 005.000 | | 3 X 18. | 1.77 | 5,318.85 |
| | | ITEM #600194 | | | | |
| 700 LBS | 712 LB | EWF 2009LDLJ .00115 006.000 | | 3 X 18. | 1.77 | 1,260.24 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY          # Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD      (30106)
P O BOX 725
AUSTELL GA 30168-0725

**S H I P T O**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319578 | 05/24/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417866 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description | | Unit Price | Extension |
|---|---|---|---|---|---|
| | | Product   Thickness   Width   Core/OD | | | |
| | | ITEM #600029 | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 33,757.44 | 0.00 | 0.00 | -953.60 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 32,803.84 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**MULTI•PLASTICS, INC.**

7770 North Central Drive · Lewis Center, Ohio 43035

**BILL TO**
NATIONAL ENVELOPE - AUSTELL
2989 HUMPHRIES HILL RD     (30106)
P O BOX 725
AUSTELL GA 30168-0725

**SHIP TO**
NEC/GA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319625 | 05/25/10 | MFP |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/24/10 | 418243 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1500 LBS | 1668 LB | EWF 2009LDLJ .00105 004.750    3 X 18. <br> ITEM# 600124 | 1.77 | 2,952.36 |
| 1000 LBS | 1071 LB | EWF 2009LDLJ .00105 005.500    3 X 18. <br> ITEM# 600126 | 1.77 | 1,895.67 |
| 120 LBS | 159 LB | EWF 2009LDLJ .00125 008.500    3 X 18. <br> ITEM# 600135 | 1.77 | 281.43 |
| 300 LBS | 319 LB | EWF 2009LDLJ .00150 008.500    3 X 18. <br> ITEM# 600181 | 1.77 | 564.63 |
| 300 LBS | 308 LB | EWF 4000 .00142 005.125    3 X 18.0 <br> ITEM# 600671 <br> PO# 418243 | 2.29 | 705.32 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 6,399.41 | 0.00 | 0.00 | -176.25 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 6,223.16 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY                **Thank You**

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318045 | 04/26/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/23/10 | 414581 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,500 LBS | 1579 LB | EWF 2009LDLJ .00105 004.500    3 X 18.  ITEM# 600123 | 1.77 | 2,794.83 |
| 3,000 LBS | 3382 LB | EWF 2009LDLJ .00105 004.750    3 X 18.  ITEM# 600124 | 1.77 | 5,986.14 |
| 4,500 LBS | 4755 LB | EWF 2009LDLJ .00105 005.125    3 X 18.  ITEM# 600125 | 1.77 | 8,416.35 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 17,197.32 | 0.00 | 0.00 | -485.80 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 16,711.52 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318249 | 04/29/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 415002 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU 11-AM |

| Quantity Ordered | Quantity Shipped | Description Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1666 LB | EWF 2009LDLJ ITEM #600124 | .00105 | 004.750 | 3 X 18. | 1.77 | 2,948.82 |
| 1 SKID | 1623 LB | EWF 2009LDLJ ITEM #600125 | .00105 | 005.125 | 3 X 18. | 1.77 | 2,872.71 |
| 250 LBS | 279 LB | EWF 2009LDLJ ITEM #600131 | .00115 | 007.750 | 3 X 18. | 1.77 | 493.83 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 6,315.36 | 0.00 | 0.00 | -178.40 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 6,136.96 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318422 | 05/03/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/30/10 | 415425 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU NOON |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 3,000 LBS. | 3245 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 5,743.65 |
|  |  | ITEM #600125 |  |  |  |  |  |
| 1,300 LBS. | 1301 LB | EWF 2009LDLJ | .002 | 009.000 | 3 X 13.0 | 1.77 | 2,302.77 |
|  |  | ITEM #600079 |  |  |  |  |  |
| 600 LBS. | 603 LB | EWF 2009LDLJ | .002 | 004.500 | 3 X 18.0 | 1.77 | 1,067.31 |
|  |  | ITEM #600217 |  |  |  |  |  |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 9,113.73 | 0.00 | 0.00 | -257.45 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 8,856.28 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318489 | 05/04/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/04/10 | 415667 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1544 LB | EWF 2009LDLJ .00105 004.500  3 X 18.<br>ITEM# 600123 | 1.77 | 2,732.88 |
| 1 SKID | 1570 LB | EWF 2009LDLJ .00105 004.750  3 X 18.<br>ITEM# 600124 | 1.77 | 2,778.90 |
| 1 SKID | 1583 LB | EWF 2009LDLJ .00105 005.125  3 X 18.<br>ITEM# 600125 | 1.77 | 2,801.91 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 8,313.69 | 0.00 | 0.00 | -234.85 | 0.00 | 0.00 | 8,078.84 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318654 | 05/06/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/06/10 | 416016 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 2 SKIDS | 3082 LB | EWF 2009LDLJ .00105 004.500  3 X 18. | 1.77 | 5,455.14 |
| | | ITEM #600123 | | |
| 1 SKID | 1674 LB | EWF 2009LDLJ .00105 004.750  3 X 18. | 1.77 | 2,962.98 |
| | | ITEM #600124 | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 8,418.12 | 0.00 | 0.00 | -237.80 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 8,180.32 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318875 | 05/11/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/10/10 | 416368 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1641 LB | EWF 2009LDLJ .00105 004.750  3 X 18.<br>ITEM #600124 | 1.77 | 2,904.57 |
| 3 SKIDS | 4666 LB | EWF 2009LDLJ .00105 005.125  3 X 18.<br>ITEM #600125 | 1.77 | 8,258.82 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 11,163.39 | 0.00 | 0.00 | -315.35 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 10,848.04 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO:**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319049 | 05/13/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416723 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 2 SKIDS | 3338 LB | EWF 2009LDLJ | .00105 004.750   3 X 18. | 1.77 | 5,908.26 |
| | | ITEM #600124 | | | |
| 1 SKID | 1600 LB | EWF 2009LDLJ | .00105 005.125   3 X 18. | 1.77 | 2,832.00 |
| | | ITEM #600125 | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 8,740.26 | 0.00 | 0.00 | -246.90 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 8,493.36 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

