

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

June 29, 2010

**VIA FEDERAL EXPRESS**

National Envelope of Scottdale
One Wedding Lane
Scottdale, Pennsylvania 15683-1161

National Envelope-MA
70 Turnpike Industrial Road
Westfield, Massachusetts 01085

National Envelope of Wisconsin
3800 West Wisconsin Avenue
Appleton, Wisconsin 54915

National Envelope of CA
705 North Baldwin Park Boulevard
City of Industry, California 91746

RE: In re NEC Holdings Corp., et al.,
Case no. 10-11890-pjw

United States Bankruptcy Court
District of Delaware

### RECLAMATION DEMAND

Gentlepersons:

We represent CTI Paper Group, Inc. ("CTI"). Please be advised that the pursuant to 11 U.S.C. § 546 and Section 2-702 of the Uniform Commercial Code, CTI hereby reclaims all of its goods that you have received within the 45 days preceding June 10, 2010, including, but not limited to, those goods relating to the invoices attached as Exhibit A. The total value of these goods is $225,696.50. We hereby demand that your return said goods to CTI immediately.

If you have any questions regarding this matter, please do not hesitate contact us.

Very truly yours,

GODFREY & KAHN, S.C.

Jennifer B. Herzog

Enclosures
cc: Clerk of Courts, U.S. Bankruptcy Court (via CM/ECF)

**VIA FEDERAL EXPRESS**
Josef S. Athanas
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606

**VIA FEDERAL EXPRESS**
Kara Hammond Coyle
Michael R. Nestor
Young Conway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WI; WASHINGTON, DC; AND SHANGHAI, PRC
GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

# Exhibit A

5128705_1

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

| | |
|---|---|
| **Invoice Number:** | 0161013-IN |
| **Invoice Date:** | 4/26/2010 |
| **Invoice Due Date:** | 5/17/2010 |
| **Order Number:** | 0064297 |
| **Order Date:** | 4/21/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 481985 | CUSTOMER PICK UP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2739.37PB-F | CTN | 13.000 | 13,000.00 | 20.540 | 293.00 | 6,018.22 |
| 27.5x39.37 158M 27LB Glama Natural Pastel Blue-1000 sh/ctn   FSC Mixed | | | | | | |
| Credit Certificate Registration Code: SW-COC-001981 - expiration date | | | | | | |
| 8-15-2011 | | | | | | |
| | | | | | | |
| 6 cartons of GN2729.37PB-F are currently on backorder. Will notify when | | | | | | |
| available to ship. | | | | | | |
| APTX8038BG | CTN | 9.000 | 6,750.00 | 10.800 | 200.00 | 2,160.00 |
| 25x38 Aspire Petallics Beargrass -80lbText - 160M - 750 sh/ctn | | | | | | |

| | |
|---|---|
| Net Invoice: | 8,178.22 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 8,178.22 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0161015-IN |
| **Invoice Date:** | 4/26/2010 |
| **Invoice Due Date:** | 5/17/2010 |
| **Order Number:** | 0064347 |
| **Order Date:** | 4/23/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| **Customer P.O.** | **Ship VIA** | **Terms** |
|---|---|---|
| 482086 | CUSTOMER PICK UP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2935BW-WH-F | CTN | 3.000 | 3,000.00 | 3.750 | 233.00 | 873.75 |
| 23x35 125M 29LB Glama Natural Clear-1000sh/ctn   FSC Mixed Credit | | | | | | |
| Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |
| GNRC2438-F | CTN | 4.000 | 4,000.00 | 5.000 | 258.00 | 1,290.00 |
| 25x38 Grain Long 24LB 125M Glama Natural  Recycled-1000 sh/ctn   FSC Mixed | | | | | | |
| Credit Certificate RegistrationCode: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |

Special Pricing.

| | |
|---|---|
| Net Invoice: | 2,163.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 2,163.75 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0161707-IN |
| **Invoice Date:** | 5/3/2010 |
| **Invoice Due Date:** | 5/24/2010 |
| **Order Number:** | 0064493 |
| **Order Date:** | 5/3/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DWI001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Wisconsin
3800 W. Wisconsin Ave
Appleton, WI  54914-6513

**Ship To:**
National Envelope of Wisconsin
3800 W. Wisconsin Ave
Appleton, WI  54915

| **Customer P.O.** | **Ship VIA** | | **Terms** | |
|---|---|---|---|---|
| 482398 | DORN TRUCKING - COLLECT | | 2% 20 Net 21 | |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2938BW-WH-F | CTN | 7.000 | 7,000.00 | 10.290 | 233.00 | 2,397.57 |

