# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re: : Chapter 11
 :
NEC HOLDINGS CORP., *et al.*,[1] : Case No. 10-11890 (PJW)
 :
 : Jointly Administered
Debtors. :
 :
------------------------------------------------------------------x

## NOTICE OF RECLAMATION

    Unicast, Inc. ("Unicast"), by and through its undersigned counsel, hereby gives notice of its claim for reclamation (the "Reclamation Demand") pursuant to 11 U.S.C. § 546(c) and, to the extent applicable, § 2-702 of any applicable Uniform Commercial Code. Attached hereto are true and correct copies of the invoices related to the Reclamation Demand and a spreadsheet summarizing such invoices. Unicast demands return of the goods or protection of its claim as provided by 11 U.S.C. § 546(c) or otherwise applicable law or court order.

**[Remainder of Page Intentionally Left Blank]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation – a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

Dated: June 29, 2010                    Respectfully submitted,
       Wilmington, Delaware

                                                                               */s/ Christopher M. Winter*
                                       Christopher M. Winter (DE 4163)
                                       **DUANE MORRIS LLP**
                                       1100 North Market Street, Suite 1200
                                       Wilmington, DE 19801-1246
                                       Telephone:    (302) 657-4904
                                       Facsimile:    (302) 397-2455
                                       E-mail:cmwinter@duanemorris.com

                                       *Counsel to Unicast, Inc.*

**Exhibit A**
**Invoices Related to Reclamation Demand**

**Summary of Invoices**

| Date | Invoice Number | Amount | Ship to |
|---|---|---|---|
| 4/26/2010 | 142288 | $794.36 | Elk Grove, IL |
| 4/26/2010 | 142289 | $1,917.98 | Westfield, MA |
| 4/26/2010 | 142290 | $735.80 | Worcester, MA |
| 4/27/2010 | 142301 | $1,307.92 | Ennis, TX |
| 4/27/2010 | 142302 | $469.81 | Nashville, TN |
| 4/27/2010 | 142303 | $196.00 | Worcester, MA |
| 4/28/2010 | 142320 | $152.61 | Austell, GA |
| 4/28/2010 | 142321 | $210.48 | Austell, GA |
| 4/28/2010 | 142322 | $671.29 | Elk Grove, IL |
| 4/28/2010 | 142323 | $1,992.12 | Smyrna, GA |
| 4/28/2010 | 142324 | $913.19 | Westfield, MA |
| 4/29/2010 | 142338 | $739.71 | City of Industry, CA |
| 4/29/2010 | 142339 | $985.88 | City of Industry, CA |
| 4/29/2010 | 142340 | $1,397.22 | Ennis, TX |
| 4/30/2010 | 142356 | $77.64 | Austell, GA |
| 4/30/2010 | 142357 | $329.40 | Austell, GA |
| 4/30/2010 | 142358 | $399.46 | Westfield, MA |
| 4/30/2010 | 142359 | $520.00 | Worcester, MA |
| 5/3/2010 | 142390 | $2,008.53 | City of Industry, CA |
| 5/3/2010 | 142391 | $555.49 | Ennis, TX |
| 5/3/2010 | 142392 | $671.70 | Scottdale, PA |
| 5/4/2010 | 142413 | $327.50 | Austell, GA |
| 5/4/2010 | 142414 | $350.69 | Elk Grove, IL |
| 5/4/2010 | 142415· | $399.30 | Ennis, TX |
| 5/4/2010 | 142416 | $482.86 | Ennis, TX |
| 5/5/2010 | 142439 | $334.60 | Austell, GA |
| 5/5/2010 | 142440 | $720.32 | Austell, GA |
| 5/5/2010 | 142441 | $312.60 | Austell, GA |
| 5/5/2010 | 142442 | $232.39 | Elk Grove, IL |
| 5/5/2010 | 142443 | $1,694.38 | City of Industry, CA |
| 5/5/2010 | 142444 | $850.58 | City of Industry, CA |
| 5/6/2010 | 142467 | $878.26 | Elk Grove, IL |
| 5/6/2010 | 142468 | $1,071.47 | Ennis, TX |
| 5/6/2010 | 142469 | $238.35 | Lenexa, KS |
| 5/6/2010 | 142470 | $346.04 | Scottdale, PA |
| 5/6/2010 | 142471 | $166.70 | Scottdale, PA |
| 5/7/2010 | 142496 | $233.34 | Austell, GA |
| 5/7/2010 | 142497 | $440.86 | Worcester, MA |
| 5/10/2010 | 142528 | $233.84 | Austell, GA |
| 5/10/2010 | 142529 | $562.06 | Elk Grove, IL |
| 5/10/2010 | 142530 | $383.85 | Ennis, TX |
| 5/10/2010 | 142531 | $711.89 | Ennis, TX |

