IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEC HOLDINGS CORP., *et al.*[1] | § | Case No. 10-11891 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |

## SUPPLEMENTAL STATEMENT OF FULBRIGHT & JAWORSKI L.L.P. AND AFFIDAVIT OF DAVID A. ROSENZWEIG PURSUANT TO BANKRUPTCY RULES 2014 AND 2016 AND SECTIONS 329 AND 504 OF THE BANKRUPTCY CODE

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

David A. Rosenzweig, being duly sworn, deposes and says:

1. I am a partner of Fulbright & Jaworski L.L.P. ("Fulbright" or the "Firm"), a law firm located at 666 Fifth Avenue, New York, New York 10103 and with offices in Austin, Dallas, Denver, Houston, Los Angeles, Minneapolis, San Antonio, St. Louis, Washington, D.C.,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

and international offices in Beijing, Dubai, Hong Kong, London, Munich, and Riyadh. I am currently resident in the Firm's New York, New York office.

2. I submit this affidavit to supplement my affidavit dated June 23, 2010, pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure, sections 327 and 504 of title 11 of the United States Code, and rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, which is attached as Exhibit B to the Application of the Debtors to retain and employ Fulbright as special counsel filed on June 24, 2010 [D.I. 83].

3. Fulbright currently represents The Talbots Company and/or its affiliates in matters unrelated to the Debtors' cases. I understand that Talbots is a customer of the Debtors.

4. Effective July 2. 2010, Joel Moser withdrew as a partner and left the Firm. In the Affidavit, I had disclosed that:

(a) Joel Moser is the brother of Nathan Moser. Nathan Moser is a former CEO and General Counsel of the Debtors and is the husband of Rita Ungar Moser, a shareholder and director of the Debtors.

(b) Joel Moser was a co-trustee until in or around 2001 of the Ungar Trust, which is a shareholder of the Debtors.

(c) Joel Moser is the son of Alexander Moser (now deceased), who was a co-trustee of a trust that is a counterparty to the Debtors.

_____
David A. Rosenzweig

Subscribed and sworn to before me
this [ ] day of [ July ], 2010
/s/ _Ellen M. Werle_
OFFICIAL SEAL

ELLEN M. WERLE
NOTARY PUBLIC, State of New York
No. 43-4805988
Qualified in Richmond County
Commission Expires Feb. 28, 2011

_____
Notary Public, State of [_____]
My Commission Expires [_____]
_____