# Exhibit C

# Richards Declaration (to be filed)