IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., et al.,[1] | Case No. 10-11890 (PJW) |
| Debtors. | Jointly Administered |
| | **Docket Ref. No. 159** |

## NOTICE OF FILING OF EXHIBITS TO THE ASSET PURCHASE AGREEMENT BY AND AMONG NEC HOLDINGS CORP., NATIONAL ENVELOPE CORPORATION, AND THOSE SUBSIDIARIES IDENTIFIED ON ANNEX A AS SELLERS AND NEV HOLDINGS, LLC AS BUYER

PLEASE TAKE NOTICE that on July 9, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Asset Purchase Agreement by and Among NEC Holdings Corp., National Envelop Corporation, and Those Subsidiaries Identified on Annex A as Sellers and NEV Holdings, LLC as Buyer* (the "APA") as Exhibit E to the *Debtors' Motion for Entry of (I) an Order Approving and Authorizing (A) Bidding Procedures in Connection with Form and Manner of Notice of the Sale Hearing and (D) other Related Relief; and (II) an Order Approving and Authorizing (A) the Sale of Substantially al of the Assets of the Debtors Free and Clear of Liens, Claims, Interests and Encumbrances, (B) the Assumption and Assignment of Executory Contracts and Unexpired Leases as Part of the Sale and (C) other Related Relief* (the "Motion") [Docket No. 159].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope - Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope - Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Bid Procedures Motion is **to be determined** and the hearing to consider the Sale Motion is scheduled to occur before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, on **August 23, 2010 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that attached hereto are the following Exhibits to the APA:

- Exhibit A – Form of Bidding Procedures
- Exhibit B – Form of Sale Order
- Exhibit C – Form of Escrow Agreement
- Exhibit D – Form of Bill of Sale
- Exhibit E – Form of Assignment and Assumption Agreement
- Exhibit F – Form of Assignment of Intellectual Property
- Exhibit G – Form of Transition Services Agreement

Dated: July 12, 2010  
Wilmington, Delaware

Respectfully Submitted,

Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
Maris J. Finnegan (No. 5294)  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 576-3279  
Facsimile: (302) 571-1253

-and-

David S. Heller  
Josef S. Athanas  
Stephen R. Tetro II  
LATHAM & WATKINS LLP  
Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
Telephone: (312) 876-7700  
Facsimile: (312) 993-9767

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION