# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., *et al.*,[1] | Case No. 10-11890 (PJW) |
| Debtors. | Jointly Administered |
| | Docket Ref. No. 159 |

## NOTICE OF FILING OF DECLARATION OF GEOFFREY A. RICHARDS IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING AND AUTHORIZING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEBTORS, STALKING HORSE BID PROTECTIONS, THE FORM AND MANNER OF NOTICE OF THE SALE HEARING AND OTHER RELATED RELIEF

**PLEASE TAKE NOTICE** that on July 9, 2010, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of (I) an Order Approving and Authorizing (A) Bidding Procedures in Connection with the Sale of Substantially All the Assets of Debtors, (B) Stalking Horse Bid Protections, (C) the Form and Manner of Notice of the Sale Hearing and (D) Other Related Relief; and (II) an Order Approving and Authorizing (A) the Sale of Substantially All of the Assets of the Debtors Free and Clear of Liens, Claims, Interests and Encumbrances, (B) the Assumption and Assignment of Executory Contracts and Unexpired Leases as Part of the Sale and (C) Other Related Relief* [Docket No. 159] (the "Bid Procedures Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope - Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope - Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

**PLEASE TAKE FURTHER NOTICE** that on the date hereof, the Debtors filed the *Declaration of Geoffrey A. Richards in Support of the Debtors' Motion for Entry of an Order Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All of the Assets of the Debtors, Stalking Horse Bid Protections and Manner of Notice of the Sale and Other Related Relief* (the "Richards Declaration") with respect to the Bid Procedures Motion, which shall be incorporated fully therein as Exhibit C and which is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Bid Procedures Motion is scheduled to occur before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, on **July 22, 2010 at 4:30 p.m. (prevailing Eastern Time)** and the hearing to consider the Sale Motion is scheduled to occur before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, on **August 23, 2010 at 10:00 a.m. (prevailing Eastern Time).**

Dated: July 14, 2010
Wilmington, Delaware

Respectfully Submitted,

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Maris J. Finnegan (No. 5294)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 576-3279
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
Stephen R. Tetro II
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION