**Exhibit 2**

DB1/65417872.7
YCST01:10075468.1

069504.1001

**Exhibit 2**

Exhibit 2

| DEBTOR | CONTRACT COUNTERPARTY NAME | COUNTERPARTY ADDRESS ADDRESS LINE 1 | ADDRESS LINE 2 | CITY | STATE | CONTRACT / LEASE | CONTRACT DESCRIPTION |
|---|---|---|---|---|---|---|---|
| National Envelope Corporation | Gadge USA | 1979 Marcus Ave., Suite 218 | | Lake Success | NY | Contract | Supplier Contract - Extension of Sales Incentives |
| National Envelope Corporation | Gadge USA | 1979 Marcus Ave., Suite 218 | | Lake Success | NY | Contract | Supplier Contract - Sales Incentives; Regular and Supplemental |
| National Envelope Corporation | Lindenmeyr Munroe | Three Manhattanville Rd | | Purchase | NY | Contract | Wholesale Customer Contract - Rebate Form |
| National Envelope Corporation | Multi-Plastics, INC | Attn: President Or General Counsel | 7770 North Central Drive | Lewis Center | OH | Contract | Notice of Security Interest |
| National Envelope Corporation | Multi-Plastics, INC | Attn: President Or General Counsel | 7770 North Central Drive | Lewis Center | OH | Contract | Supplier Contract - Corporate Rebate Chart |
| | Spirit SPE Portfolio 2006-4 LLC | 14631 N. Scottsdale Road, Suite 200 | | Scottsdale | AZ | Lease | Lease - Real Property Various Locations |
| National Envelope Corporation | Spirit SPE Portfolio 2006-4 LLC | 14631 N. Scottsdale Road, Suite 200 | | Scottsdale | AZ | Lease | Lease - Real Property - Master Lease |
| National Envelope Corporation | Oracle/JD Edwards | PO BOX 71028 | | Chicago | IL | Contract | Invoice |
| National Envelope Corporation | Rock-Tenn Company | 329 Industrial Road | | Harrison | AR | Contract | Supplier Contract - Rebate Schedule |

National Envelope Corporation    Iron Mountain Inc.    1235 N. Union Bower    Irving    TX    Contract    Iron Mountain Customer Agreement