## Exhibit 3

## Wind-Down Budget

DB1/65417872.7
YCST01:10075468.1

069504.1001

## WIND-DOWN EXPENSES

| Expense | Amount |
| --- | --- |
| 503(b)(9) Claims | $1,900,000 |
| Environmental Remediation | $2,000,000 |
| Maintenance / Security | $180,000 |
| Administrative | $150,000 |
| United States Trustee | $150,000 |
| Miscellaneous / Other | $300,000 |
| Sellers' Lead Bankruptcy Counsel | $1,800,000 |
| Sellers' Local Counsel | $240,000 |
| Sellers' Corporate Counsel | $125,000 |
| Sellers' Chief Reorganization Officers | $540,000 |
| Counsel to Official Committee of Unsecured Creditors | $1,095,000 |
| Financial Advisors to Official Committee of Unsecured Creditors | $240,000 |
| Claims' Agent | $300,000 |