# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NEC Holdings Corp., a Delaware corporation | | |
| **Case Number:** | 10-11890-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 23, 2010 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## Matter:

Omnibus

**R / M #:**   462 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
#1 - Continued to 9/13/10 @ 10:00 a.m.
#2 - Certification of Counsel filed and Order signed
#3 & #4 - CNOs filed and Orders signed
#5 - Revised Order signed
#6 - Certification of Counsel filed and Order signed