IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP, *et al.*,[1] | Case No. 10-11890 (PJW) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that on August 23, 2010, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered an Order Authorizing (I) the Sale of Certain of the Assets of the Debtors Free and Clear of Liens, Claims and Interests, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Assumption of Certain Liabilities [Docket No. 471] (the "***Sale Order***").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (1748); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby provide this "Notice of Rejection of Executory Contracts" (the "***Rejection Notice***") of their intent to reject the executory contracts listed on Exhibit 1 hereto (collectively, the "***Contracts***"). Pursuant to the terms of the Sale Order, the Contracts shall be deemed rejected as of the Closing Date (as that term is defined in the Asset Purchase Agreement, attached as Exhibit A to the Sale Order) (the "***Effective Date of Rejection***").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Sale Order, each counterparty to a Rejected Contract shall be required to file a rejection damages claim, if any, relating to the rejection of such Rejected Contracts by first-class mail to The Garden City Group, Inc., Attn: NEC Claims Processing Center, P.O. Box 9619, Dublin, OH 43017-4919 or by overnight courier or hand-delivery to The Garden City Group, Inc., Attn: NEC Claims Processing Center, 5151 Blazer Pkwy., Suite A, Dublin, OH 43017, by the later of (i) the date that is 30 days after the Effective Date of Rejection, or (ii) October 8, 2010, the bar date established by this Court for filing proofs of claim against the Debtors. If you do not properly and timely file such proof of claim, you shall be forever barred from asserting any claims for such rejection damages.

**PLEASE TAKE FURTHER NOTICE** that a copy of this Rejection Notice is available on the Court's website: www.deb.uscourts.gov. Additional copies of this Rejection Notice, and all documents filed in these Chapter 11 Cases, are available for free on the website of the Debtors' proposed claims, noticing, soliciting and balloting agent, The Garden City Group, Inc. at www.nationalenvelopeinfo.com or can be requested by calling 866-405-2134.

Dated: September 6, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ *Maris J. Finnegan*
Michael R. Nestor (No. 3526)
Maris J. Finnegan (No. 5294)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Josef S. Athanas
Stephen R. Tetro II
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION

