# NOTICE OF CLAIMS PURCHASE AGREEMENT

**PRODATA**, a(n) __Nebraska__ (State of Incorporation), __Corporation__ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Archon - Salt Water Holdings, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$695.00** (proof of claim amount, defined as the "Claim") against **NEC Holdings Corp et al** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Delaware**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **10-11890** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the __14__ day of __Sept__, 2010.

_ProData Computer Services Inc_
(Company Name)

Witness: _Allen Hartley_ (Signature)    _Rachel Hartley_ (Signature of Corporate Officer)

_Allen Hartley    President_
(Print Name and Title of Witness)

_Rachel Hartley    VP Admin_
(Print Name and Title of Corporate Officer)

**Archon - Salt Water Holdings**

Witness: _____ (Signature)    _____ (Archon - Salt Water Holdings)

Exhibit "A"