## NOTICE OF CLAIMS PURCHASE AGREEMENT

INDUSTRIAL PIPE & STEEL CO., a California Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Archon Bay Capital LLC, a Delaware limited liability company, its successors and assigns ("Buyer") all right, title and interest in and to the claim(s) of Seller in the principal amount of $2,878.80 (the "Claim amount", defined as the "Claim") against NECO Holdings, Inc., et al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware or any other Court with jurisdiction over the Proceedings (the "Court"), administered as Case **Number 10-13396** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the **Tuesday** day of **September 20**, 2010.

Industrial Pipe & Steel Co, LLC
(Company Name)

_____
(Signature of Corporate Officer)

Diane Armour (Office Mgr)
(Print Name and Title of Corporate Officer)

Witness: Benny Brunner, VP and Sales Mgr
(Print Name and Title)

Archon Bay Capital LLC

_____
(Signature of Buyer representative)

WITNESS: _____

Exhibit "A"