# NOTICE OF CLAIMS PURCHASE AGREEMENT

LIGHT BULBS ETC INC , a(n) **Kansas** (State of Incorporation), **Inc.** (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Archon Bay Capital LLC**, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$677.08** (proof of claim amount, defined as the "Claim") against **NEC Holdings Corp et al** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Delaware**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **10-11890** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the **28th** day of **September**, 2010.

_Light Bulbs Etc., Inc._
(Company Name)

Witness: _Lisa Solomon_
(Signature)

_Colleen C Black_
(Signature of Corporate Officer)

_Lisa Solomon_
(Print Name and Title of Witness)

_Colleen Black – President_
(Print Name and Title of Corporate Officer)

**Archon Bay Capital LLC**

Witness: _____
(Signature)

_____
(Archon Bay Capital LLC)

Exhibit "A"