# NOTICE OF CLAIMS PURCHASE AGREEMENT

TECHNOLOGY MEDIA GROUP, a(n) _Texas_ (State of Incorporation) _Corporation_ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer to Archon Bay Capital LLC, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$650.10** (proof of claim amount, defined as the "Claim") against **EC Holdings Corp et al** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 10-11890 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative on this ___ day of _February_ 2010.

_Technology Media Group_
(Company Name)

Witness: _____
(Signature)

_Cassandra Byerly, Human Resources_
(Print Name and Title of Witness)

_[signature]_
(Signature of Corporate Officer)

_Bruce Byerly, President_
(Print Name and Title of Corporate Officer)

Archon Bay Capital LLC

Witness: _____
(Signature)

_[signature]_
(Archon Bay Capital LLC)

Exhibit "A"