IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEC HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11890 (PJW)<br><br>Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 20, 2011 AT 2:00 P.M. (ET)**

**RESOLVED MATTER**

1. Motion of RIS Paper Company, Inc. for Entry of an Order Pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code Granting Relief from the Automatic Stay to Allow Setoff of Mutual Debt [D.I. 845; 11/10/10]

   Related Documents:

   a) Debtors' Motion for Leave to File Sur-Reply to the Reply to the Debtors' Objection to the Motion of RIS Paper Company, Inc. for Entry of an Order Pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code Granting

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (1748); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is National Envelope Corporation, c/o Getzler Henrich & Associates, LLC, 295 Madison Avenue, 20th Floor, New York, NY, 10017.

[2] **Amended items appear in bold.**

Relief from the Automatic Stay to Allow Setoff of Mutual Debt [D.I. 977; 1/5/11]

Objection Deadline: November 24, 2010 at 4:00 p.m. (ET)

Objections/Responses Received:

b) Debtors' Objection to the Motion of RIS Paper Company, Inc. for Entry of an Order Pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code Granting Relief from the Automatic Stay to Allow Setoff of Mutual Debt [D.I. 878; 11/24/10]

c) Reply to the Debtors' Objection to the Motion of RIS Paper Company, Inc. for Entry of an Order Pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code Granting Relief from the Automatic Stay to Allow Setoff of Mutual Debt [D.I. 969; 1/3/11]

Status: This matter has been resolved, and as a result RIS Paper will be withdrawing its motion. No hearing is necessary.

**CONTESTED MATTERS GOING FORWARD**

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Personal Property Leases Not Assumed and Assigned to NEV Holdings [D.I. 942; 12/20/10]

Related Documents:

a) Order Authorizing the Debtors to Reject Certain Executory Contracts and Personal Property Leases Not Assumed and Assigned to NEV Holdings [D.I. 989; 1/6/11]

Objection Deadline: December 29, 2010 at 4:00 p.m. (ET) [Extended for Allan Company until January 4, 2011]

Objections/Responses Received:

b) Objection of the ACE Companies to Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts and Personal Property Leases Not Assumed and Assigned to NEV Holdings [D.I. 960; 12/29/10]

Status: This matter will be going forward solely with respect to the objection of ACE Companies.

3. Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter to Make Its Decision Consistent Therewith [D.I. 963; 12/29/10]

Related Documents:

a) DIP Agent's Joinder to Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter To Make its Decision Consistent Therewith [D.I. 1008; 1/13/11]

Objection Deadline: January 13, 2011 at 4:00 p.m. (ET)

Objections/Responses Received:

b) NEV Holdings, LLC's and NE Opco, Inc.'s (I) Cross-Motion to Compel Arbitration and (II) Objection to Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter to Make Its Decision Consistent Therewith [D.I. 1006; 1/13/11]

**Additional Pleadings:**

**c) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter to Make Its Decision Consistent Therewith [D.I. 1018; 1/18/11]**

**d) Debtors' (I) Objection to NEV Holdings, LLC's and NE Opco, Inc.'s Cross-Motion to Compel Arbitration and (II) Reply to NEV Holdings, LLC's and NE Opco, Inc.'s Objection to Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter to Make Its Decision Consistent Therewith [D.I. 1024; 1/19/11]**

Status: **The parties have resolved certain issues related to this matter and intend to hand up a stipulation at the hearing. The remainder of this matter will be going forward.**

4. NEV Holdings, LLC's and NE Opco, Inc.'s (I) Cross-Motion to Compel Arbitration and (II) Objection to Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter to Make Its Decision Consistent Therewith [D.I. 1006; 1/13/11]

Related Documents:

a) Order Shortening Notice of Cross-Motion to Compel Arbitration [D.I. 1011; 1/14/11]

Objection Deadline: At the hearing.

**Objections/Responses Received:**

b) **Debtors' (I) Objection to NEV Holdings, LLC's and NE Opco, Inc.'s Cross-Motion to Compel Arbitration and (II) Reply to NEV Holdings, LLC's and NE Opco, Inc.'s Objection to Debtors' Motion for an Order Enforcing Sale Order and Asset Purchase Agreement and Directing Working Capital Arbiter to Make Its Decision Consistent Therewith [D.I. 1024; 1/19/11]**

Status: **The parties have resolved certain issues related to this matter and intend to hand up a stipulation at the hearing. The remainder of this matter will be going forward.**

Dated: January 19, 2011
Wilmington, Delaware

Respectfully Submitted,

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Morgan L. Seward (No. 5388)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 576-3279
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
Stephen R. Tetro II
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 87 6-7700
Facsimile: (312) 993-9767

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION