# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### ***Hearing Information:***

**Debtor:** NEC Holdings Corp., a Delaware corporation
**Case Number:** 10-11890-PJW **Chapter:** 11

**Date / Time / Room:** THURSDAY, JANUARY 20, 2011 02:00 PM CRT#2, 6TH FL.

**Bankruptcy Judge:** PETER J. WALSH
**Courtroom Clerk:** LORA JOHNSON
**Reporter / ECR:** JENNIFER PASIERB

### ***Matter:***

Omnibus
**R / M #:** 1,025 / 0

### ***Appearances:***

See attached Court sign-in sheet

### ***Proceedings:***

Hearing Held.
Agenda Items:
#1 - Resolved, motion to be withdrawn
#2 - Continued to 1/28/11 @ 9:30 a.m.
#3 & #4 - Order signed approving stipulation partially resolving Working Capital Adjustment between the Debtors and NEV Holdings, LLC. Further briefing to be completed, the remaining issues are continued to 2/23/11 @ 3:00 p.m.