# EXHIBIT I

## Declaration of Mark Podgainy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEC HOLDINGS CORP.,<br>et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11890 (PJW)<br><br>Jointly Administered |

## DECLARATION OF MARK PODGAINY IN SUPPORT OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO § 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

I, Mark Podgainy, pursuant to 28 U.S.C. § 1746, declare:

1. I am a senior director for Getzler Henrich & Associates LLC ("**Getzler Henrich**"), the court-approved provider of co-Chief Restructuring Officers and temporary staff for the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"). In my capacity as court-approved temporary staff and a senior director of Getzler Henrich, I am one of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9483); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (1748); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is National Envelope Corporation, c/o Getzler Henrich & Associates, LLC, 295 Madison Avenue, 20th Floor, New York, NY, 10017 (Attn: Mark Samson and Dale Nissenbaum).

the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases. I have read the Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "**Objection**"),[2] and am directly, or by and through my personnel or agents, familiar with the information contained therein, the Proposed Order, and the exhibits attached thereto.

2. Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors in these Chapter 11 Cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel, including the Debtors' claims, noticing, soliciting and balloting agent, The Garden City Group, Inc. ("**GCG**"). These efforts resulted in the identification of the "Duplicate Claims" and the "Amended Claims," identified respectively in Exhibits A and B to the Proposed Order.

3. The information contained on Exhibits A and B to the Proposed Order is true and correct to the best of my knowledge.

4. The Debtors have reviewed their books and records and determined that the claims identified on Exhibit A to the Proposed Order are duplicate claims. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to disallow in full the Duplicate Claims.

5. The Debtors have reviewed their books and records and have determined that the claimants asserting the claims identified on Exhibit B to the Proposed Order are claims that have been amended and superseded by subsequently-filed proofs of claims. Therefore, the

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

Debtors seek to disallow in full the claims under the heading "Amended Claim to be Disallowed" and have the claims under the heading "Remaining Claim Number" remain on the claims register.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2011

_____
Mark Podgainy
Senior Director, Getzler Henrich & Associates LLC