# EXHIBIT II

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., et al.,[1] | Case No. 10-11890 (PJW) |
| | Jointly Administered |
| Debtors. | Docket Ref. No. _____ |

## ORDER SUSTAINING DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO § 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon the Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to § 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "**Objection**"),[2] and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on Exhibits A and B attached hereto, and any

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NEC Holdings Corp., a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, a Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9483); National Envelope – Leasing LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (1748); and Aristocrat Envelope Corporation, a New York corporation (9284). The mailing address for National Envelope Corporation is National Envelope Corporation, c/o Getzler Henrich & Associates, LLC, 295 Madison Avenue, 20th Floor, New York, NY, 10017 (Attn: Mark Samson and Dale Nissenbaum).

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

responses thereto; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Objection is GRANTED.

2. The Duplicate Claims listed on Exhibit A in the column titled "Duplicate Claim to be Disallowed" are disallowed.

3. The Amended Claims listed on Exhibit B in the column titled "Amended Claim to be Disallowed" are disallowed.

4. The Debtors' objection to each Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the Claimants subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5. The Debtors shall retain and shall have the right to object in the future to any of the Proofs of Claims listed on Exhibits A and B hereto on any additional grounds. Additionally, the Debtors shall retain and shall have the right to seek to amend, modify and/or supplement this Order as may be necessary.

6. In addition, the Debtors' rights are reserved to file future objections to claims asserted in Proofs of Claim that have been or may subsequently be filed in these cases, or claims that may be listed on the Debtors' Schedules, on the same grounds as those set forth in the Objection or any other appropriate grounds that bankruptcy and non-bankruptcy law permits.

7. The Debtors are authorized to release funds from the $5,139,000 set aside (the "**Set Aside**") for Section 503(b)(9) Claims to the extent the Set Aside exceeds the total

amount of Section 503(b)(9) claims that have not been disallowed or reclassified. Additionally, the Debtors are authorized, but not obligated, to turn over such amounts to the DIP Lenders (as defined in the Final DIP Order), or their assignees, to the extent such parties have a lien on such amounts.

8. The Debtors are authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms conditions and provisions of this Order.

9. This Court shall retain jurisdiction over the Debtors and the claimants whose Disputed Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____, 2011

PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# NEC Holdings Corp. (Case No. 10-11890)
# Exhibit A – Duplicate Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME OF CLAIMANT | REMAINING CLAIM | DUPLICATE CLAIM TO BE DISALLOWED | AMOUNT OF CLAIM TO BE DISALLOWED | UNL. | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ELW Manufacturing Inc.<br>Attn: Eric L. Warner<br>464 East Market Avenue<br>PO Box 62<br>Dallastown, PA 17313-0062 | 1496 | 1497 | $31,158.45 | No | Duplicative of the claim listed in "remaining claim" column. |
| 2 | Unicast Inc.<br>c/o Duane Morris LLP<br>Attn: Christopher M. Winter<br>222 Delaware Ave.<br>Suite 1600<br>Wilmington, DE 19801<br><br>Transferred to:<br>Pioneer Credit Opportunities Fund, LP<br>(as Assignee of Unicast Inc.)<br>Greeley Square Station<br>PO Box 20188<br>New York, NY 10001<br>See Notice of Transfer (Docket No. 521) | 167[1] | 784 | $29,538.14 | No | Duplicative of the claim listed in "remaining claim" column. |

Total claims to be disallowed: 2
Total amount to be disallowed: $60,696.59 plus unliquidated amounts, if any

---

[1] Claim no. 167 is an Amended Claim to be disallowed as set forth on Exhibit B.

YCST01:10945981.2

069504.1001

# **EXHIBIT B**

# NEC Holdings Corp. (Case No. 10-11890)
# Exhibit B – Amended Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME OF CLAIMANT | REMAINING CLAIM(S) | AMOUNT OF REMAINING CLAIM(S) | AMENDED CLAIM TO BE DISALLOWED | AMOUNT OF CLAIM TO BE DISALLOWED | UNL. | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | Quantum Ink Company<br>Attn: Dan Bland<br>4651 Melton Ave<br>Louisville, KY 40213-3433<br><br>Transferred to:<br>Pioneer Credit Opportunities Fund, LP<br>(as Assignee of Quantum Inc Co.)<br>Greeley Square Station<br>PO Box 20188<br>New York, NY 10001<br>See Notice of Transfer (Docket No. 691) | 1030 | $260,652.62 | 300 | $260,652.62 | No | Amended by claim listed in "remaining claim(s)" column. |
| 2 | Quantum Ink Company<br>Attn: Dan Bland<br>4651 Melton Ave<br>Louisville, KY 40213-3433<br><br>Transferred to:<br>Pioneer Credit Opportunities Fund, LP<br>(as Assignee of Quantum Inc Co.)<br>Greeley Square Station<br>PO Box 20188<br>New York, NY 10001<br>See Notice of Transfer (Docket No. 690) | 1031 | $71,629.31 | 299 | $71,692.31 | No | Amended by claim listed in "remaining claim(s)" column. |
| 3 | Unicast Inc.<br>c/o Duane Morris LLP<br>Attn: Christopher M. Winter<br>222 Delaware Ave.<br>Suite 1600<br>Wilmington, DE 19801<br><br>Transferred to:<br>Pioneer Credit Opportunities Fund, LP<br>(as Assignee of Unicast Inc.)<br>Greeley Square Station<br>PO Box 20188<br>New York, NY 10001<br>See Notice of Transfer (Docket No. 521) | 821, 822, 823, 824, 825, 826, 827, 828, 829 | $151,755.44 | 167 | $29,538.14 | No | Amended by claims listed in "remaining claim(s)" column. |

YCST01:10945990.1

069504.1001

| | | 1032 | $18,527.96 | 526 | $18,527.96 | No | |
|---|---|---|---|---|---|---|---|
| | Universal Engraving Inc.<br>Attn: President or General Counsel<br>PO Box 15090<br>Lenexa, KS 66285-5090 | | | | | | |
| 4 | Transferred to:<br>Pioneer Credit Opportunities Fund, LP<br>(as Assignee of Universal Engraving Inc.)<br>Greely Square Station<br>PO Box 20188<br>New York, NY 10001<br>See Notice of Transfer (Docket No. 708) | | | | | | |

Total claims to be disallowed: 4
Total amount to be disallowed: $380,411.03 plus unliquidated amounts, if any

2