IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEC HOLDINGS CORP., et al.,[1] | Case No. 10-11890 (PJW) (Jointly Administered) |
| Debtors. | Related Docket No. 1165 |

# CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING THE EIGHTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH JANUARY 31, 2011

On March 23, 2011, Pachulski Stang Ziehl & Jones, LLP ("PSZ&J") filed its *Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2011 through January 31, 2011* (the "Application"). Pursuant to the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, include: NEC Holdings Corporation, a Delaware corporation (6395); National Envelope Corporation, a New York corporation (5935); National Envelope – WH LLC, a New York limited liability company (9721); National Envelope – AECO LLC, a Delaware limited liability company (9071); National Envelope – Chino LLC, a California limited liability company (9266); National Envelope – City of Industry, LLC, a California limited liability company (9710); National Envelope – Ennis LLC, A Delaware limited liability company (3868); National Envelope – Corsicana LLC, a Texas limited liability corporation (9716); National Envelope – Grand Prairie LLC, a Texas limited liability company (9258); National Envelope – Aurora LLC, a Colorado limited liability company (9712); National Envelope – Lenexa LLC, a Kansas limited liability company (9256); National Envelope – Appleton LLC, a Wisconsin limited liability company (9719); National Envelope – Elk Grove Village LLC, an Illinois limited liability company (9262); National Envelope – Scottdale LLC, a Pennsylvania limited liability company (9711); National Envelope Corporation – East, a New Jersey Corporation (6888); National Envelope – Specialties Group LLC, a Delaware limited liability company (9156); National Envelope – Houston LLC, a Texas limited liability company (9210); National Envelope – Shelbyville Equity LLC, a Delaware limited liability company (9255); National Envelope – Exton Equity, LLC, a Delaware limited liability company (9354); National Envelope – Nashville Equity LLC, a Delaware limited liability company (9410); National Envelope – Houston Equity LLC, a Delaware limited liability company (9488); National Envelope – Leasing, LLC, a Delaware limited liability company (9542); New York Envelope Corporation, a New York corporation (3186); National Envelope Corporation – North, a Massachusetts corporation (1548); National Envelope Corporation – South, a Georgia corporation (5404); National Envelope Corporation – Central, a Missouri corporation (8259); Old Colony Envelope Corporation, a Massachusetts corporation (4416); and Aristocrat Envelope Corporation, a New York Corporation (9284). The mailing address for National Envelope Corporation is 333 Earle Ovington Boulevard, Suite 1035, Uniondale, NY 11553.

*Notice of Filing of Fee Application*, objections to the Application were to be filed and served no later than April 12, 2011, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals* [Docket No. 117], the Debtors are authorized to pay PSZ&J $20,471.60, which represents 80% of the fees ($25,589.50) and $1,892.19, which represents 100% of the expenses requested in the Application for the period January 1, 2011 through January 31, 2011, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: April 14, 2011  PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bradford J. Sandler
Laura Davis Jones (DE Bar No. 2436)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Robert J. Feinstein (NY Bar No. RF2836)
Bradford J. Sandler (DE Bar No. 4142)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier) 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel to the Official Committee of Unsecured Creditors