B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NATIONAL ENVELOPE CORPORATION EAST,**   Case No. **10-11891**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **NEW ENGLAND PALLETS & SKIDS** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **350**
Amount of Claim: **$6,638.08**
Date Claim Filed: **08/27/2010**

**(COMPSED OF THE ADMINISTRATIVE 503(B)(9) PORTION OF CLAIM # 350)**

Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, NJ 07601
Phone: (201) 968-0001                                Phone: _____

Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Eric Horn                                         Date:  5/18/2011
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497837**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **NATIONAL ENVELOPE CORPORATION EAST,**  Case No. **10-11891**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **350** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **5/18/2011**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **NEW ENGLAND PALLETS & SKIDS** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **NEW ENGLAND PALLETS & SKIDS** |
| **Hackensack, NJ 07601** | **250 WEST ST** |
| | **PO BOX 342** |
| | **LUDLOW, MA 01056** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____  _____
**CLERK OF THE COURT**

**497837**

**TRANSFER NOTICE**

EW ENGLAND PALLETS & SKIDS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at ne University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the term an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest , to and under the Claim of Assignor as set forth in the Agreement against National Envelope Corporation ("Debtor"), in the gregate amount of $6,638.08 representing all administrative claims of Assignor pending against Debtor in the United States ankruptcy Court, District of Delaware, administered as Case No. 10-11891.

IN WITNESS WHEREOF, Assignor has signed below as of the ___3___ day of ___May___, 2011.

EW ENGLAND PALLETS & SKIDS                                   Liquidity Solutions, Inc.

By: _Cynthia J Kawie_                                         _[signature]_
(Signature)                                                   (Signature)

_Cynthia Kawie - Off. Mgr._                                   _Eric Horn_
(Print Name and Title)                                        (Print Name)

497837