IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEC Holdings Corp., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 10-11890 (PJW)<br><br>Jointly Administered<br><br>**Related Docket No. 1390** |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors in the above-captioned action, and that on the 27th day of May, 2011, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

> **[Signed] Order Granting Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for the Period from December 1, 2010 through February 28, 2011.**

/s/ Lynzy Oberholzer
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 27th day of May 2011.

/s/ Monica Angela Molitor
Notary Public
My Commission Expires:

MONICA ANGELA MOLITOR
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 20, 2012

59922-001\DOCS_DE:161255.12

NEC Holdings 2002 Service List
Case No. 10-11890
Document No. 161247
19 – Hand Delivery
69 – First Class Mail
01 – Interoffice Mail

(Counsel for Official Committee of
Unsecured Creditors)
Laura Davis Jones, Esquire
Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

**Interoffice Mail (NY)**
(Counsel for Official Committee of
Unsecured Creditors)
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

**Hand Delivery**
Parcels
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2213
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel To The Debtors)
Kara Hammond Coyle, Esquire
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Plastic Suppliers, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Multi-Plastics, Inc.)
Ricardo Palacio, Esquire
Leigh Anne Raport, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1105
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Term B Lenders)
Neil Glassman, Esquire
Jamie Edmonson, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Hand Delivery**
(Counsel for United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy, Allied Industrial and
Service Workers International Union; Local 447
Pension Fund; New England Joint Board of UNITE-
HERE and its Local 2654)
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899

**Hand Delivery**
DuPont Legal
Joann McDonough
Bankruptcy / Credit Specialist
1007 Market Street, D-7070
Wilmington, DE 19898

**Hand Delivery**
(Counsel for General Electric Capital Corp.)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Cenveo Corporation)
Steven M. Yoder, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Pallet Companies, Inc. d/b/a IFCO Systems)
Gregory W. Werkheiser, Esquire
Seth S. Brostoff, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**Hand Delivery**
(Counsel for International Paper Corporation)
Joseph H. Huston, Jr., Esquire
Maria Aprile Sawczuk, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Neenah Paper, Inc.)
Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for The Gores Group, LLC)
Paul N. Heath, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Allan Company)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Paper Converting Machine Company)
William E. Chipman, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Highlands Ridge; Panattoni Investments LLC; Highlands Ridge CJP, LLC; Highlands Ridge PG, LLC)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Spirit Finance Corporation)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Dell Marketing, L.P.)
Patricia P. McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
George S. Canellos
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to the Debtors)
Josef S. Athanas, Esquire
Latham & Watkins LLP
223 South Wacker Drive, Suite 5800
Chicago, IL 60606

**First Class Mail**
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20560

**First Class Mail**
)
Graphic Communications Conference/IBT
Local No. 527 - S
715 Veterans Memorial Hwy.
P.O. Box 641
Mableton, GA 30126

**First Class Mail**
(Counsel for Constellation NewEnergy)
Bruce Ruzinsky, Esquire
D. Elaine Conway, Esquire
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010

**First Class Mail**
(Counsel for Constellation NewEnergy)
Heather M. Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

**First Class Mail**
(Counsel For Multi-Plastics, Inc.)
John R. Perkins, Esquire
Jones Troyan Pappas & Perkins
1472 Manning Parkway
Powell, OH 43605

**First Class Mail**
(Counsel for Dallas County; City of Frisco; Ellis County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**First Class Mail**
(Counsel for International Paper Co.)
Kenneth Rosen, Esquire
Thomas Pitta, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
)
Mr. Ronald Borcky
Global Credit Director
International Paper
4049 Willow Lake Boulevard
Memphis, TN 38118

**First Class Mail**
)
Eric Johannessen, Esquire
General Counsel
International Paper
6400 Poplar Avenue
Memphis, TN 38197

**First Class Mail**
)
New Jersey Dept of Environmental Protect
Bureau of Field Operations
Underground Storage Tank Unit - CN-028
401 E State Street
Trenton, NJ 08625

**First Class Mail**
(Counsel for General Electric Capital Corp)
Jesse H. Austin, III, Esquire
Cassie Coppage, Esquire
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, GA 30308

**First Class Mail**
(Counsel for City of Ennis, Ennis ISD)
Elizabeth Bando Calvo, Esquire
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094

**First Class Mail**
(Counsel for Term B Lenders)
Jeffrey Levitan, Esquire
Michael Mervis, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**First Class Mail**
(Counsel for Term B Lenders)
Peter J. Antoszyk, Esquire
Proskauer Rose LLP
One International Place
Boston, MA 02110

**First Class Mail**
(Claims Agent)
Elizabeth Vrato
The Garden City Group, Inc.
190 South LaSalle Street, Suite 1520
Chicago, Il 60603

**First Class Mail**
United Steel Workers Int'l Union
Attn: Local 5-0765
1311 Pine Street
Martinez, CA 94553-1861

**First Class Mail**
David R. Jury, Esquire
United Steelworkers
Associate General Counsel
Five Gateway Center, Room 807
Pittsburgh, PA 15222

**First Class Mail**
(Counsel for Highlands Ridge; Panattoni Investments LLC; Highlands Ridge CJP, LLC; Highlands Ridge PG, LLC; the James R. & Karen E. Silva Revocable Trust; the Dan & Sheralyn Di Re Family Trust)
Victor W. Newmark, Esquire
Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060