**PLEASE REMIT TO:**
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319364 | 05/19/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/18/10 | 417542 | 1%10Net30 |

| Tracer Number |
|---|
| N/A (TWO PICK-UPS) |

| Shipped Via |
|---|
| COLL/CPU/3 PM |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1524 LB | EWF 2009LDLJ .00105 004.500 3 X 18.  ITEM# 600123 | 1.77 | 2,697.48 |
| 1 SKID | 1693 LB | EWF 2009LDLJ .00105 004.750 3 X 18.  ITEM# 600124 | 1.77 | 2,996.61 |
| 1 SKID | 1559 LB | EWF 2009LDLJ .00105 005.125 3 X 18.  ITEM# 600125 | 1.77 | 2,759.43 |
| 1 SKID | 1701 LB | EWF 2009LDLJ .00105 005.500 3 X 18.  ITEM# 600126 | 1.77 | 3,010.77 |
| 1,000 LBS | 1040 LB | EWF 2009LDLJ .00115 006.000 3 X 18.  ITEM# 600029 | 1.77 | 1,840.80 |
| 448 LBS | 442 LB | EWF 2009LDLJ .00115 007.000 3 X 18.  ITEM# 600031 | 1.77 | 782.34 |
| 385 LBS | 385 LB | EWF 2009LDLJ .00125 007.000 3 X 18. | 1.77 | 681.45 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Invoice Total |
|---|
|  |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS®, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319364 | 05/19/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/18/10 | 417542 | 1%10Net30 |

| Tracer Number |
|---|
| N/A (TWO PICK-UPS) |

| Shipped Via |
|---|
| COLL/CPU/3 PM |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| | | ITEM# 600031 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 14,768.88 | 0.00 | 0.00 | -417.20 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 14,351.68 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319524 | 05/21/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417907 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3227 LB | EWF 2009LDLJ | .00105 004.750 | | 3 X 18. | 1.77 | 5,711.79 |
| | | ITEM #600124 | | | | | |
| 1 SKID | 1555 LB | EWF 2009LDLJ | .00105 005.125 | | 3 X 18. | 1.77 | 2,752.35 |
| | | ITEM #600125 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 8,464.14 | 0.00 | 0.00 | -239.10 | 0.00 | 0.00 | 8,225.04 |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319663 | 05/25/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/25/10 | 418292 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1569 LB | EWF 2009LDLJ .00105 004.500  3 X 18. ITEM #600123 | 1.77 | 2,777.13 |
| 1 SKID | 1630 LB | EWF 2009LDLJ .00105 004.750  3 X 18. ITEM #600124 | 1.77 | 2,885.10 |
| 3 SKIDS | 4699 LB | EWF 2009LDLJ .00105 005.125  3 X 18. ITEM #600125 | 1.77 | 8,317.23 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 13,979.46 | 0.00 | 0.00 | -394.90 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 13,584.56 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - ELK GROVE VILLAGE
2001 W ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