25x38 147M 29LB Glama Natural Clear-1000sh/ctn   FSC Mixed Credit
Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011~;~

| | |
|---|---|
| Net Invoice: | 2,397.57 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 2,397.57 |

# INVOICE

**Remit Payment To:**

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

| | |
|---|---|
| **Invoice Number:** | 0162261-IN |
| **Invoice Date:** | 5/7/2010 |
| **Invoice Due Date:** | 5/23/2010 |
| **Order Number:** | 0064643 |
| **Order Date:** | 5/7/2010 |
| **Salesperson:** | 0100 |
| **Customer Number:** | 01-DMA007 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

**Sold To:**
National Envelope-MA
70 Turnpike Industrial Rd.
Westfield, MA 01085
United States of America

**Ship To:**
National Envelope-MA
70 Turnpike Industrail Rd.
Westfield, MA 01085
United States of America

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 416173 | UPS Freight | 2% 15 Net 16 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APTX8038AH | CTN | 1.000 | 750.00 | 1.200 | 247.00 | 296.40 |
| 25x38 Aspire Petallics Autumn Hay -80lbText - 160M - 750 sh/ctn | | | | | | |
| /SOC-M | | | | | | 40.00 |
| Small Order Charge - Merchant | | | | | | |

| | |
|---|---|
| Net Invoice: | 336.40 |
| Less Discount: | 0.00 |
| Freight: | 83.90 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 420.30 |

# INVOICE

**Remit Payment To:**

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

| | |
|---|---|
| **Invoice Number:** | 0162523-IN |
| **Invoice Date:** | 5/10/2010 |
| **Invoice Due Date:** | 5/31/2010 |
| **Order Number:** | 0064315 |
| **Order Date:** | 4/22/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 482035 | CUSTOMER PICK UP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GNROLL2913F | CWT | 41.700 | | | 218.00 | 9,090.60 |
| Glama Natural Clear 29LB Rolls 13.75 inch wide 40inch OD5 inch core FSC Mixed Credit Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |
| GNROLL298.75F | CWT | 40.020 | | | 218.00 | 8,724.36 |
| Glama Natural Clear 29LB Rolls 8.75 wide 40 OD 5 core FSC Mixed Credit Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011~;~ | | | | | | |
| ROLLWASTE | CWT | 0.549 | | | 218.00 | 119.68 |
| Roll Waste | | | | | | |

| | |
|---|---|
| **Net Invoice:** | 17,934.64 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total US $:** | 17,934.64 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0162529-IN |
| **Invoice Date:** | 5/10/2010 |
| **Invoice Due Date:** | 5/31/2010 |
| **Order Number:** | 0064568 |
| **Order Date:** | 5/5/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 482456 | CUSTOMER PICK UP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GNROLL298-F | CWT | 32.320 | | | 218.00 | 7,045.76 |
| Glama Natural Clear 29LB Rolls 8 wide 40 OD 5 core FSC Mixed Credit | | | | | | |
| Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |
| 8 ROLLS | | | | | | |
| GNROLL298.75F | CWT | 17.720 | | | 218.00 | 3,862.96 |
| Glama Natural Clear 29LB Rolls 8.75 wide 40 OD 5 core FSC Mixed Credit | | | | | | |
| Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011~;~ | | | | | | |
| 4 ROLLS | | | | | | |
| ROLLWASTE | CWT | 1.005 | | | 218.00 | 219.09 |
| Roll Waste | | | | | | |

| | |
|---|---|
| Net Invoice: | 11,127.81 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 11,127.81 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0162534-IN |
| **Invoice Date:** | 5/10/2010 |
| **Invoice Due Date:** | 5/31/2010 |
| **Order Number:** | 0064650 |
| **Order Date:** | 5/7/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 482614 | CUSTOMER PICK UP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| Item APTX8038AA has been discontinued and is no longer available to ship. | | | | | | |
| GN2938BW-WH-F | CTN | 4.000 | 4,000.00 | 5.880 | 233.00 | 1,370.04 |
| 25x38 147M 29LB Glama Natural Clear-1000sh/ctn   FSC Mixed Credit | | | | | | |
| Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |

| | |
|---|---|
| Net Invoice: | 1,370.04 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 1,370.04 |