| Date | Number | Amount | Location |
|---|---|---|---|
| 5/10/2010 | 142532 | $785.44 | Exton, PA |
| 5/10/2010 | 142533 | $741.44 | Scottdale, PA |
| 5/11/2010 | 142556 | $76.19 | Appleton, WI |
| 5/11/2010 | 142557 | $615.49 | Elk Grove, IL |
| 5/11/2010 | 142558 | $161.82 | Ennis, TX |
| 5/11/2010 | 142559 | $480.78 | Ennis, TX |
| 5/11/2010 | 142560 | $1,408.13 | Shelbyville, KY |
| 5/11/2010 | 142561 | $935.67 | Westfield, MA |
| 5/12/2010 | 142578 | $1,567.46 | City of Industry, CA |
| 5/12/2010 | 142579 | $883.19 | Ennis, TX |
| 5/12/2010 | 142580 | $221.13 | Westfield, MA |
| 5/13/2010 | 142593 | $2,017.49 | Ennis, TX |
| 5/13/2010 | 142594 | $315.74 | Scottdale, PA |
| 5/13/2010 | 142595 | $361.21 | Scottdale, PA |
| 5/13/2010 | 142596 | $483.89 | Scottdale, PA |
| 5/14/2010 | 142609 | $427.59 | City of Industry, CA |
| 5/14/2010 | 142610 | $1,697.08 | City of Industry, CA |
| 5/14/2010 | 142611 | $1,523.06 | City of Industry, CA |
| 5/14/2010 | 142612 | $1,012.46 | Ennis, TX |
| 5/14/2010 | 142613 | $686.50 | Worcester, MA |
| 5/17/2010 | 142644 | $1,182.09 | City of Industry, CA |
| 5/17/2010 | 142645 | $770.17 | Elk Grove, IL |
| 5/17/2010 | 142646 | $274.00 | Exton, PA |
| 5/17/2010 | 142647 | $713.88 | Scottdale, PA |
| 5/18/2010 | 142664 | $757.43 | Shelbyville, KY |
| 5/19/2010 | 142689 | $334.28 | Austell, GA |
| 5/19/2010 | 142690 | $1,118.38 | Shelbyville, KY |
| 5/20/2010 | 142706 | $1,224.91 | Appleton, WI |
| 5/20/2010 | 142707 | $299.52 | Austell, GA |
| 5/20/2010 | 142708 | $908.96 | Ennis, TX |
| 5/20/2010 | 142709 | $711.16 | Ennis, TX |
| 5/20/2010 | 142710 | $286.74 | Exton, PA |
| 5/20/2010 | 142716 | $0.00 | Ennis, TX |
| 5/21/2010 | 142724 | $291.20 | Austell, GA |
| 5/21/2010 | 142725 | $526.19 | Elk Grove, IL |
| 5/21/2010 | 142726 | $270.48 | Ennis, TX |
| 5/25/2010 | 142774 | $312.00 | Austell, GA |
| 5/25/2010 | 142775 | $1,905.24 | City of Industry, CA |
| 5/26/2010 | 142796 | $170.16 | Austell, GA |
| 5/26/2010 | 142797 | $349.65 | City of Industry, CA |
| 5/26/2010 | 142798 | $1,577.63 | Ennis, TX |
| 5/26/2010 | 142799 | $1,170.93 | Ennis, TX |
| 5/26/2010 | 142800 | $396.89 | Smyrna, GA |
| 5/26/2010 | 142801 | $253.13 | Scottdale, PA |
| 5/27/2010 | 142818 | $312.00 | Austell, GA |

| Date | Invoice | Amount | Location |
|---|---|---|---|
| 5/27/2010 | 142819 | $985.24 | City of Industry, CA |
| 5/27/2010 | 142820 | $1,477.68 | City of Industry, CA |
| 5/27/2010 | 142821 | $506.60 | Worcester, MA |
| 5/28/2010 | 142835 | $740.51 | Appleton, WI |
| 5/28/2010 | 142836 | $1,245.87 | Scottdale, PA |
| 5/28/2010 | 142837 | $1,388.08 | Scottdale, PA |
| 6/1/2010 | 142859 | $806.73 | City of Industry, CA |
| 6/1/2010 | 142860 | $621.90 | Scottdale, PA |
| 6/2/2010 | 142876 | $954.68 | Elk Grove, IL |
| 6/2/2010 | 142877 | $991.93 | Elk Grove, IL |
| 6/2/2010 | 142878 | $328.58 | Scottdale, PA |
| 6/3/2010 | 142905 | $224.64 | Austell, GA |
| 6/4/2010 | 142921 | $1,522.26 | Elk Grove, IL |
| 6/4/2010 | 142922 | $1,667.00 | Scottdale, PA |
| 6/7/2010 | 142947 | $308.52 | Austell, GA |
| 6/7/2010 | 142948 | $740.59 | City of Industry, CA |
| 6/7/2010 | 142949 | $206.83 | Ennis, TX |
| 6/7/2010 | 142950 | $1,298.45 | Scottdale, PA |
| 6/8/2010 | 142975 | $65.89 | Elk Grove, IL |
| 6/8/2010 | 142976 | $2,318.30 | Exton, PA |
| 6/8/2010 | 142977 | $2,691.38 | Shelbyville, KY |
| 6/9/2010 | 143002 | $260.50 | Austell, GA |
| **Total** | | **$81,889.41** | |