# Exhibit 1

**(List of Executory Contracts to be Rejected)**

| DEBTOR | CONTRACTPARTY NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | STATE | ZIP 5 | ZIP 4 | COUNTRY | CONTRACT OR LEASE | K CATEGORY | CONTRACT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlantic Envelope Co | Caprealty | Attn: General Counsel or President | 450 SEVENTH AVE., SUITE 408 | | | NEW YORK | NY | 10123 | | | Lease | Leases - Real Property | Lease Agreement-8/11/08 |
| | Hunterpoint Realty | 60 East 56th Street | | | | New York | NY | 10022 | | | Lease | Leases - Real Property | 29-10 Hunterspoint Ave |
| National Envelope Corporation | Majestic Reality | Attn: General Counsel or President | 13191 Crossroads Parkway North | Sixth Floor | | City of Industry | CA | 91746 | 3497 | | Lease | Leases - Real Property | 4450 Edison Ave |
| National Envelope-City of Industry LLC | PacLease | Attn: President Or General Counsel | 777 106th Avenue NE | | | Bellevue | WA | 98004 | | | Lease | Leases - Personal Property | 2006 Kenworth T300 S/A Truck w/Allison |
| | MHC Truck Leasing | Attn: President Or General Counsel | 1528 N Corrington Ave | | | Kansas City | MO | 64120 | 1944 | | Lease | Lease - Personal Property | Paclease Agreement-Schedule A |
| National Envelope Corporation | Edart Truck Leasing Corporation | 185 West Service Road | | | | Hartford | CT | 06101 | | | Lease | Lease - Personal Property | Vehicle Lease and Service Agreement |
| National Envelope - Appleton | National Envelope Employees Independent Association of Appleton | 3800 W. Wisconsin Avenue, Attn: Jeff Fieck | | | | Appleton | WI | 54914-6513 | | | Contract | Employment/Sales Rep Contract | Agreement |
| National Envelope Corporation | IKON | Attn: President Or General Counsel | 70 Valley Stream Parkway | | | Malvern | PA | 19355 | 989 | | Contract | Service/Maintenance Contract | Maintenance Agreement Support |
| National Envelope-Aurora LLC | Xerox Capital Services | PO BOX 660501 | | | | Dallas | TX | 75266-0501 | | | Contract | Service/Maintenance Contract | Fax Machine Maintenance |
| National Envelope Corporation | Iron Mountain Inc. | PO BOX 27128 | | | | New York | NY | 10087-7128 | | | Contract | Software License/Maintenance Agmt | Electronic Vaulting Service Agreement |
| National Envelope Corporation | Sprint | 6391 Sprint Parkway | | | | Overland Park | KS | 66251-2650 | | | Contract | License Agreements | License Agreement |
| National Envelope Corporation | Sprint Solutions Inc | 290 Broad Hollow road | | | | Melville | NY | 11747 | | | Contract | Service/Maintenance Contract | Third Amendment to Sprint Custom Service Agreement |
| National Envelope Corporation | Multi-Plastics, INC | Attn: President Or General Counsel | 7770 North Central Drive | | | Lewis Center | OH | 43035 | | | Contract | Financial Contract | Notice of Security Interest |
| | AA Truck Renting Corp | Attn: President Or General Counsel | 28-90 Review Avenue | | | Long Island City | NY | 11101 | | | Contract | Miscellaneous Contract | |
| | AGFA Corporation | Attn: President Or General Counsel | PO Box 360065 | | | Pittsburgh | PA | 15251 | | | Contract | Miscellaneous Contract | |
| National Envelope Corporation | Avery Levy, William Ungar, Joan Unger Levy, Denise Ungar Stern, Rita Ungar Moser | 333 Earle Ovington Blvd., Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Miscellaneous Contract | Agreement and General Release by and Between Marcy Kaiser |
| National Envelope Corporation | Dale Nissenbaum | c/o National Envelope Corporation | 333 Earle Ovington Blvd | Ste 1035 | | Uniondale | NY | 11553 | | | Contract | Employment/Sales Rep Contract | Change of Control Agreement Dale Nissenbaum |
| National Envelope Corporation | Dale Nissenbaum | c/o National Envelope Corporation | 333 Earle Ovington Blvd | Ste 1035 | | Uniondale | NY | 11553 | | | Contract | Employment/Sales Rep Contract | Employment Agreement Dale Nissenbaum |
| NEC Holdings Corp. | Denise F Ungar Stern | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| NEC Holdings Corp. | First Ungar Trust (1974) | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| NEC Holdings Corp. | Florette D. Ungar Shaashua | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| | Ford Credit | Attn: President Or General Counsel | PO Box 220564 | | | Pittsburgh | PA | 15257 | | | Contract | Miscellaneous Contract | |
| NEC Holdings Corp. | Gift Trust (1995) | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| NEC Holdings Corp. | Joan E. Ungar Levy | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| National Envelope Corporation | John Grymes | c/o National Envelope Corporation | 333 Earle Ovington Blvd. | Suite 1035 | | Uniondale | NY | 11553 | | | Contract | Employment/Sales Rep Contract | Employment Agreement John Grymes |
| | Loughlin Meghji + Company | 220 West 42nd Street | 9th Floor | | | New York | NY | 10036 | | | Contract | Professional Services Contract | Addendum to Scope of Services |
| | Loughlin Meghji + Company | 220 West 42nd Street | 9th Floor | | | New York | NY | 10036 | | | Contract | Professional Services Contract | Restructuring Services Letter Agreement |
| NEC Holdings Corp. | Rita L. Ungar Moser | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| National Envelope Corporation | Shelby Marlow | C/O National Envelope Corporation | 333 Earle Ovington Blvd. | Suite 1035 | | Uniondale | NY | 11553 | | | Contract | Employment/Sales Rep Contract | Employment Agreement Shelby Marlow |