**First Class Mail**
United Steelworkers International Union
Local 4-513
32 Atwater Street
Westfield, MA 01085

**First Class Mail**
Teamsters Local Union No. 807
32-43 49th Street
Long Island City, NY 11103

**First Class Mail**
Printing Specialties & Paper Products
Union, No. 447
601 Pavonia Avenue, 3rd Floor
Jersey City, NJ 07306

**First Class Mail**
Frances Boyes
New England Joint Board United Here & Local 2654
33 Harrison Avenue, 8th Floor
Boston, MA 02111

**First Class Mail**
Bennet D. Zurofsky, Esquire
17 Academy Street, Suite 1010
Newark, NJ 07102

**First Class Mail**
Don D. Grubman, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**First Class Mail**
Alan D. Halperin, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

**First Class Mail**
Peggy A. Richter, Esquire
Kutak Rock, LLP
1801 California Street, Suite 3100
Denver, CO 80202

**First Class Mail**
Allan Grauberg, Esquire
Moses And Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**First Class Mail**
National Envelope Corporation
c/o Getzler Henrich & Associates, LLC
Attn: Mark Samson and Dale Nissenbaum
295 Madison Avenue, 20th Floor
New York, NY 10017

**First Class Mail**
Geoffrey A. Richards
William Blair & Company, L.L.C.
222 W. Adams Street
Chicago, Il 60606

**First Class Mail**
(Denise F. Ungar Stern; Rita L. Ungar Moser; Joan E. Ungar Levy; Florette D. Ungar Shaashua)
National Envelope Corporation
c/o Getzler Henrich & Associates, LLC
Attn: Mark Samson and Dale Nissenbaum
295 Madison Avenue, 20th Floor
New York, NY 10017

**First Class Mail**
)
Courtney L. Hansen, Esquire
Michael A. Maricco, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

**First Class Mail**
)
Michele Abood, Credit Manager
Harold M. Pitman Company
721 Union Boulevard
Totowa, NJ 07512

**First Class Mail**
)
Mr. Steve Dudley
Plastic Suppliers, Inc.
2887 Johnstown Road
Columbus, OH 43219

**First Class Mail**
)
Andy Gravina
Special Handling Group
IBM Credit LLC
4111 Northside Parkway
Atlanta, GA 30327

**First Class Mail**
)
Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

**First Class Mail**
(Counsel for Cenveo Corporation)
Kathryn Coleman, Esquire
W. Peter Beardsley, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

**First Class Mail**
(Counsel for Cenveo Corporation)
Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910

**First Class Mail**
(Counsel for Pallet Companies, Inc. d/b/a IFCO Systems)
Ann E. Knight, Esquire
J Diamond and Associates PLLC
1010 N. San Jacinto
Houston, TX 77002

**First Class Mail**
)
Chris Koster, Attorney General
Sheryl L. Moreau, Esquire
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
(Counsel for Iron Mountain Information
Mgmt., Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**First Class Mail**
(Counsel for American Holt Corp.)
Joseph S. U. Bodoff, Esquire
Bodoff & Associates, P.C.
120 Water Street
Boston, MA 02109

**First Class Mail**
(Counsel for Rock-Tenn Company)
Ted W. Hight III, Esquire
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

**First Class Mail**
(Counsel for The Gores Group, LLC)
Robert J. Lemons, Esquire
Damon P. Meyer, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**First Class Mail**
)
Christopher R. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**First Class Mail**
(Local 447 Pension Fund)
Susan M. Jennik, Esquire
Christopher G. Gant, Esquire
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

**First Class Mail**
(Counsel for Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
1300 Main, Suite 300
Houston, TX 77002

**First Class Mail**
(Counsel for New England Joint Board of
UNITE-HERE and its Local 2654)
Shelley B. Kroll, Esquire
Mary T. Sullivan, Esquire
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109

**First Class Mail**
(Counsel for Paper Converting Machine
Company)
Brian W. Hockett, Esquire
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101

**First Class Mail**
(Counsel for Board of County
Commissioners, Johnson County, KS)
Lisa R. Wetzler, Esquire
Asst. County Counselor
Jonson County Legal Dept.
111 S. Cherry, Suite 3200
Olathe, KS 66061

**First Class Mail**
(Counsel for Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**First Class Mail**
)
Ricoh Business Solutions
c/o IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

**First Class Mail**
(Counsel for Spirit Finance Corporation)
Edward O. Sassower, Esquire
Benjamin J. Steele, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

**First Class Mail**
(Counsel for Dell Marketing, L.P.)
Sabrina L. Streusand, Esquire
G. James Landon, Esquire
Streusdan & Landon, LLP
811 Barton Springs Road, Suite 811
Austin, TX 78704

**First Class Mail**
(Counsel for Collin County Tax Assessor/Collector)
David B. McCall, Esquire
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074

**First Class Mail**
(Counsel for Sprint Nextel)
David I. Swan, Esquire
Keneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102

**First Class Mail**
(Counsel for the Texas Comptroller of Public Accounts)
Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**First Class Mail**
)
Deputy Attorney General
Department of Law & Public Safety
Division of Law
Richard J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625-0093

**First Class Mail**
(Counsel for Duplicator Sales & Service, Inc.)
Cathy S. Pike, Esquire
Weber & Rose, P.S.C.
471 West Main Street, Suite 400
Louisville, KY 40202

**First Class Mail**
)
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

**First Class Mail**
(Counsel for Packaging Services of Maryland, Inc.)
Stephan W. Milo, Esquire
Wharton, Aldhizer & Weaver, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, VA 24401