**SHIP TO**
NEC/IL

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319870 | 05/28/10 | TWK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 418602 | 1%10Net30 |

| Tracer Number |
|---|
| N/A |

| Shipped Via |
|---|
| COLL/CPU |

| Quantity Ordered | Quantity Shipped | Description Product Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 3 SKIDS | 4473 LB | EWF 2009LDLJ .00105 004.750  3 X 18. | 1.77 | 7,917.21 |
| | | ITEM #600124 | | |
| 3 SKIDS | 4484 LB | EWF 2009LDLJ .00105 005.125  3 X 18. | 1.77 | 7,936.68 |
| | | ITEM #600125 | | |
| 172 LBS | 172 LB | EWF 2009LDLJ .00125 009.000  3 X 18. | 1.77 | 304.44 |
| | | ITEM #600035 | | |
| 81 LBS | 81 LB | EWF 2009LDLJ .00125 009.000  3 X 13. | 1.77 | 143.37 |
| | | ITEM #600035 | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 16,301.70 | 0.00 | 0.00 | -460.50 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 15,841.20 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



**MULTI•PLASTICS, INC.**

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318195 | 04/28/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414762 | 1%10Net30 |

| Tracer Number |
|---|
| 63072249 |

| Shipped Via |
|---|
| P&A/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 2,000 LBS | 2031 LB | EWF 2009LDLJ .00115 006.125  3 X 13. | 1.77 | 3,594.87 |
| | | MP #200313 | | |
| | | ITEM #600221 | | |
| | | 70 ROLLS SHIPPED | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 3,594.87 | 0.00 | 0.00 | 141.46 | 0.00 | 0.00 | 3,736.33 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318357 | 04/30/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/27/10 | 414929 | 1%10Net30 |

| Tracer Number |
|---|
| 67189685 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 9,000 LBS | 9384 LB | EWF 2009LDLJ .00105 005.125  3 X 18.<br>ITEM #600125<br>192 ROLLS SHIPPED | 1.77 | 16,609.68 |
| 1,500 LBS | 1566 LB | EWF 2009LDLJ .00105 004.625  3 X 18.<br>ITEM #600191<br>36 ROLLS SHIPPED | 1.77 | 2,771.82 |
| 900 LBS | 1019 LB | EWF 2009LDLJ .00125 009.125  3 X 13.<br>MP #200391<br>ITEM #600140<br>24 ROLLS SHIPPED | 1.77 | 1,803.63 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 21,185.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 21,185.13 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

| BILL TO | SHIP TO |
|---------|---------|
| NATIONAL ENVELOPE - WORCESTER<br>207 GREENWOOD STREET<br>WORCESTER MA 01607 | NEC/MA |

| Invoice Number | Invoice Date | Territory |
|----------------|--------------|-----------|
| 318594 | 05/05/10 | RRK |

| Order Date | PO Number | Terms |
|------------|-----------|-------|
| 05/04/10 | 415662 | 1%10Net30 |

| Tracer Number |
|---------------|
| 67189690 |

| Shipped Via |
|-------------|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|------------------|------------------|---------------------------------------------------|------------|-----------|
| 1 SKID | 1530 LB | EWF 2009LDLJ .00105 005.125  3 X 18.<br>ITEM #600125<br>32 ROLLS SHIPPED | 1.77 | 2,708.10 |
| 1 SKID | 0 LB | EWF 2009LDLJ .00115 005.625  3 X 18.<br><br>Backorder to Follow<br>ITEM #600043<br>__ ROLLS SHIPPED | 1.77 | 0.00 |
| 1 SKID | 1588 LB | EWF 2009LDLJ .00105 004.625  3 X 18.<br>MP #200705<br>ITEM #600191<br>36 ROLLS SHIPPED | 1.77 | 2,810.76 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|-------------|---------|-----------|---------------------|----------------------------|---------|---------------|
| 5,518.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,518.86 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO:**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318674 | 05/06/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/04/10 | 415662 | 1%10Net30 |

| Tracer Number |
|---|
| 67189688 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 1 SKID | 1711 LB | EWF 2009LDLJ | .00115 | 005.625 | 3 X 18. | 1.77 | 3,028.47 |
| | | ITEM #600043 | | | | | |
| | | 32 ROLLS SHIPPED | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 3,028.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 3,028.47 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318893 | 05/11/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416229 | 1%10Net30 |