# INVOICE

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

| | |
|---|---|
| **Invoice Number:** | 0162546-IN |
| **Invoice Date:** | 5/11/2010 |
| **Invoice Due Date:** | 6/1/2010 |
| **Order Number:** | 0064701 |
| **Order Date:** | 5/11/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

| **Customer P.O.** | **Ship VIA** | | **Terms** | | | |
|---|---|---|---|---|---|---|
| 482761 | USF HOLLAND - COLLECT | | 2% 20 Net 21 | | | |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2938BW-WH-F | CTN | 29.000 | 29,000.00 | 42.630 | 233.00 | 9,932.79 |

25x38 147M 29LB Glama Natural Clear-1000sh/ctn    FSC Mixed Credit
Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APCV9840SO | CTN | 1.000 | 300.00 | 1.176 | 247.00 | 290.47 |

26x40 Aspire Petallics Silver Ore -98lb Cover - 392M - 300 sh/ctn

SP: Special Pricing

| | |
|---|---|
| Net Invoice: | 10,223.26 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 10,223.26 |

# INVOICE

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0162772-IN |
| **Invoice Date:** | 5/12/2010 |
| **Invoice Due Date:** | 6/2/2010 |
| **Order Number:** | 0057338 |
| **Order Date:** | 8/6/2009 |
| **Salesperson:** | 0130 |
| **Customer Number:** | 01-DCA002 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

**Sold To:**
National Envelope of CA
705 N. Baldwin Park Blvd.
City of Industry, CA  91746

**Ship To:**
National Envelope of CA
705 N. Baldwin Park Blvd.
City of Industry, CA  91746

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 470156 | WISCONSIN PAPER GROUP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APTX8038SP | CTN | 5.000 | 3,750.00 | 6.000 | 255.00 | 1,530.00 |
| 25x38 Aspire Petallics Spring Larch -80lb Text - 160M - 750 sh/ctn | | | | | | |

Special pricing applies.

| | |
|---|---|
| Net Invoice: | 1,530.00 |
| Less Discount: | 0.00 |
| Freight: | 153.90 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 1,683.90 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

| | |
|---|---|
| **Invoice Number:** | 0162792-IN |
| **Invoice Date:** | 5/13/2010 |
| **Invoice Due Date:** | 6/3/2010 |
| **Order Number:** | 0063846 |
| **Order Date:** | 3/31/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 481088 | CONTAINER | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GNROLL2412.5F | CWT | 858.671 | | | 187.00 | 160,571.48 |

'Glama Natural Clear 24LB Rolls 12.5" wide- 40"OD- 5" Notched Cores   FSC
Mixed Credit Certificate Registration Code: SW-COC-001981 - expiration date
8-15-2011'~;~
Approximately 137 rolls

| | |
|---|---|
| Net Invoice: | 160,571.48 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 160,571.48 |

# INVOICE

**Remit Payment To:**

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

**CTI Paper USA
1545 Corporate Center Drive
Sun Prairie, WI 53590**

**Voice: 608-834-9900
Fax: 608-834-9800**

| | |
|---|---|
| **Invoice Number:** | 0162901-IN |
| **Invoice Date:** | 5/14/2010 |
| **Invoice Due Date:** | 6/4/2010 |
| **Order Number:** | 0064789 |
| **Order Date:** | 5/14/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

| **Customer P.O.** | **Ship VIA** | **Terms** |
|---|---|---|
| 482958 | USF HOLLAND - COLLECT | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2ctns GN2935 are on back order. CTI will notify when available. | | | | | | |
| GN2738IVO-F | CTN | 5.000 | 5,000.00 | 6.750 | 293.00 | 1,977.75 |
| 25x38 135M 27LB Glama Natural Ivory-1000 sh/ctn  FSC Mixed Credit Certificate | | | | | | |
| Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |

Special Pricing.

| | |
|---|---|
| **Net Invoice:** | 1,977.75 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total US $:** | 1,977.75 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0163739-IN |
| **Invoice Date:** | 5/24/2010 |
| **Invoice Due Date:** | 6/14/2010 |
| **Order Number:** | 0064790 |
| **Order Date:** | 5/14/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 482958 | CUSTOMER PICK UP | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2935BW-WH-F | CTN | 2.000 | 2,000.00 | 2.500 | 233.00 | 582.50 |

23x35 125M 29LB Glama Natural Clear-1000sh/ctn   FSC Mixed Credit
Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011