| DEBTOR | CONTRACTPARTY NAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | ADDRESS LINE 4 | CITY | STATE | ZIP 5 | ZIP 4 | COUNTRY | CONTRACT OR LEASE | K CATEGORY | CONTRACT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| National Envelope Corporation | Sheldon Kideckel | 728 Avenue Road | | | | Toronto, Ontario | | M5P 2K1 | | CANADA | Contract | Engagement Agreement | Engagement Agreement |
| | Shell | Attn: President Or General Counsel | PO Box 183019 | | | Columbus | OH | 43218 | | | Contract | Miscellaneous Contract | |
| National Envelope Corporation | Tom Cristelli | 11002 Robin Creek Lane | | | | Frisco | TX | 75035 | | | Contract | Employment Agreement | Employment Agreement |
| | Trupar America | Attn: President Or General Counsel | 160 Wilson Rd | | | Bentleyville | PA | 15314 | | | Contract | Miscellaneous Contract | |
| NEC Holdings Corp. | William Ungar | 333 Earle Ovington Blvd. Ste 1035 | | | | Uniondale | NY | 11553 | | | Contract | Shareholder Agreement | Amended Shareholder Agreement |
| National Envelope Corporation | Thomas C. Bingham | 948 Bramble Oak Ct | | | | Powder Springs | GA | 30127 | | | Contract | Employment Agreement | Employment Agreement |
| National Envelope Corporation | Richard R. McElrath | 3000 Gleneagles Dr | | | | Ennis | TX | 75119 | | | Contract | Employment Agreement | Employment Agreement |
| National Envelope Corporation | Russell J. Stewart | 4 Eusden Drive | | | | Aston | PA | 19014 | | | Contract | Employment Agreement | Employment Agreement |
| National Envelope Corporation | Alora Chamblee-Hill | 21615 Park Wind Ct. | | | | Katy | TX | 77045 | | | Contract | Employment/Account Rep Agre | Employment/Account Rep Agreement |
| National Envelope Corporation | Betty Rhodes | 5019 W. Homer Avenue | | | | Tampa | FL | 33629 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Edward Martin | 3992 Trinity Trail | | | | New Braunfels | TX | 78132 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Howard Cook | 2009 Madeline Court | | | | Mt Juliet | TN | 37122 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Jane Gause | 2028 Kentucky Ave #201 | | | | Birmingham | AL | 35216 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Joan Wilcoxson | 3501 Castlegate Court | | | | Lexington | KY | 40502 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Julie Zuramski | 519 Bullock Ave | | | | West Conshohocken | PA | 19428 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Michael Szathmary | 135 Grande Drive | | | | Morrisville | NC | 27560 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Paul Rill | 9009 Tenderfoot Tr. | | | | Raleigh | NC | 27615 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Raymond Preston | 4813 College Park | | | | Deer Park | TX | 77536 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Robert Durkalski | PO Box 451 | | | | Greenwood | IN | 46142 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Roy Fowler | 5029 Matthews-Mint Hill Rd | | | | Charlotte | NC | 28227 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Stephen Southwick | 4255 Wykeshire Court | | | | Cumming | GA | 30041 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Steve Russo | 932 Telfair Close | | | | Atlanta | GA | 30350 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | Clinton Nessmith | 3300 Williams Rd | | | | Statesboro | GA | 30458 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| National Envelope Corporation | W. Bailey Lowery | 2354 Dogwood Trail Dr | | | | Germantown | TN | 38139 | | | Contract | Employment/Sales Rep Agreem | Employment/Sales Rep Agreement |
| | Briggs Equipment | Attn: President Or General Counsel | Lockbox 841272 | | | Dallas | | | | | Contract | Miscellaneous Contract | |
| National Envelope Corporation | Brown & Partners | Attn: General Counsel or President | 470 Norristown Rd | Ste 200 | | Blue Bell | PA | 19422 | 73 | | Contract | Subcontract Agreement | Subcontractor Agreement |
| National Envelope Corporation | International Paper Company | Attn: President Or General Counsel | 6400 Poplar Avenue | | | Memphis | TN | 38197 | | | Contract | Supplier Contract | Paper Supply Agreement |