| Tracer Number |
|---|
| 63072265 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product / Description (Thickness / Width / Core/OD) | Unit Price | Extension |
|---|---|---|---|---|
| 4 SKIDS | 6182 LB | EWF 2009LDLJ .00105 005.125    3 X 18. | 1.77 | 10,942.14 |
|  |  | ITEM #600125 |  |  |
|  |  | 128 ROLLS SHIPPED |  |  |
| 1 SKID | 1590 LB | EWF 2009LDLJ .00105 004.625    3 X 18. | 1.77 | 2,814.30 |
|  |  | MP #200974 |  |  |
|  |  | ITEM #600191 |  |  |
|  |  | 36 ROLLS SHIPPED |  |  |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 13,756.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 13,756.44 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319064 | 05/13/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416660 | 1%10Net30 |

| Tracer Number |
|---|
| 63072267 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description<br>Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 6,000 LBS | 0 LB | EWF 2009LDLJ .00105 005.125    3 X 18. | 1.77 | 0.00 |
|  |  | Backorder to Follow |  |  |
|  |  | ITEM #600125 |  |  |
|  |  | ___ ROLLS SHIPPED |  |  |
| 375 LBS | 0 LB | EWF 2009LDLJ .00125 007.125    3 X 13. | 1.77 | 0.00 |
|  |  | Backorder to Follow |  |  |
|  |  | ITEM #600058 |  |  |
|  |  | ___ ROLLS SHIPPED |  |  |
| 500 LBS | 0 LB | EWF 2009LDLJ .00105 002.500    3 X 18. | 1.77 | 0.00 |
|  |  | Backorder to Follow |  |  |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

OFFICE COPY

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L  T O**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**S H I P  T O**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319064 | 05/13/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416660 | 1%10Net30 |

| Tracer Number |
|---|
| 63072267 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description (Product / Thickness / Width / Core/OD) | Unit Price | Extension |
|---|---|---|---|---|
| | | ITEM #600188 | | |
| | | __ ROLLS SHIPPED | | |
| 1,500 LBS | 0 LB | EWF 2009LDLJ .00105 004.625    3 X 18. | 1.77 | 0.00 |
| | | | | |
| | | Backorder to Follow | | |
| | | ITEM #600191 | | |
| | | __ ROLLS SHIPPED | | |
| 1,000 LBS | 0 LB | EWF 2009LDLJ .00105 004.875    3 X 18. | 1.77 | 0.00 |
| | | | | |
| | | Backorder to Follow | | |
| | | ITEM #600193 | | |
| | | __ ROLLS SHIPPED | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| | | | | | |

| Invoice Total |
|---|
| |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**7770 North Central Drive · Lewis Center, Ohio 43035**

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319064 | 05/13/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416660 | 1%10Net30 |

| Tracer Number |
|---|
| 63072267 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|
| 1 ROLL | 0 LB | EWF 2500 22# 005.625   3 X 18.0 | | 1.82 | 0.00 |
| | | Backorder to Follow | | | |
| | | ITEM #600056 | | | |
| | | _ ROLL SHIPPED | | | |
| 103 ROLLS | 3002 LB | EWF 2009LDLJ .00115 006.125   3 X 13. | | 1.77 | 5,313.54 |
| | | ITEM #600221 | | | |
| | | 103 ROLLS SHIPPED | | | |
| | | M.P. #201198 | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 5,313.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 5,313.54 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY                 # Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319151 | 05/14/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416660 | 1%10Net30 |

| Tracer Number |
|---|
| 62975826 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 6,000 LBS | 6228 LB | EWF 2009LDLJ | .00105 005.125 | | 3 X 18. | 1.77 | 11,023.56 |
| | | ITEM #600125 | | | | | |
| | | 128 ROLLS SHIPPED | | | | | |
| 375 LBS | 413 LB | EWF 2009LDLJ | .00125 007.125 | | 3 X 13. | 1.77 | 731.01 |
| | | ITEM #600058 | | | | | |
| | | 12 ROLLS SHIPPED | | | | | |
| 500 LBS | 535 LB | EWF 2009LDLJ | .00105 002.500 | | 3 X 18. | 1.77 | 946.95 |
| | | ITEM #600188 | | | | | |
| | | 22 ROLLS SHIPPED | | | | | |
| 1,500 LBS | 1580 LB | EWF 2009LDLJ | .00105 004.625 | | 3 X 18. | 1.77 | 2,796.60 |
| | | ITEM #600191 | | | | | |
| | | 36 ROLLS SHIPPED | | | | | |
| 1,000 LBS | 1078 LB | EWF 2009LDLJ | .00105 004.875 | | 3 X 18. | 1.77 | 1,908.06 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