Special Pricing.

| | |
|---|---|
| Net Invoice: | 582.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 582.50 |

# INVOICE

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0163754-IN |
| **Invoice Date:** | 5/24/2010 |
| **Invoice Due Date:** | 6/14/2010 |
| **Order Number:** | 0064916 |
| **Order Date:** | 5/19/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Sold To:
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

Ship To:
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| Customer P.O. | Ship VIA | | Terms | | | | |
|---|---|---|---|---|---|---|---|
| 483150 | CUSTOMER PICK UP | | 2% 20 Net 21 | | | | |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2938BW-WH-F | CTN | 3.000 | 3,000.00 | 4.410 | 233.00 | 1,027.53 |
| 25x38 147M 29LB Glama Natural Clear-1000sh/ctn   FSC Mixed Credit | | | | | | |
| Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |
| | | | | | | |
| FDCJ82133-C | CTN | 2.000 | 750.00 | 2.505 | 299.00 | 749.00 |
| Raster Cover Constellation Jade Embossed, 334M, 80 lb, 27.5 x 39.37, 375 sh/ctn | | | | | | |
| SP-Special contract pricing | | | | | | |
| Item APCV9840SO is currently on back order.  We will notify you when ready to ship. | | | | | | |

| | |
|---|---|
| **Net Invoice:** | 1,776.53 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total US $:** | 1,776.53 |

# INVOICE

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0164089-IN |
| **Invoice Date:** | 5/26/2010 |
| **Invoice Due Date:** | 6/11/2010 |
| **Order Number:** | 0065088 |
| **Order Date:** | 5/26/2010 |
| **Salesperson:** | 0100 |
| **Customer Number:** | 01-DMA007 |
| **Order Entered By:** | |

**Sold To:**
National Envelope-MA
70 Turnpike Industrial Rd.
Westfield, MA  01085
United States of America

**Ship To:**
National Envelope-MA
70 Turnpike Industrail Rd.
Westfield, MA  01085
United States of America

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 418478 | UPS Freight | 2% 15 Net 16 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APTX8038BG | CTN | 1.000 | 750.00 | 1.200 | 200.00 | 240.00 |
| 25x38 Aspire Petallics Beargrass -80lbText - 160M - 750 sh/ctn | | | | | | |
| APTX8038JB | CTN | 1.000 | 750.00 | 1.200 | 255.00 | 306.00 |
| 25x38 Aspire Petallics Juniper Berry -80lb Text - 160M - 750 sh/ctn | | | | | | |
| /SOC-M | | | | | | 40.00 |
| Small Order Charge - Merchant | | | | | | |

| | |
|---|---|
| Net Invoice: | 586.00 |
| Less Discount: | 0.00 |
| Freight: | 89.50 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 675.50 |

# INVOICE

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI 53708-8604

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

| | |
|---|---|
| **Invoice Number:** | 0164268-IN |
| **Invoice Date:** | 5/27/2010 |
| **Invoice Due Date:** | 6/12/2010 |
| **Order Number:** | 0065145 |
| **Order Date:** | 5/27/2010 |
| **Salesperson:** | 0100 |
| **Customer Number:** | 01-DMA007 |
| **Order Entered By:** | |

**Sold To:**
National Envelope-MA
70 Turnpike Industrial Rd.
Westfield, MA 01085
United States of America

**Ship To:**
National Envelope-MA
70 Turnpike Industrail Rd.
Westfield, MA 01085
United States of America

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 418711 | UPS Freight | 2% 15 Net 16 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APTX8038SO | CTN | 1.000 | 750.00 | 1.200 | 247.00 | 296.40 |
| 25x38 Aspire Petallics Silver Ore -80lbText - 160M - 750 sh/ctn | | | | | | |
| APTX8038BG | CTN | 1.000 | 750.00 | 1.200 | 200.00 | 240.00 |
| 25x38 Aspire Petallics Beargrass -80lbText - 160M - 750 sh/ctn | | | | | | |
| /SOC-M | | | | | | 40.00 |
| Small Order Charge - Merchant | | | | | | |

| | |
|---|---|
| Net Invoice: | 576.40 |
| Less Discount: | 0.00 |
| Freight: | 86.19 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 662.59 |