**MULTI•PLASTICS; INC.**

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319151 | 05/14/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/12/10 | 416660 | 1%10Net30 |

| Tracer Number |
|---|
| 62975826 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 ROLL | 53 LB | ITEM #600193<br>24 ROLLS SHIPPED<br>EWF 2500 22# 005.625   3 X 18.0<br>ITEM #600056<br>1 ROLL SHIPPED<br>M.P. #201198 | 1.82 | 96.46 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 17,502.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 17,502.64 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319529 | 05/21/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/18/10 | 417525 | 1%10Net30 |

| Tracer Number |
|---|
| 63072271 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1 SKID | 1597 LB | EWF 2009LDLJ .00115 006.125   3 X 13. | 1.77 | 2,826.69 |
| | | ITEM #600221 | | |
| | | 54 ROLLS SHIPPED | | |
| 4 SKIDS | 6093 LB | EWF 2009LDLJ .00105 005.125   3 X 18. | 1.77 | 10,784.61 |
| | | ITEM #600125 | | |
| | | 128 ROLLS SHIPPED | | |
| 250 LBS | 265 LB | EWF 2009LDLJ .00125 006.500   3 X 13. | 1.77 | 469.05 |
| | | ITEM #600169 | | |
| | | 9 ROLLS SHIPPED | | |
| 600 LBS | 633 LB | EWF 2009LDLJ .00125 007.125   3 X 13. | 1.77 | 1,120.41 |
| | | ITEM #600058 | | |
| | | 19 ROLLS SHIPPED | | |
| 1,000 LBS | 1089 LB | EWF 2009LDLJ .00105 004.125   3 X 18. | 1.77 | 1,927.53 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY                **Thank You**

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319529 | 05/21/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/18/10 | 417525 | 1%10Net30 |

| Tracer Number |
|---|
| 63072271 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description<br>Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| | | MP #201531<br>ITEM #600190<br>28 ROLLS SHIPPED | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 17,128.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 17,128.29 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS®, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319530 | 05/21/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417525 | 1%10Net30 |

| Tracer Number |
|---|
| 63072271 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description |  |  |  | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
|  |  | Product | Thickness | Width | Core/OD |  |  |
| 1,000 LBS | 1002 LB | EWF 2009LDLJ | .00105 | 005.375 | 3 X 18. | 1.77 | 1,773.54 |
|  |  | ITEM #600329 |  |  |  |  |  |
|  |  | 20 ROLLS SHIPPED |  |  |  |  |  |
| 500 LBS | 513 LB | EWF 2009LDLJ | .00115 | 005.625 | 3 X 18. | 1.77 | 908.01 |
|  |  | ITEM #600043 |  |  |  |  |  |
|  |  | 10 ROLLS SHIPPED |  |  |  |  |  |
|  |  | M.P. #201563 |  |  |  |  |  |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,681.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,681.55 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319540 | 05/21/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417857 | 1%10Net30 |

| Tracer Number |
|---|
| 63072273 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 2 SKIDS | 3156 LB | EWF 2009LDLJ | .00115 006.125 | | 3 X 13. | 1.77 | 5,586.12 |
| | | ITEM #600221 | | | | | |
| | | 108 ROLLS SHIPPED | | | | | |
| 1 SKID | 1557 LB | EWF 2009LDLJ | .00105 005.125 | | 3 X 18. | 1.77 | 2,755.89 |
| | | ITEM #600125 | | | | | |
| | | 32 ROLLS SHIPPED | | | | | |
| | | M.P. #201710 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 8,342.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 8,342.01 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**          # Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319792 | 05/27/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 201979 | 1%10Net30 |

| Tracer Number |
|---|
| 61661678 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 500 LBS | 524 LB | EWF 2009LDLJ .00150 007.125   3 X 13.  MP# 201979  16 ROLLS SHIPPED | 1.77 | 927.48 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 927.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| **927.48** |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE ~ WORCESTER
207 GREENWOOD STREET
WORCESTER MA 01607

**SHIP TO**
NEC/MA

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319793 | 05/27/10 | RRK |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 418430 | 1%10Net30 |

| Tracer Number |
|---|
| 61661678 |

| Shipped Via |
|---|
| PPD/NEMF |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | Product | Thickness | Width | Core/OD | | |
| 4500 LBS | 4367 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 18. | 1.77 | 7,729.59 |
| | | ITEM# 600125 | | | | | |
| | | 89 ROLLS SHIPPED | | | | | |
| | | MP# 202052 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 7,729.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 7,729.59 |