# INVOICE

**Remit Payment To:**

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0164648-IN |
| **Invoice Date:** | 6/2/2010 |
| **Invoice Due Date:** | 6/23/2010 |
| **Order Number:** | 0065213 |
| **Order Date:** | 6/2/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 483150 | UPS Freight | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| FDCJ82133-C | CTN | 2.000 | 750.00 | 2.505 | 299.00 | 749.00 |

Raster Cover Constellation Jade Embossed, 334M, 80 lb, 27.5 x 39.37, 375 sh/ctn

SP-Special Contract Pricing
4 cartons on original order, only two shipped.  Two cartons to ship free freight.
/FRALCP                                                                                              83.56-
Freight Allowance-Comm Papers

| | |
|---|---|
| Net Invoice: | 665.44 |
| Less Discount: | 0.00 |
| Freight: | 83.56 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 749.00 |

# INVOICE

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0165071-IN |
| **Invoice Date:** | 6/7/2010 |
| **Invoice Due Date:** | 6/28/2010 |
| **Order Number:** | 0065278 |
| **Order Date:** | 6/4/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| Customer P.O. | Ship VIA | | Terms |
|---|---|---|---|
| 483787 | USF HOLLAND - COLLECT | | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APTX8038BG | CTN | 2.000 | 1,500.00 | 2.400 | 200.00 | 480.00 |
| 25x38 Aspire Petallics Beargrass -80lbText - 160M - 750 sh/ctn | | | | | | |
| | | | | | | |
| GN2935BW-WH-F | CTN | 3.000 | 3,000.00 | 3.750 | 233.00 | 873.75 |
| 23x35 125M 29LB Glama Natural Clear-1000sh/ctn   FSC Mixed Credit | | | | | | |
| Certificate Registration Code: SW-COC-001981 - expiration date 8-15-2011 | | | | | | |

SP: Special Pricing

| | |
|---|---|
| Net Invoice: | 1,353.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 1,353.75 |

# INVOICE

Remit Payment To:

CTI Paper USA
PO Box 8604
Madison, WI  53708-8604

| | |
|---|---|
| **Invoice Number:** | 0165192-IN |
| **Invoice Date:** | 6/8/2010 |
| **Invoice Due Date:** | 6/29/2010 |
| **Order Number:** | 0064919 |
| **Order Date:** | 5/19/2010 |
| **Salesperson:** | 0110 |
| **Customer Number:** | 01-DPA001 |
| **Order Entered By:** | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI  53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA  15683-1161

| **Customer P.O.** | **Ship VIA** | **Terms** |
|---|---|---|
| 483150 | USF HOLLAND - COLLECT | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| APCV9840SO | CTN | 5.000 | 1,500.00 | 5.880 | 247.00 | 1,452.36 |
| 26x40 Aspire Petallics Silver Ore -98lb Cover - 392M - 300 sh/ctn | | | | | | |

ORDER 2 OF 2
SP-Special Contract Pricing

| | |
|---|---|
| Net Invoice: | 1,452.36 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 1,452.36 |

# INVOICE

| Remit Payment To: | |
|---|---|
| CTI Paper USA | |
| PO Box 8604 | |
| Madison, WI 53708-8604 | |

**CTI Paper USA**
**1545 Corporate Center Drive**
**Sun Prairie, WI 53590**

**Voice: 608-834-9900**
**Fax: 608-834-9800**

| | |
|---|---|
| Invoice Number: | 0165208-IN |
| Invoice Date: | 6/8/2010 |
| Invoice Due Date: | 6/29/2010 |
| Order Number: | 0065318 |
| Order Date: | 6/8/2010 |
| Salesperson: | 0110 |
| Customer Number: | 01-DPA001 |
| Order Entered By: | |

**Sold To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

**Ship To:**
National Envelope of Scottdale
Wedding Lane
Scottdale, PA 15683-1161

| Customer P.O. | Ship VIA | Terms |
|---|---|---|
| 483872 | USF HOLLAND - COLLECT | 2% 20 Net 21 |

| ITEM NO. | UNIT | UNIT QTY | SHEETS | CWT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| GN2738IVO-F | CTN | 1.000 | 1,000.00 | 1.350 | 293.00 | 395.55 |

25x38 135M 27LB Glama Natural Ivory-1000 sh/ctn  FSC Mixed Credit Certificate
Registration Code: SW-COC-001981 - expiration date 8-15-2011

Special Pricing.
ORDER 1 OF 2

| | |
|---|---|
| Net Invoice: | 395.55 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total US $:** | 395.55 |