OFFICE COPY

## Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318047 | 04/26/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/22/10 | 414396 | 1%10Net30 |

| Tracer Number |
|---|
| 80-001492 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 2 SKIDS | 2980 LB | EWF 2009LDLJ .00105 004.250   3 X 18.<br>ITEM #600122 | 1.77 | 5,274.60 |
| 1 SKID | 1717 LB | EWF 2009LDLJ .00105 005.500   3 X 18.<br>ITEM #600126 | 1.77 | 3,039.09 |
| 1 SKID | 1688 LB | EWF 2009LDLJ .00105 004.500   3 X 21.<br>ITEM #600459 | 1.77 | 2,987.76 |
| 750 LBS | 0 LB | EWF 2009LDLJ .00115 006.250   3 X 18.<br><br>Backorder to Follow<br>ITEM #600128 | 1.77 | 0.00 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 11,301.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 11,301.45 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS,® INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318098 | 04/27/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/22/10 | 414396 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002551 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 750 LBS | 825 LB | EWF 2009LDLJ .00115 006.250  3 X 18. | 1.77 | 1,460.25 |
| | | ITEM #600128 | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 1,460.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 1,460.25 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**S H I P T O**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318100 | 04/27/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/26/10 | 414670 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002551 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Description Product Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 1,800 LBS | 1857 LB | EWF 2009LDLJ .00105 004.250  3 X 18.  ITEM #600122 | 1.77 | 3,286.89 |
| 3,000 LBS | 3357 LB | EWF 2009LDLJ .00105 004.500  3 X 21.  ITEM #600459 | 1.77 | 5,941.89 |
| 1 SKID | 1569 LB | EWF 2009LDLJ .00115 004.750  3 X 18.  ITEM# 600005 | 1.77 | 2,777.13 |
| 1,500 LBS | 1652 LB | EWF 2009LDLJ .00105 005.125  3 X 21.  ITEM# 600226 | 1.77 | 2,924.04 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 14,929.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 14,929.95 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318339 | 04/30/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 04/28/10 | 415056 | 1%10Net30 |

| Tracer Number |
|---|
| 80001494 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Description Product / Thickness / Width / Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 3,000 LBS | 3177 LB | EWF 2009LDLJ .00105 004.625  3 X 18. <br> ITEM# 600191 | 1.77 | 5,623.29 |
| 3,000 LBS | 3406 LB | EWF 2009LDLJ .00105 005.125  3 X 21. <br> ITEM# 600226 | 1.77 | 6,028.62 |
| 1,500 LBS | 1797 LB | EWF 2009LDLJ .00105 004.750  3 X 21. <br> ITEM# 600330 | 1.77 | 3,180.69 |
| 1,400 LBS | 1453 LB | EWF 2009LDLJ .00150 006.000  3 X 18. <br> ITEM# 600423 | 1.77 | 2,571.81 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 17,404.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 17,404.41 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



**MULTI•PLASTICS,® INC.**

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO:**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO:** NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318726 | 05/07/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/05/10 | 415858 | 1%10Net30 |

| Tracer Number |
|---|
| 80-001497 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 4 SKIDS | 6739 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 21. | 1.77 | 11,928.03 |
| | | ITEM #600226 | | | | | |
| 2 SKIDS | 3339 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 21. | 1.77 | 5,910.03 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 17,838.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,838.06 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 318806 | 05/10/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/07/10 | 416263 | 1%10Net30 |

| Tracer Number |
|---|
| 80001891 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Description Product Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 2 SKIDS | 3365 LB | EWF 2009LDLJ .00105 004.000 3 X 18. <br> ITEM #600121 | 1.77 | 5,956.05 |
| 2 SKIDS | 3360 LB | EWF 2009LDLJ .00105 005.125 3 X 21. <br> ITEM #600226 | 1.77 | 5,947.20 |
| 4 SKIDS | 6470 LB | EWF 2009LDLJ .00105 005.250 3 X 18. <br> ITE M#600294 | 1.77 | 11,451.90 |
| 1 SKID | 1688 LB | EWF 2009LDLJ .00105 004.500 3 X 21. <br> ITE M#600459 | 1.77 | 2,987.76 |
| 1,500 LBS | 1792 LB | EWF 2009LDLJ .00105 004.750 3 X 21. <br> ITEM #600330 | 1.77 | 3,171.84 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 29,514.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 29,514.75 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS®, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319052 | 05/13/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 416615 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002701 |

| Shipped Via |
|---|
| PPD/US ROAD FRT |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 540 LBS. | 0 LB | EWF 2009LDLJ | .00115 | 002.750 | 3 X 18. | 1.77 | 0.00 |
| | | Backorder to Follow | | | | | |
| | | ITEM #600001 | | | | | |
| 230 LBS. | 0 LB | EWF 2009LDLJ | .00115 | 003.250 | 3 X 18. | 1.77 | 0.00 |
| | | Backorder to Follow | | | | | |
| | | ITEM #600002 | | | | | |
| 600 LBS. | 0 LB | EWF 2009LDLJ | .00115 | 004.750 | 3 X 18. | 1.77 | 0.00 |
| | | Backorder to Follow | | | | | |
| | | ITEM #600005 | | | | | |
| 500 LBS. | 522 LB | EWF 2009LDLJ | .00105 | 003.750 | 3 X 18. | 1.77 | 923.94 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| | | | | | |

| Invoice Total |
|---|
| |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



**MULTI•PLASTICS, INC.**

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319052 | 05/13/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 416615 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002701 |

| Shipped Via |
|---|
| PPD/US ROAD FRT |

| Quantity Ordered | Quantity Shipped | Description Product Thickness Width Core/OD | Unit Price | Extension |
|---|---|---|---|---|
| 4,500 LBS | 4933 LB | ITEM #600120<br>EWF 2009LDLJ .00105 004.000  3 X 18. | 1.77 | 8,731.41 |
| 4,500 LBS. | 0 LB | ITEM #600121<br>EWF 2009LDLJ .00105 004.625  3 X 18.<br><br>Backorder to Follow | 1.77 | 0.00 |
| 500 LBS | 0 LB | ITEM #600191<br>EWF 2009LDLJ .00115 006.000  3 X 18.<br><br>Backorder to Follow<br>ITEM #600029 | 1.77 | 0.00 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 9,655.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,655.35 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY          # Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**S H I P T O**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319116 | 05/14/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/11/10 | 416615 | 1%10Net30 |

| Tracer Number |
|---|
| 80002703 |

| Shipped Via |
|---|
| PPD/US ROAD FRT |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 540 LBS. | 549 LB | EWF 2009LDLJ ITEM #600001 | .00115 | 002.750 | 3 X 18. | 1.77 | 971.73 |
| 230 LBS. | 227 LB | EWF 2009LDLJ ITEM #600002 | .00115 | 003.250 | 3 X 18. | 1.77 | 401.79 |
| 600 LBS. | 622 LB | EWF 2009LDLJ ITEM #600005 | .00115 | 004.750 | 3 X 18. | 1.77 | 1,100.94 |
| 4,500 LBS. | 4795 LB | EWF 2009LDLJ ITEM #600191 | .00105 | 004.625 | 3 X 18. | 1.77 | 8,487.15 |
| 500 LBS | 510 LB | EWF 2009LDLJ ITEM #600029 | .00115 | 006.000 | 3 X 18. | 1.77 | 902.70 |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 11,864.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,864.31 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive • Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319358 | 05/19/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/17/10 | 417356 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002704 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1,500 LBS | 1571 LB | EWF 2009LDLJ .00115 004.750 | 3 X 18. | | 1.77 | 2,780.67 |
| | | ITEM #600005 | | | | |
| 2,000 LBS | 2100 LB | EWF 2009LDLJ .00105 004.625 | 3 X 18. | | 1.77 | 3,717.00 |
| | | ITEM #600191 | | | | |
| 1,500 LBS | 1614 LB | EWF 2009LDLJ .00105 005.250 | 3 X 18. | | 1.77 | 2,856.78 |
| | | ITEM #600294 | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 9,354.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 9,354.45 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS, INC.

**7770 North Central Drive • Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**B I L L T O**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**S H I P T O**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319363 | 05/19/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417356 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002704 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1765 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 21. | 1.77 | 3,124.05 |
| | | ITEM #600330 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| 3,124.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,124.05 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

## Thank You

# INVOICE



## MULTI•PLASTICS, INC.

7770 North Central Drive · Lewis Center, Ohio 43035

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319545 | 05/24/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/20/10 | 417757 | 1%10Net30 |

| Tracer Number |
|---|
| 80-001618 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1515 LB | EWF 2009LDLJ | .00115 | 004.500 | 3 X 18. | 1.77 | 2,681.55 |
| | | ITEM #600028 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 2,681.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 2,681.55 |

OFFICE COPY

## Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS,® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319554 | 05/24/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417757 | 1%10Net30 |

| Tracer Number |
|---|
| 80-001618 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 800 LBS | 870 LB | EWF 2009LDLJ | .00105 | 005.750 | 3 X 18. | 1.77 | 1,539.90 |
| | | ITEM #600127 | | | | | |
| 3,000 LBS | 3362 LB | EWF 2009LDLJ | .00105 | 005.125 | 3 X 21. | 1.77 | 5,950.74 |
| | | ITEM #600226 | | | | | |
| 4,000 LBS | 4172 LB | EWF 2009LDLJ | .00105 | 005.250 | 3 X 18. | 1.77 | 7,384.44 |
| | | ITEM #600294 | | | | | |
| 1,500 LBS | 1715 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 21. | 1.77 | 3,035.55 |
| | | ITEM #600330 | | | | | |
| 900 LBS | 907 LB | EWF 2009LDLJ | .00125 | 004.250 | 3 X 18. | 1.77 | 1,605.39 |
| | | ITEM #600437 | | | | | |
| 3,000 LBS | 3345 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 21. | 1.77 | 5,920.65 |
| | | ITEM #600459 | | | | | |
| 1546 LBS | 1546 LB | EWF 2009LDLJ | .00105 | 004.000 | 3 X 18. | 1.77 | 2,736.42 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | Invoice Total |
|---|---|---|---|---|---|---|
| | | | | | | |

**OFFICE COPY**

# Thank You

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

# INVOICE



## MULTI•PLASTICS®, INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319554 | 05/24/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/19/10 | 417757 | 1%10Net30 |

| Tracer Number |
|---|
| 80-001618 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Description | | | | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| | | **Product** | **Thickness** | **Width** | **Core/OD** | | |
| | | ITEM# 600121 | | | | | |

## PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 28,173.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 28,173.09 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319871 | 05/28/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 05/27/10 | 418237 | 1%10Net30 |

| Tracer Number |
|---|
| 80-003080 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1492 LB | EWF 2009LDLJ ITEM #600028 | .00115 | 004.500 | 3 X 18. | 1.77 | 2,640.84 |
| 1 SKID | 1501 LB | EWF 2009LDLJ ITEM #600121 | .00105 | 004.000 | 3 X 18. | 1.77 | 2,656.77 |
| 1 SKID | 1473 LB | EWF 2009LDLJ ITEM #600330 | .00105 | 004.750 | 3 X 21. | 1.77 | 2,607.21 |
| 1 SKID | 1493 LB | EWF 2009LDLJ ITEM #600459 | .00105 | 004.500 | 3 X 21. | 1.77 | 2,642.61 |
| 1,700 LBS | 1659 LB | EWF 2009LDLJ ITEM #600032 | .00115 | 008.000 | 3 X 18. | 1.77 | 2,936.43 |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax |
|---|---|---|---|---|---|
| 13,483.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice Total |
|---|
| 13,483.86 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

**OFFICE COPY**

# Thank You

# INVOICE



## MULTI•PLASTICS® INC.

**7770 North Central Drive · Lewis Center, Ohio 43035**

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio 43035-9462
(740)548-4894 / Fax (740)548-5177
(800)848-6982
www.multi-plastics.com

**BILL TO**
NATIONAL ENVELOPE - LENEXA
(EAST SIDE DOCK DOORS)
16000 WEST 108TH STREET
LENEXA KS 66219

**SHIP TO**
NEC/MW

| Invoice Number | Invoice Date | Territory |
|---|---|---|
| 319959 | 06/01/10 | JLG |

| Order Date | PO Number | Terms |
|---|---|---|
| 06/01/10 | 418237 | 1%10Net30 |

| Tracer Number |
|---|
| 80-002711 |

| Shipped Via |
|---|
| PPD/US ROAD |

| Quantity Ordered | Quantity Shipped | Product | Description Thickness | Width | Core/OD | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 SKID | 1489 LB | EWF 2009LDLJ | .00105 | 004.500 | 3 X 21. | 1.77 | 2,635.53 |
| | | ITEM# 600459 | | | | | |
| 1 SKID | 1438 LB | EWF 2009LDLJ | .00105 | 004.750 | 3 X 21. | 1.77 | 2,545.26 |
| | | ITEM# 600330 | | | | | |

# PLEASE NOTE OUR NEW REMITTANCE ADDRESS

| Non-Taxable | Taxable | Sales Tax | Freight Chg <allow> | Misc. Charges or (Credits) | GST Tax | | Invoice Total |
|---|---|---|---|---|---|---|---|
| 5,180.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 5,180.79 |

PLEASE REMIT TO:
Multi-Plastics, Inc.
P.O. Box 674
Lewis Center, Ohio
43035-9462

OFFICE COPY

# Thank You